# Manuel & Associates, LLP  ATTORNEYS AT LAW

One Penn Plaza • Suite 2527 • New York, New York 10119
T: 212.792.0044 • F: 212.792.0043

Charles B. Manuel, Jr.
C: 917.699.9559
cbm@manuel-law.net

October 4, 2016

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*By ECF*

*Weston Capital Advisors, Inc. v. PT Bank Mutiara, TBK*
13 CV 6945 (PAC)

Dear Judge Crotty:

On behalf of plaintiff Weston Capital Advisors, Inc. and with the consent of Marc Greenwald for defendant, I respectfully request that the conference currently scheduled for October 6, 2016 be adjourned to any date selected by the Court in the week of October 31 through November 4, 2016. I request this adjournment because of my very heavy commitments this month.

As I prepared this letter, I received ECF notice that "[t]he motions to dismiss the appeal; to supplement the record and for remand filed in the above-referenced case have been added as submitted cases to the substantive motions calendar for Tuesday, October 18, 2016." I request that the Court hear oral argument on the motions at the time of the conference.

Respectfully yours,

*Charles B. Manuel, Jr.*
Charles B. Manuel, Jr.

Copy: Marc Greenwald, Esq.
*By ECF and Email*