## LIST OF EXHIBITS

| Appendix No. | Description |
|---|---|
| 1 | SDNY Court Transcript certified by the Southern District Reporters, P.C. dated January 31, 2017 |
| 2 | Extract of Bank Mutiara's Financial Statements as of September 30, 2016 for the nine month period ended (Unaudited) footnotes 17, 18 and 50(d) (page 100-102 & 194-195). |
| 3 | Extracts of Bank Mutiara Audited Statements as of December 31, 2013, March 31, 2014, June 30, 2014, September 30, 2014, December 31, 2014, March 31, 2015, June 30, 2015, September 30, 2015 and December 31, 2015. – Note 17, 18 and 50(d) |
| 4 | Hong Kong Court of First Instance – Restraint Order |
| 5 | Peter Barrie-Brown Expert Witness Report |
| 6 | Charts LCIA US$40 million |
| 7 | Extracts of Singapore Transcript Pages 12, 15, 16, 18, 19, 20 |
| 8 | Bank Mutiara's Defence in Singapore |
| 9 | Bloomberg Prices on Bank Mutiara Securities |
| 10 | Sample Trade Documents MCB's |
| 11 | SCB HK July 2016 Statement |
| 12 | FBME Special Administrator Letter |
| 13 | John Liegey: UK Residency Card |
| 14 | John Liegey: Migrant Visa |
| 15 | John Liegey: Driving Licence |
| 16 | June 19, 2015 Letter |
| 17 | Private Eye Magazine – Article on Gagging Orders |
| 18 | Brief on Domicile for John Liegey |



# APPENDIX 1

H1vdwesa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

WESTON CAPITAL ADVISORS, INC,
et al.,

                    Plaintiffs,              New York, N.Y.
                                             13 Civ. 6945(PAC)
          v.                                 14 Civ. 4469(PAC)

PT BANK MUTIARA, TKB,

                    Defendant.

------------------------------x

                                             January 31, 2017
                                             3:39 p.m.

Before:

                    HON. PAUL A. CROTTY,

                                             District Judge

                         APPEARANCES

MANUEL & ROSENFELD, LLP
     Attorneys for Plaintiffs
BY:  CHARLES B. MANUEL, JR.

QUINN EMANUEL URQUHART & SULLIVAN
     Attorneys for Defendant
BY:  MARC LAURENCE GREENWALD
     ANDREW PETER MARKS

H1vdwesa

1    THE CLERK:  Your Honor, this is in the matter of

2    13-cv-6945, Weston Capital Advisors, Inc., et al. versus PT

3    Bank Mutiara, TKB.

4        Counsel for the plaintiff, please state your

5    appearance.

6        MR. MANUEL:  Good afternoon, your Honor.  Charles

7    Manuel for the plaintiffs.

8        THE COURT:  Mr. Manuel.

9        MR. GREENWALD:  Marc Greenwald and Andrew Marks on

10   behalf of defendant Bank Mutiara.  Good afternoon, your Honor.

11       THE COURT:  Who is going to speak for Bank Mutiara?

12       MR. GREENWALD:  I will, your Honor.

13       THE COURT:  All right.  Do you want to go Ahead?

14       MR. GREENWALD:  Yes, your Honor.

15       We've made an application to find a way that would be

16   both coercive and compensatory to finally get the Weston

17   entities that have already been held in contempt and Mr. Liegey

18   to comply with the Court's order to return the money with

19   interest.  And what we propose is for the Court to enter an

20   order today that would allow in 21 days first for the judgments

21   against Bank Mutiara to be delivered to the Court and vested

22   with Bank Mutiara.  If that doesn't effect compliance, 21 days

23   after that for the various instruments they have that they

24   claim are instruments of Bank Mutiara to be delivered to the

25   Court and vested with Bank Mutiara.  And if that doesn't force

H1vdwesa

1  compliance, then 21 days after that the ownership of the

2  entities, which the Court has already ruled basically ignore

3  the corporate forum, to be delivered to Bank Mutiara and Bank

4  Mutiara can own the entities.

5      We submit that these assets of the Weston entities

6  have no value.  If they had any value, they could be monetized

7  such that Mr. Liegey should easily be able to obtain a loan of

8  $3.6 million, could have done so from the beginning.  And,

9  actually, he bought these assets for a dollar, and the only

10  value is he continues to use these instruments to litigate

11  against Bank Mutiara, its successor entity called J Trust Bank

12  Indonesia and J Trust's parent, J Trust in Japan.

13      THE COURT:  Mr. Greenwald, let me interrupt you.

14      You say that the assets that you want transferred have

15  no value?

16      MR. GREENWALD:  They have no value to anyone besides

17  Bank Mutiara.  They would have value to us because if we had

18  them, we'd be able to stop the frivolous litigation campaign

19  that Mr. Liegey has against us.

20      THE COURT:  But you wouldn't get your $3 million back?

21      MR. GREENWALD:  We would not get our $3 million back,

22  and we don't -- we want the 3 -- that's why we're not asking

23  for the Court to vest those assets with us today.  We're asking

24  the Court to give them 21 days.  We're trying to find some way

25  to coerce them to just meet the Court's orders.  But if nothing

1  the Court has tried, including fines of over a hundred million

2  dollars, that hasn't worked, so this is our creative solution.

3       THE COURT:  And do I have the power to do this?  I'm

4  using my equitable powers now, right?

5       MR. GREENWALD:  Yes, your Honor.

6       THE COURT:  To enforce a money judgment?

7       MR. GREENWALD:  Yes, your Honor.  That is exactly what

8  you would be --

9       THE COURT:  I thought there were some limitations on

10  that power, aren't there?

11       MR. GREENWALD:  There are limitations, but all these

12  entities are within the Court's jurisdiction, and, therefore,

13  the Court has the power to, under both the federal rules as

14  well as the CPLR, to order the delivery -- to the extent these

15  are tangible assets, to order them to be delivered to this

16  Court and vested with Bank Mutiara, and to the extent there are

17  intangible assets, to direct that they be vested with Bank

18  Mutiara.

19       THE COURT:  So your idea here, Mr. Greenwald, is

20  somehow we found the magic charm that is going to compel

21  Mr. Liegey and his companies to repay the funds that are owed?

22       MR. GREENWALD:  That --

23       THE COURT:  By threatening an action which is designed

24  to provoke a response on his part, to wit, pay you the money he

25  owes you?

1          MR. GREENWALD:  Yes, your Honor.

2          THE COURT:  OK.

3          MR. GREENWALD:  Then that is our application.

4          THE COURT:  Now, Mr. Manuel has submitted a notice of

5     voluntary dismissal pursuant to 41(a)(1)(A)(i) of the federal

6     rules.  Have you seen that?

7          MR. GREENWALD:  Well, I saw it as I got on the subway

8     to come down here, your Honor.  I haven't --

9          THE COURT:  I just saw it myself, so.

10          MR. GREENWALD:  I haven't done any research.

11          We have no objection to them ceasing to prosecute

12     their affirmative claims, but we can't, I can't imagine -- even

13     though it's true, we haven't answered or moved for summary

14     judgment, I can't imagine they can cure the contempt to end

15     this Court's jurisdiction simply by saying never mind.  So I

16     haven't done the research but -- and we don't object to them no

17     longer prosecuting their affirmative claims, but we submit that

18     would not cure the contempt or end this Court's jurisdiction.

19          THE COURT:  All right.  Mr. Manuel.

20          MR. MANUEL:  Yes.  Thank you, your Honor.

21          THE COURT:  Thank you.

22          MR. MANUEL:  What I would like to do first, rather

23     than deal with the matters under which we contest the motion,

24     is talk about a possible practical solution here.

25          It's pretty simple, and in fact it's largely conceded

1    by Bank Mutiara in its papers, that we have been frustrated in

2    raising money and in selling assets in large part by this very

3    litigation and the orders entered by the Court.  Now we have a

4    way to reach success here.  We believe this motion was filed

5    now -- and it could have been filed any time, months ago,

6    months from now -- because we finally are in a situation where

7    Bank Mutiara and its parent and affiliated entities are

8    confronted in Singapore with the actual enforcement of our

9    judgments there.  There were no procedural issues, no other

10   impediments in Singapore.  There was a long delay over service

11   of process in Singapore, and that is largely behind us.  And

12   our Singapore counsel estimates that we are going to be on

13   trial with respect to recognition and enforcement of our

14   judgments in Singapore, where Bank J Trust, the parent entity,

15   has very substantial assets.  And we will be seeking the

16   enforcement of the judgments that run against not only Bank

17   Mutiara but also Bank J Trust Indonesia, which is the successor

18   to Bank Mutiara.  By the way, I did not brief it here, but it

19   is quite possible that under established law in New York, Bank

20   Mutiara does not exist any longer.  And, finally, a judgment

21   against Bank J Trust in Japan.

22            With those judgments, and, indeed, even as we are

23   approaching judgment day, with real assets upon which we expect

24   to realize in Singapore, now things have opened up for us.

25   Mr. Liegey has indeed contacted many, many entities over the

1  last few years and the basic message is you're going to get

2  close to home on this.  We are not going to stick our necks out

3  as far as you have on financing these transactions.  Mr. Liegey

4  thinks that we are right now getting close back to one of the

5  entities that he has spoken to in the past, and they have been

6  focusing themselves on the Singapore proceedings.

7          I think this motion has been made now because Bank

8  Mutiara, J Trust Indonesia, J Trust Japan see that at last we

9  are coming to true judgment day in terms of the enforcement of

10  our judgments.  So what do they want to do on this motion?

11  Take away the judgments, which they say are valueless, take

12  away our securities, which they say are valueless, and take

13  away our companies.  In other words, they are acknowledging,

14  from their point of view, that there is no value that they are

15  receiving.  So this is not, as in the cases they cite, an

16  attempt to make a recovery of the $3.6 million.  They tell this

17  Court that they will just walk away from that.  Why?  Because

18  they would destroy us and our chances of recovery in the

19  process.

20          What I am suggesting to the Court is that

21  notwithstanding the voluntary dismissal of this action, I, too,

22  will take a closer look at the collateral orders rule, but I'm

23  going to make the assumption, without -- I don't want to be

24  making an admission if in fact the law is to the contrary --

25  but I want to make the assumption in terms of reaching a

1    practical solution here that we will proceed to try to close

2    out the repayment of the $3.6 million with interest and

3    additional charges.  Mr. Greenwald says it is 5 million

4    dollars; we'll look at that closely with him.  And we think

5    we're getting quite close now.  But by "quite close" I don't

6    mean 21 or 42 days.  We're looking at a transaction where if we

7    were to get a memorandum of understanding, let's say, within

8    the next two weeks, it would probably be three months to

9    actually close the deal.  But we are approaching that, your

10   Honor, with a specific entity right now that is looking at the

11   Singapore proceedings and is going to be quite surprised if

12   between now and closing day we are deprived of our judgments,

13   we are deprived of our securities, we are deprived of our

14   existence.

15           THE COURT:  Of course, you wouldn't be deprived if you

16   paid the money.

17           MR. MANUEL:  Understood, your Honor, and that's what

18   we are working to do.

19           What I'm saying is in dismissing this case I am not

20   proposing that my client walk away from the obligation; we are

21   pursuing it.  But we can't be under a kind of deadline where,

22   bang, we are going to long the securities, we're going to lose

23   the judgments, we're going to lose our very existence, hand it

24   to Bank Mutiara, which of course will simply eliminate us and

25   eliminate what in fact are the very valuable prospect of

1    recovery that we now have on these judgments.

2          So I propose this.  I would like to try to work out

3    with Mr. Greenwald a schedule for disclosure of where we are,

4    provided that Bank Mutiara and its affiliate will not seek to

5    interfere with what we are doing, but we will make disclosure.

6    I'm not sure if I have authority to name names yet, but I can

7    give quite specific information regarding where we are and what

8    we're doing.  We try to work out the timetable.  I get an

9    assurance of no interference in our transaction.  And I think,

10   your Honor -- and I've got to do this (indicating knocking on

11   wood) because I know it has been a long time, but I really

12   think now that we are close to getting this done.  Get the

13   money, repay to Bank Mutiara.

14         Now, that means we then are going to immediately

15   recover that very sum on our judgments, as Kelley Drye thought

16   they were doing on day one of this proceeding, but that's a

17   separate matter.  We pay them.  We honor your Honor's order.

18   We then would be in a position to request a vacatur of the

19   contempt.  And then we are, I think, done before your Honor.

20         But if we are in a situation where these assets, which

21   in fact have very genuine value as detailed by Mr. Liegey in

22   his declaration, where these assets are now going to be handed

23   to our adversary, which will just do this and that with them,

24   then we are dead, and that is not relief that we respectfully

25   submit is appropriate under the statutes, the rules and the

H1vdwesa

1  equitable powers of the Court.

2          THE COURT:  So, in other words, you're telling

3  Mr. Greenwald, on behalf of his client, to the wait for what?

4  60 days?

5          MR. MANUEL:  I would like to say at the outside 90

6  days, but I think we are going to have a commitment well within

7  60 days.  The closing may extend beyond that.

8          THE COURT:  Mr. Greenwald.

9          MR. GREENWALD:  We have been here before --

10          THE COURT:  It sounds familiar.

11          MR. GREENWALD:  Yes.  And there was promises they were

12  close in Hong Kong, they were close in Japan.  I mean, this is

13  the same promises that don't get -- and the only way to coerce

14  compliance with the Court's order is to set deadlines at which

15  there will be real consequence, consequences that appear to

16  actually matter to them.  Litigation finance companies, banks

17  can close loans and transactions in a matter of hours or days.

18  We are not talking world-changing financial numbers, at least

19  to what they owe Bank Mutiara.  Putting aside the contempt

20  fines that have been levied by this Court that are to the Court

21  that will be up to the Court what to do with, but in terms of

22  what is owed to Bank Mutiara, we are talking an amount of money

23  that could be done in days if a party were willing to do that

24  and had assets to do that.

25          THE COURT:  Mr. Manuel, that is the trouble I am

H1vdwesa

1   having with your proposal.  It seems to me if there is any

2   economic validity or financial validity to your proposed

3   transactions, that you could raise the money that is owed here

4   in Court, you know, without waiting for Mr. Greenwald's

5   proposal -- waves of sanctions.  But if he is right about this

6   and you are right about it, it would seem to me that you could

7   come up with the $3.5 million.

8           MR. MANUEL:  It is much more difficult than that, your

9   Honor.

10          THE COURT:  I thought you were making it very simple.

11   You are saying it was just around the corner.

12          MR. MANUEL:  Well, that's right.  In other words, we

13   are in process now with a company that we think is going to do

14   this deal in pretty short order such that we would have a

15   memorandum of understanding, perhaps even a commitment within

16   the next weeks.  But when I say "weeks," it always takes

17   longer, so that's why I'm suggesting 60 days to reach that and

18   90 days to close.

19          But what I'm also saying is we will give information

20   to Mr. Greenwald, and certainly obviously, if you request, to

21   the Court, as to where we are in the process.  But if our

22   lending group -- and this may be done as a loan or as an equity

23   interest or as an investment in the recovery, but depending

24   upon how it's structured, imagine if I were to come out of

25   court today telling the lender/investor that, OK, 21 days from

H1vdwesa

1    now we lose the bond.  21 days --

2              THE COURT:  21 days from now you lose the bond unless

3    you come up with the 3.5.  So if the deal is really worth what

4    you say it is worth, a prudent banker would advance funds on

5    that.

6              MR. MANUEL:  Yes.  Exactly, your Honor.  But what I'm

7    saying is it takes longer than Mr. Greenwald suggests.

8              THE COURT:  Well, OK.  I'll tell you what I'm going to

9    do.  You've asked for more time, Mr. Manuel, and I don't know

10   if you want to submit any more papers.  But I'll consider

11   further submissions by you through you said the 3rd of

12   February, so I'll consider that.

13             Mr. Greenwald, you can respond to the proposed notice

14   of voluntary dismissal and Mr. Manuel's papers by the 6th, and

15   I'll have a decision for you by the 8th of February.

16             MR. GREENWALD:  Thank you, your Honor.

17             THE COURT:  Thanks very much.

18             MR. MANUEL:  Thank you.

19             THE COURT:  So your papers by Friday afternoon.

20             MR. MANUEL:  Yes, your Honor.

21             THE COURT:  Mr. Greenwald's by Monday and decision by

22   Wednesday.

23             MR. GREENWALD:  Thank you very much.

24             MR. MANUEL:  Thank you.

25                             -  -  -

# APPENDIX 2



Laporan Keuangan
Tanggal 30 September 2016 dan
Untuk Periode Sembilan Bulan yang Berakhir
pada Tanggal Tersebut (Tidak Diaudit)
(Mata Uang Indonesia)

*Financial Statements*
*As of September 2016 and*
*For The Nine-Month Period*
*Then Ended (Unaudited)*
*(Indonesian Currency)*

# PT BANK JTRUST INDONESIA Tbk.



| **PT BANK JTRUST INDONESIA Tbk** | *PT BANK JTRUST INDONESIA Tbk* |
|---|---|
| **(Dahulu PT Bank Mutiara Tbk)** | *(Formerly PT Bank Mutiara Tbk)* |
| **CATATAN ATAS LAPORAN KEUANGAN** | *NOTES TO THE FINANCIAL STATEMENTS* |
| **Tanggal 30 September 2016 dan** | *As of September 30, 2016 and* |
| **Untuk Periode Sembilan-Bulan yang Berakhir** | *For The Nine-Month Period* |
| **pada Tanggal Tersebut** | *Then Ended* |
| **(Dinyatakan dalam jutaan Rupiah,** | *(Expressed in millions of Rupiah,* |
| **kecuali dinyatakan lain)** | *unless otherwise stated)* |

**16. ASET TAKBERWUJUD (lanjutan)**     *16. INTANGIBLE ASSETS (continued)*

**31 Desember/*December* 2015 (Diaudit/*Audited*)**

| | Saldo awal/ *Beginning balance* | Penambahan/ *Additions* | Pengurangan/ *Deductions* | Saldo akhir/ *Ending balance* | |
|---|---|---|---|---|---|
| **Biaya perolehan** | | | | | *Cost* |
| Perangkat lunak | 77.010 | 354 | - | 77.364 | *Software* |
| Lisensi | 34.806 | 4.584 | - | 39.390 | *License* |
| Jumlah biaya perolehan | 111.816 | 4.938 | - | 116.754 | *Total cost* |
| **Akumulasi amortisasi** | | | | | *Accumulated amortization* |
| Perangkat lunak | 66.204 | 3.189 | - | 69.393 | *Software* |
| Lisensi | 14.207 | 3.726 | - | 17.933 | *License* |
| Jumlah akumulasi amortisasi | 80.411 | 6.915 | - | 87.326 | *Total accumulated amortization* |
| **Nilai buku neto** | **31.405** | | | **29.428** | *Net book value* |

Amortisasi yang dibebankan pada beban umum dan administrasi untuk periode sembilan bulan yang berakhir pada tanggal 30 September 2016 dan 2015 masing-masing sebesar Rp 4.889 dan Rp 6.915 (Catatan 35).

*Amortization charged to general and administrative expenses for the nine-month period ended September 30, 2016 and 2015 amounted to Rp 4,889 and Rp 6,915, respectively (Note 35).*

Berdasarkan penelaahan manajemen Bank, tidak terdapat kejadian atau perubahan keadaan yang mengindikasikan adanya penurunan nilai aset takberwujud pada tanggal 30 September 2016 dan 31 Desember 2015.

*Based on the Bank's management assessment, there are no events or changes in circumstances indicating an impairment of intangible assets as of September 30, 2016 and December 31, 2015.*

**17. AGUNAN YANG DIAMBIL ALIH**     *17. FORECLOSED ASSETS*

**30 September/*September* 2016(Tidak Diaudit/*Unaudited*)**

| | Saldo awal/ *Beginning balance* | Penambahan/ *Additions* | Pengurangan/ *Deduction* | Saldo akhir/ *Ending balance* | |
|---|---|---|---|---|---|
| **Harga perolehan** | | | | | *Acquisition cost* |
| Tanah | 51.053 | - | 2.058 | 48.995 | *Land* |
| Tanah dan bangunan | 118.820 | 194.051 | - | 312.871 | *Land and buildings* |
| Saham | - | - | - | - | *Shares* |
| Jumlah | 169.873 | 194.051 | 2.058 | 361.866 | *Total* |
| Cadangan kerugian penurunan nilai | (97.941 ) | | | (92.957 ) | *Allowance for impairment losses* |
| **Nilai buku neto** | **71.932** | | | **268.909** | *Net book value* |

**31 Desember/*December*2015 (Diaudit/*Audited*)**

| | Saldo awal/ *Beginning balance* | Penambahan/ *Additions* | Pengurangan/ *Deduction* | Saldo akhir/ *Ending balance* | |
|---|---|---|---|---|---|
| **Harga perolehan** | | | | | *Acquisition cost* |
| Tanah | 187.903 | 127.039 | 263.889 | 51.053 | *Land* |
| Tanah dan bangunan | 78.725 | 55.354 | 15.259 | 118.820 | *Land and buildings* |
| Saham | 37.400 | - | 37.400 | - | *Shares* |
| Jumlah | 304.028 | 182.393 | 316.548 | 169.873 | *Total* |
| Cadangan kerugian penurunan nilai | (304.028 ) | | | (97.941 ) | *Allowance for impairment losses* |
| **Nilai buku neto** | **-** | | | **71.932** | *Net book value* |

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2016 dan**
**Untuk Periode Sembilan-Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2016 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**17. AGUNAN YANG DIAMBIL ALIH (lanjutan)**

Untuk tahun 2015, terdapat penambahan agunan yang diambil alih dari 5 (lima) debitur sebesar Rp 182.393.

Untuk tahun 2015, Bank mengakui kerugian atas penjualan agunan yang diambil alih sebagai berikut:

*17. FORECLOSED ASSETS (continued)*

*For 2015, there is additional of foreclosed assets from 5 (five) debtors amounting to Rp 182,393.*

*For 2015, the Bank recognized loss on sale of foreclosed assets as follows:*

| | 2015 | |
|---|---|---|
| Pihak berelasi (Catatan 36 dan 39) | 8.247 | Related party (Notes 36 and 39) |
| Pihak ketiga (Catatan 36) | 9.376 | Third parties (Note 36) |
| Jumlah | **17.623** | Total |

Pada tanggal 2 November 2015, Bank melakukan penjualan agunan yang diambil alih (AYDA) sejumlah Rp 50.561 kepada pihak berelasi. Penjualan tersebut telah mendapatkan persetujuan dari Dewan Komisaris dan Direksi Bank pada tanggal 22 Oktober 2015. Bank mengalami kerugian atas penjualan tersebut sebesar Rp 8.247 (Catatan 36).

*On November 2, 2015, the Bank has been sold foreclosed assets amounting to Rp 50,561 to related party. The sale has been approved by the Bank's Boards of Commissioners and Directors dated October 22, 2015. The Bank sufferred loss on these sale amounting to Rp 8,247 (Note 36).*

Perubahan cadangan kerugian penurunan nilai adalah sebagai berikut:

*The changes in the allowance for impairment losses are as follows:*

| | 30 September/ September 2016 (Tidak Diaudit/ Unaudited) | 31 Desember/ December 2015 (Diaudit/Audited) | |
|---|---|---|---|
| Saldo awal perode/tahun | 97.941 | 304.028 | Balance at beginning of the year |
| Pemulihan selama periode/tahun berjalan (Catatan 34) | (118 ) | (68.003) | Reversal during the period/year (Note 34) |
| Penjualan agunan yang diambil alih | (2.059 ) | (138.084) | Sale of foreclosed assets |
| Reklasifikasi | (2.807 ) | | Reclassification |
| **Saldo akhir periode/tahun** | **92.957** | **97.941** | **Balance at the end of periode/year** |

Manajemen berpendapat bahwa pembentukan cadangan kerugian penurunan nilai atas agunan yang diambil alih telah cukup untuk menutupi kerugian yang mungkin timbul.

*Management believes that allowance for impairment losses on foreclosed assets is adequate to cover any possible losses.*

**18. ASET LAIN-LAIN**

*18. OTHER ASSETS*

| | 30 September/ September 2016 (Tidak Diaudit/ Unaudited) | 31 Desember/ December 2015 (Diaudit/Audited) | |
|---|---|---|---|
| Pihak berelasi (Catatan 40) | | | Related party (Note 40) |
| Piutang lain-lain | - | 10.890 | Other receivable |
| Pihak ketiga | | | Third parties |
| Surat Ketetapan Pajak: | | | Tax Assessment Letters: |
| Tahun pajak: | | | Fiscal year: |
| - 2005 (Catatan 37) | 24.012 | 24.012 | - 2005 (Note 37) |
| - 2006 (Catatan 37) | 18.912 | 18.912 | - 2006 (Note 37) |
| - 2007 (Catatan 37) | 12.127 | 12.127 | - 2007 (Note 37) |
| - 2008 (Catatan 37) | 18.815 | 18.815 | - 2008 (Note 37) |
| Tagihan kepada Weston Capital Advisors Inc. | 43.364 | 45.803 | Receivable to Weston Capital Advisors Inc. |
| Renovasi dibayar di muka | 25.165 | 22.210 | Prepaid renovation |
| Setoran jaminan | 6.483 | 11.240 | Security deposits |
| Pengembangan sistem dan informasi | 2.332 | 565 | System and information development |
| Rupa-rupa | 60.023 | 74.096 | Miscellaneous |
| Sub jumlah | 211.233 | 227.780 | Sub total |

**PT BANK JTRUST INDONESIA Tbk
(Dahulu PT Bank Mutiara Tbk)
CATATAN ATAS LAPORAN KEUANGAN
Tanggal 30 September 2016 dan
Untuk Periode Sembilan-Bulan yang Berakhir
pada Tanggal Tersebut
(Dinyatakan dalam jutaan Rupiah,
kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk
(Formerly PT Bank Mutiara Tbk)
NOTES TO THE FINANCIAL STATEMENTS
As of September 30, 2016 and
For The Nine-Month Period
Then Ended
(Expressed in millions of Rupiah,
unless otherwise stated)*

### 18. ASET LAIN-LAIN (lanjutan)

### 18. OTHER ASSETS (continued)

| | 30 September/September 2016 (Tidak Diaudit/Unaudited) | 31 Desember/December 2015 (Diaudit/Audited) | |
|---|---|---|---|
| Total | 211.233 | 238.670 | *Total* |
| Cadangan kerugian penurunan nilai | (78.061) | (75.257) | *Allowance for impairment losses* |
| **Neto** | **133.172** | **163.413** | ***Net*** |

Tagihan kepada *Weston Capital Advisors Inc.*

*Receivable to Weston Capital Advisors Inc.*

Tagihan kepada *Weston Capital Advisors Inc.* sebesar USD 3.322.652,33 (ekuivalen Rp 43.901 pada tanggal 30 September 2016 dan Rp 45.803. pada tanggal 31 Desember 2015). Pada tanggal 31 Desember 2014, tagihan ini merupakan dana milik Bank yang harus dikembalikan oleh *Weston Capital AdvisorsInc.* sehubungan dengan Putusan dalam bentuk *Order Vacating Judgment* yang dikeluarkan oleh *United States District Court Southern District of New York* tanggal 19 November 2013 (Catatan 50). Bank telah membentuk cadangan kerugian penurunan nilai atas tagihan ini.

*Receivable to Weston Capital Advisors Inc. amounting to USD 3,322,652.33 (equivalent to Rp 44,058 as of September 30, 2016 and Rp 45,803 as of December 31, 2015). As of December 31, 2014 this represents the Bank's fund which should be returned by Weston Capital Advisors Inc. on related to Decision of Order Vacating Judgment issued by United States District Court Southern District of New York dated November 19, 2013 (Note 50). The Bank has provided allowance for impairment losses on this receivable.*

Perubahan cadangan kerugian penurunan nilai adalah sebagai berikut:

*The changes in allowance for impairment losses are as follows:*

| | 30 September/June 2016 (Tidak Diaudit/Unaudited) | 31 Desember/December 2015 (Diaudit/Audited) | |
|---|---|---|---|
| Saldo awal periode/tahun | 75.257 | 119.213 | *Balance at beginning of period/year* |
| Penyisihan selama periode/tahun berjalan (Catatan 34) | 8.961 | 5.820 | *Provision during the period/year (Note 34)* |
| *Set-off* tagihan pajak (Catatan 37) | - | (36.877) | *Set-off tax receivables (Note 37)* |
| Penghapusan periode/tahun berjalan | - | (15.026) | *Written-off during the period/year* |
| Selisih perbedaan kurs | (6.157) | 2.127 | *Exchange rate differences* |
| **Saldo akhir periode/tahun** | **78.061** | **75.257** | ***Balance at end of period/year*** |

Manajemen berpendapat bahwa cadangan kerugian penurunan nilai untuk aset lain-lain adalah cukup untuk menutup kerugian yang mungkin timbul atas aset lain-lain.

*Management believes that allowance for impairment losses of other assets is adequate to cover impairment losses that might arise from other assets.*

### 19. LIABILITAS SEGERA

### 19. OBLIGATIONS DUE IMMEDIATELY

| | 30 September/September 2016 (Tidak Diaudit/Unaudited) | 31 Desember/December 2015 (Diaudit/Audited) | |
|---|---|---|---|
| Rupiah | | | *Rupiah* |
| Liabilitas ATM Bersama | 636 | 1.115 | *Liabilities on ATM Bersama* |
| Liabilitas pada Notaris | (819) | 1.074 | *Liabilities to Notary* |
| Liabilitas pinjaman karyawan | 872 | 922 | *Liabilities to employee loans* |
| Liabilitas ATM Prima | 742 | 690 | *Liabilities on ATM Prima* |
| Liabilitas atas penjualan agunan yang diambil alih | - | 611 | *Liabilities on sale of foreclosed assets* |
| Transfer, inkaso dan kliring | 407 | 287 | *Transfer, cheques for collection and clearing* |
| Liabilitas bank lainnya | 13.372 | 4.145 | *Other liabilities* |
| Sub jumlah | 15.210 | 8.844 | *Sub total* |

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2016 dan**
**Untuk Periode Sembilan-Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2016 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**50. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

c. Perjanjian dengan First Gulf Asia Holdings Limited (FGAHL) (lanjutan)

Atas pertukaran aset tersebut, Bank juga memiliki hak opsi untuk membeli kembali hak tagih kepada BPPN dan FGAHL yang berlaku untuk jangka waktu 2 (dua) tahun terhitung sejak tanggal perjanjian pertukaran aset. Apabila hak opsi digunakan, maka Bank harus membayar opsi tersebut sebesar Rp 5.000 kepada FGAHL. Perjanjian ini telah diperpanjang beberapa kali, dimana perpanjangan terakhir dilakukan pada tahun 2005 sampai dengan tanggal 30 September 2007 dengan kondisi yang sama. Sampai dengan tanggal penerbitan laporan keuangan, tidak ada perubahan atas kondisi tersebut.

d. Weston Capital Advisors Inc., New York

Bank menerima klaim sebesar USD 19.202.226,21 dari First Global Funds Limited PCC, Mauritius ("FGFL") sehubungan dengan penempatan deposito FGFL pada Bank dan mengajukan tuntutan kepada Bank di Pengadilan Mauritius.

Selanjutnya, Weston Capital Advisors Inc., New York (entitas anak dari FGFL) ("Weston") mendapatkan hak klaim atas tuntutan tersebut dengan cara membeli tagihan FGFL, dan kemudian mengajukan pelaksanaan Putusan Mahkamah Agung Mauritius melalui *United States District Court Southern District of New York ("NY Court")* yang mengakibatkan pemblokiran terhadap rekening nostro milik Bank di beberapa bank tertentu dan pemindahan dana milik Bank kepada Weston sebesar USD 3.621.127,33.

Pada tanggal 19 November 2013, *NY Court* telah mengeluarkan Putusan dalam bentuk *Order Vacating Judgment,* sehingga pemblokiran terhadap rekening giro milik Bank dibuka dan dana yang sebelumnya telah ditransfer ke Weston harus dikembalikan kepada Bank.

Pada tanggal 16 Januari 2014, Weston mengembalikan dana kepada Bank sebesar USD 23.475.

Pada tanggal 19 Maret 2014, Bank mengajukan *motion contempt of court* dan memerintahkan agar Weston segera mengembalikan sisa dana Bank berikut bunganya.

**50. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

c. *Agreement with First Gulf Asia Holdings Limited (FGAHL) (continued)*

*Furthermore, the Bank also has an option to repurchase the collect rights to IBRA and FGAHL which is valid for 2 (two) years since the exchange date of assets agreement for those exchange of assets. If the option rights is used, the Bank should pay the option for Rp 5,000 to FGAHL. This agreement has been extended for several times, which the latest extention was conducted in 2005 up to September 30, 2007 under the same condition. As of the issuance date ofthe financial statements, there is no change of such condition.*

d. *Weston Capital Advisors Inc., New York*

*The Bank received claim amounting to USD 19,202,226.21 from First Global Funds Limited PCC, Mauritius ("FGFL") regarding its placement in Bank's time deposits and filed lawsuit against the Bank in The Court of Mauritius.*

*Furthermore, Weston Capital Advisor Inc., New York (a subsidiary of FGFL) ("Weston") obtained claim rights by purchasing FGFL's claim, and then filed execution of Decision of The Supreme Court of Mauritius to United States District Court Southern District of New York ("NY Court") which resulting the freezing of the Bank's current account in certain banks and transferring fund of the Bank to Weston amounting to USD 3,621,127.33.*

*As of November 19, 2013, NY Court has issued Decision under Order Vacating Judgment, thus the blocking of the Bank's current account was opened and fund that was previously transferred to Weston should return to the Bank.*

*As of January 16, 2014, Weston has returned the fund amounted to USD 23,475 to the Bank.*

*On March 19, 2014, the Bank filed a contempt of court and ordered Weston to immediately refund remaining funds and interest to the Bank.*

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2016 dan**
**Untuk Periode Sembilan-Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2016 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**50. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

d. Weston Capital Advisors Inc., New York (lanjutan)

Pada tanggal 15 Juli 2014, *NY Court* telah menegaskan kembali tindakan *contempt of court* yang dilakukan Weston dan mengharuskan Weston untuk mengembalikan dana sebesar USD 3.597.652,33 beserta bunga selama Weston belum melakukan pembayaran.

Pada tanggal 18 Desember 2014, Bank telah menandatangani perjanjian dengan Kelley Drye & Warren LLP (kuasa hukum Weston) dimana Weston menyetujui untuk mengembalikan dana sebesar USD 175.000 kepada Bank. Pada tanggal 21 Desember 2014, Weston telah mengembalikan dana tersebut.

Pada tanggal 7 Mei 2015, Bank telah menandatangani perjanjian dengan kuasa hukum Weston dimana Weston menyetujui untuk mengembalikan dana sebesar USD 100.000 kepada Bank. Pada tanggal 15 Mei 2015, Weston telah mengembalikan dana tersebut.

Pada tanggal 8 September 2015, Pengadilan Negara Bagian New York menyatakan bahwa John Liegey, Weston International Capital Limited dan masing-masing afiliasi dan entitas anak Weston telah melakukan penghinaan terhadap Pengadilan (*contempt of court*) dan dihukum untuk mengembalikan dana kepada Bank.

Sampai dengan tanggal penerbitan laporan keuangan, terdapat dana yang belum dikembalikan oleh Weston sebesar USD 3.322.652,33 (ekuivalen Rp 43.364 pada tanggal 30 September 2016 dan Rp 45.803 pada tanggal 31 Desember 2015). Bank mencatat tagihan kepada Weston tersebut sebagai bagian dari akun "Aset Lain-lain" pada laporan posisi keuangan (Catatan 17).

**50. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

d. *Weston Capital Advisors Inc., New York (continued)*

*On July 15, 2014, NY Court has reaffirmed contempt of court by Weston and required Weston to return funds amounted to USD 3,597,652.33 with interest during Weston has not made settlement payment.*

*On December 18, 2014, the Bank has signed an agreement with Kelley Drye & Warren LLP (Weston's counsel) whereby Weston agreed to return fund amounting to USD 175,000 to the Bank. On December 21, 2014, Weston has returned it to the Bank.*

*On May 7, 2015, the Bank has signed an agreement with Weston's counsel whereby Weston agreed to return fund amounting to USD 100,000 to the Bank. On May 15, 2015, Weston has returned it to the Bank.*

*On September 8, 2015, the Court of the State of New York stated John Liegey, Weston International Capital Limited and its respective affiliates and Weston's subsidiaries have been in contempt of court and punished to refund to the Bank.*

*As of the issuance date of the financial statements, there is a fund that has not returned yet by Weston amounting to USD 3,322,652.33 (equivalent to Rp 43,901 as of June 30, 2016 and Rp 45,803 as of December 31, 2015). The Bank recorded receivable from Weston as part of "Other Assets" account in the statement of financial position(Note 17).*

# APPENDIX 3

# TJAHJADI & TAMARA
Registered Public Accountants

# PT BANK MUTIARA Tbk

| | |
|---|---|
| Laporan Keuangan | *Financial Statements* |
| Dengan Laporan Auditor Independen | *With Independent Auditors' Report* |
| Tanggal 31 Desember 2013 dan | *As of December 31, 2013 and* |
| Untuk Tahun yang Berakhir pada | *For The Year* |
| Tanggal Tersebut | *Then Ended* |
| (Mata Uang Indonesia) | *(Indonesian Currency)* |



**Morison** International

An Independent Member Firm of **Morison** International

| PT BANK MUTIARA Tbk | PT BANK MUTIARA Tbk |
|---|---|
| CATATAN ATAS LAPORAN KEUANGAN | *NOTES TO THE FINANCIAL STATEMENTS* |
| Tanggal 31 Desember 2013 dan | *As of December 31, 2013 and* |
| Untuk Tahun yang Berakhir pada Tanggal Tersebut | *For The Year Then Ended* |
| (Dinyatakan dalam jutaan Rupiah, | *(Expressed in millions of Rupiah,* |
| kecuali dinyatakan lain) | *unless otherwise stated)* |

**16. AGUNAN YANG DIAMBIL ALIH (lanjutan)**

Manajemen berpendapat bahwa pembentukan cadangan kerugian penurunan nilai atas agunan yang diambil alih telah cukup untuk menutupi kerugian yang mungkin timbul.

**16. FORECLOSED ASSETS (continued)**

*Management believes that the allowance for impairment losses on foreclosed assets is adequate to cover any possible losses.*

**17. ASET LAIN-LAIN**

**17. OTHER ASSETS**

|  | **2013** | **2012** |  |
|---|---|---|---|
| Surat Ketetapan Pajak: | | | *Tax Assessment Letters:* |
| Tahun pajak: | | | *Fiscal year:* |
| - 2000 sampai dengan 2003 | 78.460 | 78.460 | *2000 up to 2003 -* |
| - 2005 (Catatan 36) | 25.971 | - | *2005 (Note 36) -* |
| - 2006 (Catatan 36) | 30.471 | - | *2006 (Note 36) -* |
| - 2007 (Catatan 36) | 30.076 | - | *2007 (Note 36) -* |
| - 2008 (Catatan 36) | 24.225 | - | *2008 (Note 36) -* |
| Tagihan kepada *Weston Capital Advisors Inc.* | 44.092 | - | *Receivables to Weston Capital Advisors Inc.* |
| Pengembangan sistem dan informasi | 39.224 | 38.704 | *System and information development* |
| Beban yang ditangguhkan | 35.011 | 37.690 | *Deferred expenses* |
| Tagihan kepada Pemerintah | 25.347 | 25.347 | *Receivables to Government* |
| Uang muka | 22.330 | 22.330 | *Advance payments* |
| Jasa manajemen | 10.560 | 10.560 | *Management fees* |
| Rupa-rupa | 83.665 | 92.272 | *Miscellaneous* |
| Jumlah | 449.432 | 305.363 | *Total* |
| Cadangan kerugian penurunan nilai | (317.828) | (219.090) | *Allowance for impairment losses* |
| **Neto** | **131.604** | **86.273** | *Net* |

Surat Ketetapan Pajak Tahun Pajak 2000 sampai dengan 2003

Bank menerima Surat Ketetapan Pajak Kurang Bayar (SKPKB) pajak penghasilan pasal 26 untuk tahun 2000 sampai 2003 untuk tagihan pokok pajak sebesar Rp 57.849 dan sanksi administrasi sebesar Rp 27.669 atau total sebesar Rp 85.518. Bank mengajukan keberatan namun telah ditolak pada tanggal 22 Desember 2006 dan saat ini sedang dalam proses peninjauan kembali. Selama tahun 2007 dan 2008, Bank telah melakukan pembayaran atas SKPKB tersebut masing-masing sebesar Rp 6.000 dan Rp 12.353. Bank juga telah mengajukan Permohonan Pembatalan Ketetapan Pajak kepada kantor pajak pada tanggal 15 Maret 2007 dan 20 Maret 2007. Sampai dengan tanggal 31 Desember 2012, jumlah tagihan yang telah dibayarkan adalah sebesar Rp 78.460. Bank telah membentuk cadangan kerugian penurunan nilai masing-masing sebesar Rp 78.460 pada tanggal 31 Desember 2013 dan 2012.

*Tax Assessment Letters Fiscal Year 2000 up to 2003*

*The Bank received Underpayment Tax Assessment Letters (SKPKB) of withholding income tax articles 26 for years 2000 to 2003 amounting to Rp 57,849 and the related administrative penalties amounting to Rp 27,669 or totaling to Rp 85,518. The Bank has submitted objection letters for the assessment and was rejected by the tax authorities on December 22, 2006 and currently, such assessment is still in judicial review process. During 2007 and 2008, the Bank has paid such SKPKB amounting to Rp 6,000 and Rp 12,353, respectively. The Bank also submitted Tax Assessment Cancellation Letter to the tax office on March 15, 2007 and March 20, 2007. Up to December 31, 2012, the Bank has paid this assessment totaling to Rp 78,460. The Bank has provided allowance for possible losses for this assessment amounting to Rp 78,460 as of December 31, 2013 and 2012, respectively.*

The original financial statements included herein are in
the Indonesian language.

PT BANK MUTIARA Tbk
CATATAN ATAS LAPORAN KEUANGAN
Tanggal 31 Desember 2013 dan
Untuk Tahun yang Berakhir pada Tanggal Tersebut
(Dinyatakan dalam jutaan Rupiah,
kecuali dinyatakan lain)

PT BANK MUTIARA Tbk
NOTES TO THE FINANCIAL STATEMENTS
As of December 31, 2013 and
For The Year Then Ended
(Expressed in millions of Rupiah,
unless otherwise stated)

## 17. ASET LAIN-LAIN (lanjutan)

Tagihan kepada *Weston Capital Advisors Inc.*

Tagihan kepada *Weston Capital Advisors Inc.* sebesar USD 3.621.127,33 merupakan dana yang harus dikembalikan kepada Bank oleh *Weston Capital Advisors Inc.* atas dana milik Bank sehubungan dengan Putusan dalam bentuk *Order Vacating Judgment* yang dikeluarkan oleh *United States District Court Southern District of New York* tanggal 19 November 2013 (Catatan 49f). Bank telah membentuk cadangan kerugian penurunan nilai atas tagihan ini.

Tagihan kepada Pemerintah

Tagihan kepada Pemerintah sebesar Rp 25.347 merupakan tagihan antar bank kepada Unibank yang saling hapus (*net-off*) dengan kewajiban antar bank dari Unibank termasuk bunga sampai dengan tanggal 30 Maret 2003. Hasil saling hapus berupa tagihan neto antar bank adalah sebesar Rp 25.347. Sejak tahun 2007, Bank telah membebankan cadangan kerugian penurunan nilai seluruhnya karena tidak memiliki manfaat.

Perubahan cadangan kerugian penurunan nilai adalah sebagai berikut:

## 17. OTHER ASSETS (continued)

Receivables to Weston Capital Advisors Inc.

Receivables to Weston Capital Advisors Inc. amounting to USD 3,621,127.33 represents fund should be returned to the Bank by Weston Capital Advisors Inc. on the Bank's fund related to Decision in the form of Order Vacating Judgment issued by United States District Court Southern District of New York dated November 19, 2013 (Note 49f). The Bank has provided allowance for impairment losses on this receivable.

Receivables to Government

Receivables to Government amounted to Rp 25,347 represent interbank receivables to Unibank which net-off with the interbank payables from Unibank including the related interests up to March 30, 2003. The result of net-off represents the net interbank receivables amounting to Rp 25,347. Since 2007, the Bank has provided full allowances for impairment losses due to such receivables did not have any benefits for the Bank.

The changes in the allowance for impairment losses are as follows:

| | 2013 | 2012 | |
|---|---|---|---|
| Saldo awal tahun | 219.090 | 238.145 | Balance at beginning of year |
| Penyisihan (pemulihan) tahun berjalan | 70.604 | (123.178) | Provision (reversal) during the year |
| Selisih akibat perbedaan kurs | 28.134 | 104.123 | Exchange rate differences |
| **Saldo akhir tahun** | **317.828** | **219.090** | **Balance at end of year** |

Manajemen berpendapat bahwa cadangan kerugian penurunan nilai untuk aset lain-lain adalah cukup untuk menutup kerugian yang mungkin timbul atas aset lain-lain.

Management believes that allowance for impairment losses of other assets is adequate to cover impairment losses that might arise from other assets.

## 18. LIABILITAS SEGERA

## 18. OBLIGATIONS DUE IMMEDIATELY

| | 2013 | 2012 | |
|---|---|---|---|
| Rupiah | | | Rupiah |
| Liabilitas pada Notaris | 3.906 | 4.615 | Liabilities to Notary |
| Liabilitas atas penjualan agunan yang diambil alih | 929 | 210 | Liabilities on sales of foreclosed assets |
| Liabilitas ATM Bersama | 662 | 2.507 | Liabilities on ATM Bersama |
| Liabilitas ATM Prima | 370 | 782 | Liabilities on ATM Prima |
| Transfer, inkaso dan kliring | 40 | 307 | Transfer and cheques for collection and clearing |
| Liabilitas lainnya | 3.831 | 1.297 | Other liabilities |
| Sub jumlah | 9.738 | 9.718 | Sub total |
| Mata uang asing | | | Foreign currencies |
| Transfer, inkaso dan kliring | 11 | 1.090 | Transfer and cheques for collection and clearing |
| **Jumlah** | **9.749** | **10.808** | **Total** |

**PT BANK MUTIARA Tbk**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Desember 2013 dan**
**Untuk Tahun yang Berakhir pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK MUTIARA Tbk*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of December 31, 2013 and*
*For The Year Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

*49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)*

Di samping menyerahkan hak tagih kepada BPPN, Bank juga harus menyerahkan uang tunai sebesar USD 6.000.000 untuk mendapatkan ROI Loans tersebut.

*In addition to the Bank submitted the assignment to IBRA, the Bank also should pay cash amounting to USD 6,000,000 to obtain those ROI Loans.*

Atas pertukaran aset tersebut, Bank juga memiliki hak opsi untuk membeli kembali hak tagih kepada BPPN dan FGAHL yang berlaku untuk jangka waktu 2 (dua) tahun terhitung sejak tanggal perjanjian pertukaran aset. Apabila hak opsi digunakan, maka Bank harus membayar opsi tersebut sebesar Rp 5.000 kepada FGAHL. Perjanjian ini telah diperpanjang beberapa kali, dimana perpanjangan terakhir dilakukan pada tahun 2005 sampai dengan tanggal 30 September 2007 dengan kondisi yang sama. Sampai dengan tanggal laporan auditor independen, tidak ada perubahan atas kondisi tersebut.

*Furthermore, the Bank also has an option to repurchase the collect right to IBRA and FGAHL which is valid for 2 (two) years since the exchange date of assets agreement for those exchange of assets. If the option right is used, the Bank shall pay the option for Rp 5,000 to FGAHL. This agreement has been extended for several times, which the latest was conducted in 2005 up to September 30, 2007 under the same condition. Up to the date of the independent auditors' report, there was no change of condition.*

d. Bank mengadakan perjanjian sewa gedung dengan PT Kepland Investama atas sewa gedung yang beralamat di Jalan Jenderal Sudirman Kav. 22-23, Jakarta dengan Akta Perjanjian Sewa Menyewa No. 04 tanggal 4 Oktober 2010, dengan nilai sewa sebesar Rp 25.030 dan luas ruang yang disewa sebesar 7.379,52 meter persegi dengan periode sewa dari tanggal 18 Oktober 2010 sampai dengan 17 Oktober 2013, yang kemudian telah diperpanjang sampai dengan 17 Oktober 2015 dengan nilai sewa sebesar Rp 21.693.

*d. The Bank signed a Building Rental Agreement with PT Kepland Investama in the Rental Agreement Letter No. 04 on October 4, 2010, for building rental on Jalan Jenderal Sudirman Kav. 22-23, Jakarta, with rental amount of Rp 25,030 and rental space of 7,379.52 square meters from period October 18, 2010 until October 17, 2013, and has been extended up to October 17, 2015 with rental amount of Rp 21,693.*

e. Bank menerima klaim sebesar USD 19.202.226,21 dari First Global Funds Limited PCC, Mauritius ("FGFL") sehubungan dengan penempatan deposito FGFL pada Bank dan mengajukan tuntutan kepada Bank di Pengadilan Mauritius. Selanjutnya, Weston Capital Advisors Inc., New York (entitas anak dari FGFL) ("Weston") mendapatkan hak klaim atas tuntutan tersebut dengan cara membeli tagihan FGFL, dan kemudian mengajukan pelaksanaan Putusan Mahkamah Agung Mauritius melalui *United States District Court Southern District of New York ("NY Court")* yang mengakibatkan pemblokiran terhadap rekening nostro milik Bank di beberapa bank tertentu dan pemindahan dana kepada Weston.

*e. The Bank received claim amounting to USD 19,202,226.21 from First Global Funds Limited PCC, Mauritius ("FGFL") regarding its placement in time deposits in the Bank and submitted lawsuit against the Bank in The Court of Mauritius. Furthermore, Weston Capital Advisor Inc., New York (a subsidiary of FGFL) ("Weston") obtained claim rights by purchasing FGFL's claim, and then submitted execution of Decision of The Supreme Court of Mauritius to United States District Court Southern District of New York ("NY Court") which resulted in the blocking of the Bank's current account in certain banks and transferring fund to Weston.*

Pada tanggal 19 November 2013, NY Court telah mengeluarkan Putusan dalam bentuk *Order Vacating Judgment*, sehingga pemblokiran terhadap rekening giro milik Bank dibuka dan sebagian dana yang sebelumnya telah ditransfer ke Weston dikembalikan kepada Bank.

*On November 19, 2013, NY Court has issued Decision in the form of Order Vacating Judgment, so the blocking of the Bank's current account was opened and part of fund that was previously transferred to Weston must returned to the Bank.*

**PT BANK MUTIARA Tbk**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Desember 2013 dan**
**Untuk Tahun yang Berakhir pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK MUTIARA Tbk*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of December 31, 2013 and*
*For The Year Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

Sampai dengan tanggal laporan auditor independen, terdapat dana yang belum dikembalikan oleh Weston sebesar USD 3.621.127,33. Pada tanggal 31 Desember 2013, Bank mencatat tagihan kepada Weston tersebut sebagai bagian dari akun "Aset Lain-lain" pada laporan posisi keuangan (Catatan 17).

f. Kasus-kasus hukum dan *fraud* yang masih belum selesai sampai tahun 2013 adalah sebagai berikut:

Kasus Perdata:

A. Bank sebagai Tergugat:

1. Gugatan kepada Bank yang diajukan oleh Investor yang membeli produk investasi (*Discretionary Fund*) milik PT Antaboga Delta Sekuritas Indonesia (ADS) terdiri dari:

a. Gugatan yang diajukan oleh salah satu investor ADS di Surabaya selaku Penggugat kepada Bank selaku Tergugat I melalui Pengadilan Negeri Surabaya yang terdaftar dalam perkara No. 741/Pdt.G/2008/ PN.Sby tanggal 17 Desember 2008.

Penggugat menuntut Bank bersama-sama dengan Tergugat lainnya secara tanggung renteng membayar kepada Penggugat sebesar Rp 7.200 berikut keuntungan yang akan diperoleh. Pengadilan Negeri Surabaya dalam putusannya No. 741/Pdt.G/2008/PN.Sby tanggal 8 Desember 2009 telah menghukum Bank bersama-sama dengan Tergugat lainnya secara tanggung renteng membayar kerugian materil kepada Penggugat sebesar Rp 7.200 berikut keuntungan yang akan diperoleh. Atas Putusan Pengadilan Negeri Surabaya tersebut, Bank telah menempuh upaya hukum banding ke Pengadilan Tinggi Surabaya.

*49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)*

*Up to the date of independent auditors' report, there is a fund that has not returned yet by Weston amounting to USD 3,621,127.33. As of December 31, 2013, the Bank recorded receivable from Weston as part of "Other Assets" account in the statement of financial position (Note 17).*

*f. The outstanding legal and fraud cases up to 2013 are as follows:*

*Civil Cases:*

*A. Bank as the Defendant:*

*1. The lawsuit to the Bank is submitted by Investors who bought investment products (Discretionary Fund) issued by PT Antaboga Delta Sekuritas Indonesia (ADS) which consists of:*

*a. Lawsuit filed by one of the investors of ADS in Surabaya as Plaintiff to the Bank as Defendant I through The District Court of Surabaya which is registered in case No. 741/Pdt.G/2008/PN.Sby dated December 17, 2008.*

*The Plaintiff claimed to the Bank together with other Defendants jointly and severally to pay to the Plaintiff amounting to Rp 7,200 including forseeable gains. The District Court of Surabaya in its decision No. 741/Pdt.G/2008/ PN.Sby dated December 8, 2009 has been sentenced the Bank together with the other Defendants jointly and severally to pay material losses to the Plaintiff amounting to Rp 7,200 including forseeable gains. On Decision of The District Court of Surabaya, the Bank has submitted an appeal to The High Court of Surabaya.*

# TJAHJADI & TAMARA
Registered Public Accountants

# PT BANK MUTIARA Tbk

| | |
|---|---|
| Laporan Keuangan | *Financial Statements* |
| Dengan Laporan Auditor Independen | *With Independent Auditor's Report* |
| Tanggal 31 Desember 2014 dan | *As of December 31, 2014 and* |
| Untuk Tahun yang Berakhir pada | *For The Year* |
| Tanggal Tersebut | *Then Ended* |
| (Mata Uang Indonesia) | *(Indonesian Currency)* |



**Morison** International

An Independent Member Firm of **Morison** International

**PT BANK MUTIARA Tbk
CATATAN ATAS LAPORAN KEUANGAN
Tanggal 31 Desember 2014 dan
Untuk Tahun yang Berakhir pada Tanggal Tersebut
(Dinyatakan dalam jutaan Rupiah,
kecuali dinyatakan lain)**

*PT BANK MUTIARA Tbk
NOTES TO THE FINANCIAL STATEMENTS
As of December 31, 2014 and
For The Year Then Ended
(Expressed in millions of Rupiah,
unless otherwise stated)*

## 17. ASET LAIN-LAIN

## 17. OTHER ASSETS

| | 2014 | 2013 | |
|---|---|---|---|
| Surat Ketetapan Pajak: | | | *Tax Assessment Letters:* |
| Tahun pajak: | | | *Fiscal year:* |
| - 2000 sampai dengan 2003 | - | 78.460 | *- 2000 up to 2003* |
| - 2005 (Catatan 36b) | 25.971 | 25.971 | *- 2005 (Note 36b)* |
| - 2006 (Catatan 36b) | 30.471 | 30.471 | *- 2006 (Note 36b)* |
| - 2007 (Catatan 36b) | 30.076 | 30.076 | *- 2007 (Note 36b)* |
| - 2008 (Catatan 36b) | 24.225 | 24.225 | *- 2008 (Note 36b)* |
| Tagihan kepada *Weston Capital Advisors Inc.* | 42.390 | 44.092 | *Receivables to Weston Capital Advisors Inc.* |
| Setoran jaminan | 4.964 | 4.914 | *Security deposits* |
| Renovasi dibayar di muka | 11.403 | 21.733 | *Prepaid renovation expense* |
| Pengembangan sistem dan informasi | 665 | 39.224 | *System and information development* |
| Tagihan kepada Pemerintah | - | 25.347 | *Receivables to Government* |
| Uang muka | - | 22.330 | *Advance payments* |
| Jasa manajemen | - | 10.560 | *Management fees* |
| Rupa-rupa | 71.650 | 92.029 | *Miscellaneous* |
| Jumlah | 241.815 | 449.432 | *Total* |
| Cadangan kerugian penurunan nilai | (119.213) | (317.828) | *Allowance for impairment losses* |
| **Neto** | **122.602** | **131.604** | ***Net*** |

Surat Ketetapan Pajak Tahun Pajak 2000 sampai dengan 2003

*Tax Assessment Letters Fiscal Year 2000 up to 2003*

Bank menerima Surat Ketetapan Pajak Kurang Bayar (SKPKB) pajak penghasilan pasal 26 untuk tahun 2000 sampai 2003 untuk tagihan pokok pajak sebesar Rp 57.849 dan sanksi administrasi sebesar Rp 27.669 atau total sebesar Rp 85.518. Bank mengajukan keberatan namun telah ditolak pada tanggal 22 Desember 2006 dan saat ini sedang dalam proses peninjauan kembali. Selama tahun 2007 dan 2008, Bank telah melakukan pembayaran atas SKPKB tersebut masing-masing sebesar Rp 6.000 dan Rp 12.353. Bank juga telah mengajukan Permohonan Pembatalan Ketetapan Pajak kepada kantor pajak pada tanggal 15 Maret 2007 dan 20 Maret 2007. Sampai dengan tanggal 31 Desember 2014, jumlah tagihan yang telah dibayarkan adalah sebesar Rp 78.460 dan Bank telah membentuk cadangan kerugian penurunan nilai sebesar Rp 78.460. Pada tahun 2014, saldo ini telah dihapuskan.

*The Bank received Underpayment Tax Assessment Letters (SKPKB) of withholding income tax article 26 for years 2000 to 2003 amounting to Rp 57,849 and the related administrative penalties amounting to Rp 27,669 or totaling to Rp 85,518. The Bank has submitted objection letters for the assessment and was rejected by the tax authorities on December 22, 2006 and currently, such assessment is still in judicial review process. During 2007 and 2008, the Bank has paid such SKPKB amounting to Rp 6,000 and Rp 12,353, respectively. The Bank also submitted Tax Assessment Cancellation Letter to the tax office on March 15, 2007 and March 20, 2007. Up to December 31, 2014, the Bank has paid this assessment totaling to Rp 78,460 and the Bank has provided allowance for possible losses for this assessment amounting to Rp 78,460. In 2014, this balance has already written-off.*

Tagihan kepada *Weston Capital Advisors Inc.*

*Receivables to Weston Capital Advisors Inc.*

Tagihan kepada *Weston Capital Advisors Inc.* sebesar USD 3.422.652,33 (ekuivalen Rp 42.390) pada tanggal 31 Desember 2014 dan USD 3.621.127,33 (ekuivalen Rp 44.092) pada tanggal 31 Desember 2013 merupakan dana yang harus dikembalikan kepada Bank oleh *Weston Capital Advisors Inc.* atas dana milik Bank sehubungan dengan Putusan dalam bentuk *Order Vacating Judgment* yang dikeluarkan oleh *United States District Court Southern District of New York* tanggal 19 November 2013 (Catatan 49e). Bank telah membentuk cadangan kerugian penurunan nilai atas tagihan ini.

*Receivables to Weston Capital Advisors Inc. amounting to USD 3,422,652.33 (equivalent to Rp 42,390) as of December 31, 2014 and USD 3,621,127.33 (equivalent to Rp 44,092) as of December 31, 2013 represents fund should be returned to the Bank by Weston Capital Advisors Inc. on the Bank's fund related to Decision in the form of Order Vacating Judgment issued by United States District Court Southern District of New York dated November 19, 2013 (Note 49e). The Bank has provided allowance for impairment losses on this receivable.*

**PT BANK MUTIARA Tbk**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Desember 2014 dan**
**Untuk Tahun yang Berakhir pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK MUTIARA Tbk*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of December 31, 2014 and*
*For The Year Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

---

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

d. Sewa Gedung

Bank mengadakan perjanjian sewa gedung dengan PT Kepland Investama atas sewa gedung yang beralamat di Jalan Jenderal Sudirman Kav. 22-23, Jakarta dengan Akta Perjanjian Sewa Menyewa No. 04 tanggal 4 Oktober 2010, dengan nilai sewa sebesar Rp 25.030 dan luas ruang yang disewa sebesar 7.379,52 meter persegi dengan periode sewa dari tanggal 18 Oktober 2010 sampai dengan 17 Oktober 2013, yang kemudian telah diperpanjang sampai dengan 17 Oktober 2015 dengan nilai sewa sebesar Rp 21.693.

d. Office Lease

*The Bank entered a Building Rental Agreement with PT Kepland Investama as covered by Rental Agreement Deed No. 04 dated October 4, 2010, for building rental at Jalan Jenderal Sudirman Kav. 22-23, Jakarta, with rental charges amounting to Rp 25,030 and rental space of 7,379.52 square meters from period October 18, 2010 until October 17, 2013, and subsequently has been extended up to October 17, 2015 with rental charges amounting to Rp 21,693.*

e. *Weston Capital Advisors Inc, New York*

Bank menerima klaim sebesar USD 19.202.226,21 dari First Global Funds Limited PCC, Mauritius ("FGFL") sehubungan dengan penempatan deposito FGFL pada Bank dan mengajukan tuntutan kepada Bank di Pengadilan Mauritius.

Selanjutnya, Weston Capital Advisors Inc., New York (entitas anak dari FGFL) ("Weston") mendapatkan hak klaim atas tuntutan tersebut dengan cara membeli tagihan FGFL, dan kemudian mengajukan pelaksanaan Putusan Mahkamah Agung Mauritius melalui *United States District Court Southern District of New York ("NY Court")* yang mengakibatkan pemblokiran terhadap rekening nostro milik Bank di beberapa bank tertentu dan pemindahan dana kepada Weston.

Pada tanggal 19 November 2013, *NY Court* telah mengeluarkan Putusan dalam bentuk *Order Vacating Judgment*, sehingga pemblokiran terhadap rekening giro milik Bank dibuka dan dana yang sebelumnya telah ditransfer ke Weston Capital Advisors Inc harus dikembalikan kepada Bank.

Pada tanggal 16 Januari 2014, Weston Capital Advisors Inc mengembalikan dana kepada Bank sebesar USD 23.475.

Pada tanggal 19 Maret 2014, Bank mengajukan *motion contempt of court* dan memerintahkan agar Weston Capital Advisors Inc segera mengembalikan sisa dana Bank berikut bunganya.

e. *Weston Capital Advisors Inc, New York*

*The Bank received claim amounting to USD 19,202,226.21 from First Global Funds Limited PCC, Mauritius ("FGFL") regarding its placement in Bank's time deposits and filed lawsuit against the Bank in The Court of Mauritius.*

*Furthermore, Weston Capital Advisor Inc., New York (a subsidiary of FGFL) ("Weston") obtained claim rights by purchasing FGFL's claim, and then filed execution of Decision of The Supreme Court of Mauritius to United States District Court Southern District of New York ("NY Court") which resulting the blocking of the Bank's current account in certain banks and transferring fund to Weston.*

*On November 19, 2013, NY Court has issued Decision in the form of Order Vacating Judgment, thus the blocking of the Bank's current account was opened and fund that was previously transferred to Weston Capital Advisors Inc should refund to the Bank.*

*On January 16, 2014, Weston Capital Advisors Inc has returned the fund amounted to USD 23,475 to the Bank.*

*On March 19, 2014, the Bank filed a contempt of court and ordered Weston Capital Advisors Inc to immediately refund remaining funds and interest to the Bank.*

**PT BANK MUTIARA Tbk**
CATATAN ATAS LAPORAN KEUANGAN
Tanggal 31 Desember 2014 dan
Untuk Tahun yang Berakhir pada Tanggal Tersebut
(Dinyatakan dalam jutaan Rupiah,
kecuali dinyatakan lain)

*PT BANK MUTIARA Tbk*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of December 31, 2014 and*
*For The Year Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

*49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)*

e. *Weston Capital Advisors Inc, New York* (lanjutan)

Pada tanggal 15 Juli 2014, *NY Court* telah menegaskan kembali tindakan *contempt of court* yang dilakukan Weston dan mengharuskan Weston untuk mengembalikan dana sebesar USD 3.597.652,33 beserta bunga selama Weston belum melakukan pembayaran.

Pada tanggal 18 Desember 2014, Bank telah menandatangani perjanjian dengan Kelley Drye & Warren LLP (kuasa hukum Weston) dimana Weston menyetujui untuk mengembalikan dana sebesar USD 175.000 kepada Bank. Pada tanggal 21 Desember 2014, Weston telah mengembalikan dana tersebut.

Sampai dengan tanggal laporan keuangan ini diterbitkan, terdapat dana yang belum dikembalikan oleh Weston sebesar USD 3.422.652,33 (ekuivalen Rp 42.390) pada tanggal 31 Desember 2014 dan USD 3.621.127,33 (ekuivalen Rp 44.092) pada tanggal 31 Desember 2013. Bank mencatat tagihan kepada Weston tersebut sebagai bagian dari akun "Aset Lain-lain" pada laporan posisi keuangan (Catatan 17).

f. Kasus-kasus hukum dan *fraud* yang masih belum selesai sampai bulan Desember 2014 adalah sebagai berikut:

Kasus Perdata:

A. Bank sebagai Tergugat:

1. Gugatan kepada Bank yang diajukan oleh Investor yang membeli produk investasi (*Discretionary Fund*) milik PT Antaboga Delta Sekuritas Indonesia (ADS) terdiri dari:

a. Gugatan yang diajukan oleh salah satu investor ADS di Surabaya selaku Penggugat terhadap Bank selaku Tergugat I melalui Pengadilan Negeri Surabaya yang terdaftar dalam perkara No. 742/Pdt.G/ 2008/PN.Sby tanggal 17 Desember 2008. Penggugat menuntut Bank bersama-sama dengan Tergugat lainnya secara tanggung renteng membayar kepada Penggugat sebesar Rp 400 berikut keuntungan yang akan diperoleh.

e. *Weston Capital Advisors Inc, New York (continued)*

*On July 15, 2014, NY Court has reaffirmed contempt of court done by Weston and required Weston to return funds amounted to USD 3,597,652.33 with interest during Weston has not made payment.*

*On December 18, 2014, the Bank has signed an agreement with Kelley Drye & Warren LLP (Weston's counsel) whereby Weston agreed to return fund amounting to USD 175,000 to the Bank. On December 21, 2014, Weston has returned it to the Bank.*

*Up to the issuance date of the financial statements, there is fund balance that has not returned yet by Weston amounting to USD 3,422,652.33 (equivalent to Rp 42,390) as of December 31, 2014 and USD 3,621,127.33 (equivalent to Rp 44,092) as of December 31, 2013. The Bank recorded receivable from Weston as part of "Other Assets" account in the statement of financial position (Note 17).*

f. *The outstanding legal and fraud cases up to December 2014 are as follows:*

*Civil Cases:*

A. *Bank as the Defendant:*

1. *The lawsuit to the Bank submitted by Investors who bought investment products (Discretionary Fund) issued by PT Antaboga Delta Sekuritas Indonesia (ADS) which consists of:*

a. *Lawsuit filed by one of the ADS' investor in Surabaya as the Plaintiff to the Bank as Defendant I through The District Court of Surabaya which is registered in Case No. 742/Pdt.G/2008/PN.Sby dated December 17, 2008. The Plaintiff claimed to the Bank together with other Defendants jointly and severally to pay to the Plaintiff amounting to Rp 400 including forseeable gains.*

**PT BANK MUTIARA Tbk**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Desember 2014 dan**
**Untuk Tahun yang Berakhir pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK MUTIARA Tbk*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of December 31, 2014 and*
*For The Year Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

f. Kasus-kasus hukum dan *fraud* yang masih belum selesai sampai bulan Desember 2014 adalah sebagai berikut: (lanjutan)

Kasus Perdata: (lanjutan)

A. Posisi Bank sebagai Tergugat: (lanjutan)

8. Weston International Asset Recovery Co Ltd (Weston) telah mengajukan gugatan terhadap Bank di Pengadilan Mauritius dengan dasar gugatan bahwa Bank mempunyai kewajiban pembayaran terhadap Weston sebagai pemegang Obligasi Konversi (OK) yang diterbitkan oleh Bank (dahulu PT Bank Century Tbk) pada tanggal 16 Juni 2006 dan 14 April 2008 dengan nilai masing-masing sejumlah USD 15.000.000 (lihat Catatan 23) dan USD 40.000.000. Perkara OK ini telah diputus oleh Pengadilan Mauritius pada tanggal 15 Februari 2013, dengan putusan menyatakan bahwa Bank wajib untuk membayar total sejumlah USD 65.350.000 (termasuk bunga dan ditambah dengan bunga berjalan sampai dengan dibayarkannya kewajiban). Menurut pendapat konsultan hukum Bank yaitu Pradjoto & Associates No. 35/PNA/LO-BM.MCB/04/14 tanggal 29 April 2014, sesuai ketentuan hukum yang berlaku di Indonesia, putusan Pengadilan Mauritius tidak dapat dieksekusi di Indonesia. Apabila Weston hendak melakukan pelaksanaan putusan Pengadilan Mauritius di Indonesia, maka Weston harus mengajukan gugatan baru terlebih dahulu di Pengadilan Indonesia dan menggunakan hukum di Indonesia.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

f. The outstanding legal and fraud cases up to December 2014 as follows: (continued)

Civil Cases: (continued)

A. Bank as the defendant: (continued)

8. Weston International Asset Recovery Co Ltd (Weston) has filed a claim against Bank in Mauritius Court with the case that the Bank has an obligation to pay Weston as the Mandatory Convertible Bond (MCB) holder issued by Bank (formerly PT Bank Century Tbk) on June 16, 2006 and April 14, 2008, with amount of USD 15,000,000 (see Note 23) and USD 40,000,000, respectively. As of February 15, 2013, the Mauritius Court has rendered its decision in favor of Weston whereby the Court ordered the Bank to pay to Weston in the amount of USD 65,350,000 (including interest and on going interest). According to the opinion of the Bank's legal consultant Pradjoto & Associates as stated in its letter No. 35/PNA/LO-BM.MCB/04/14 dated April 29, 2014, under the provisions of applicable law in Indonesia, the decision of Mauritius Court can not be executed in Indonesia. If Weston will execute the decision of Mauritius Court in Indonesia, then Weston must file a new lawsuit in the Indonesian Court and using Indonesian Law as a reference.



# PT BANK MUTIARA Tbk
*LAPORAN KEUANGAN/FINANCIAL STATEMENT*

**Tanggal 31 Maret 2015 dan 2014**  *As of March 31, 2015 and 2014*
**Dan 31 Desember 2014**     *And December 31, 2014*

| PT BANK MUTIARA Tbk | PT BANK MUTIARA Tbk |
|---|---|
| CATATAN ATAS LAPORAN KEUANGAN | NOTES TO THE FINANCIAL STATEMENTS |
| Tanggal 31 Maret 2015 dan 2014 | As of March 31, 2015 and 2014 |
| Dan 31 Desember 2014 | And December 31, 2014 |
| (Dinyatakan dalam jutaan Rupiah, | (Expressed in millions of Rupiah, |
| kecuali dinyatakan lain) | unless otherwise stated) |

## 17. ASET LAIN-LAIN / OTHER ASSETS

|  | 31 Maret/ March 31, 2015 | 31 Desember/ Dec 31, 2014 |  |
|---|---|---|---|
| Surat Ketetapan Pajak: |  |  | Tax Assessment Letters: |
| Tahun pajak: |  |  | Fiscal year: |
| - 2000 sampai dengan 2003 | - | - | - 2000 up to 2003 |
| - 2005 (Catatan 36b) | 25.971 | 25.971 | - 2005 (Note 36b) |
| - 2006 (Catatan 36b) | 30.471 | 30.471 | - 2006 (Note 36b) |
| - 2007 (Catatan 36b) | 30.076 | 30.076 | - 2007 (Note 36b) |
| - 2008 (Catatan 36b) | 24.225 | 24.225 | - 2008 (Note 36b) |
| Tagihan kepada Weston Capital Advisors Inc. | 47.061 | 42.390 | Receivables to Weston Capital Advisors Inc. |
| Setoran jaminan | 5.075 | 4.964 | Security deposits |
| Renovasi dibayar di muka | 9.424 | 11.403 | Prepaid renovation expense |
| Pengembangan sistem dan informasi | 1.491 | 665 | System and information development |
| Tagihan kepada Pemerintah | - | - | Receivables to Government |
| Uang muka | - | - | Advance payments |
| Jasa manajemen | - | - | Management fees |
| Rupa-rupa | 122.290 | 71.650 | Miscellaneous |
| Jumlah | 296.083 | 241.815 | Total |
| Cadangan kerugian penurunan nilai | (122.736) | (119.213) | Allowance for impairment losses |
| **Neto** | **173.348** | **122.602** | **Net** |

Surat Ketetapan Pajak Tahun Pajak 2000 sampai dengan 2003

Bank menerima Surat Ketetapan Pajak Kurang Bayar (SKPKB) pajak penghasilan pasal 26 untuk tahun 2000 sampai 2003 untuk tagihan pokok pajak sebesar Rp 57.849 dan sanksi administrasi sebesar Rp 27.669 atau total sebesar Rp 85.518. Bank mengajukan keberatan namun telah ditolak pada tanggal 22 Desember 2006 dan saat ini sedang dalam proses peninjauan kembali. Selama tahun 2007 dan 2008, Bank telah melakukan pembayaran atas SKPKB tersebut masing-masing sebesar Rp 6.000 dan Rp 12.353. Bank juga telah mengajukan Permohonan Pembatalan Ketetapan Pajak kepada kantor pajak pada tanggal 15 Maret 2007 dan 20 Maret 2007. Sampai dengan tanggal 31 Desember 2014, jumlah tagihan yang telah dibayarkan adalah sebesar Rp 78.460 dan Bank telah membentuk cadangan kerugian penurunan nilai sebesar Rp 78.460. Pada tahun 2014, saldo ini telah dihapuskan dan nihil pada tahun 2015.

*Tax Assessment Letters Fiscal Year 2000 up to 2003*

*The Bank received Underpayment Tax Assessment Letters (SKPKB) of withholding income tax article 26 for years 2000 to 2003 amounting to Rp 57,849 and the related administrative penalties amounting to Rp 27,669 or totaling to Rp 85,518. The Bank has submitted objection letters for the assessment and was rejected by the tax authorities on December 22, 2006 and currently, such assessment is still in judicial review process. During 2007 and 2008, the Bank has paid such SKPKB amounting to Rp 6,000 and Rp 12,353, respectively. The Bank also submitted Tax Assessment Cancellation Letter to the tax office on March 15, 2007 and March 20, 2007. Up to December 31, 2014, the Bank has paid this assessment totaling to Rp 78,460 and the Bank has provided allowance for possible losses for this assessment amounting to Rp 78,460. In 2014, this balance has already written-off and nill on March 31, 2015.*

Tagihan kepada Weston Capital Advisors Inc.

Tagihan kepada Weston Capital Advisors Inc. sebesar USD 3.599.562,83 (ekuivalen Rp 47.061) pada tanggal 31 Maret 2015 dan USD 3.422.652,33 (ekuivalen Rp 42.390) pada tanggal 31 Desember 2014 merupakan dana yang harus dikembalikan kepada Bank oleh Weston Capital Advisors Inc. atas dana milik Bank sehubungan dengan Putusan dalam bentuk Order Vacating Judgment yang dikeluarkan oleh United States District Court Southern District of New York tanggal 19 November 2013 (Catatan 49e). Bank telah membentuk cadangan kerugian penurunan nilai atas tagihan ini.

*Receivables to Weston Capital Advisors Inc.*

*Receivables to Weston Capital Advisors Inc. amounting to USD 3.599.562,83 (equivalent to Rp 47,061) as of March 31, 2015 and USD 3,422,652.33 (equivalent to Rp 42,390) as of December 31, 2014 represents fund should be returned to the Bank by Weston Capital Advisors Inc. on the Bank's fund related to Decision in the form of Order Vacating Judgment issued by United States District Court Southern District of New York dated November 19, 2013 (Note 49e). The Bank has provided allowance for impairment losses on this receivable.*

Catatan atas laporan keuangan terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan secara keseluruhan.

*The accompanying notes to the financial statements form an integral part of these financial statements taken as a whole.*

102

**PT BANK MUTIARA Tbk**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Maret 2015 dan 2014**
**Dan 31 Desember 2014**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK MUTIARA Tbk*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of March 31, 2015 and 2014*
*And December 31, 2014*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

d. Sewa Gedung

d. *Office Lease*

Bank mengadakan perjanjian sewa gedung dengan PT Kepland Investama atas sewa gedung yang beralamat di Jalan Jenderal Sudirman Kav. 22-23, Jakarta dengan Akta Perjanjian Sewa Menyewa No. 04 tanggal 4 Oktober 2010, dengan nilai sewa sebesar Rp 25.030 dan luas ruang yang disewa sebesar 7.379,52 meter persegi dengan periode sewa dari tanggal 18 Oktober 2010 sampai dengan 17 Oktober 2013, yang kemudian telah diperpanjang sampai dengan 17 Oktober 2015 dengan nilai sewa sebesar Rp 21.693.

*The Bank entered a Building Rental Agreement with PT Kepland Investama as covered by Rental Agreement Deed No. 04 dated October 4, 2010, for building rental at Jalan Jenderal Sudirman Kav. 22-23, Jakarta, with rental charges amounting to Rp 25,030 and rental space of 7,379.52 square meters from period October 18, 2010 until October 17, 2013, and subsequently has been extended up to October 17, 2015 with rental charges amounting to Rp 21,693.*

e. *Weston Capital Advisors Inc, New York*

e. *Weston Capital Advisors Inc, New York*

Bank menerima klaim sebesar USD 19.202.226,21 dari First Global Funds Limited PCC, Mauritius ("FGFL") sehubungan dengan penempatan deposito FGFL pada Bank dan mengajukan tuntutan kepada Bank di Pengadilan Mauritius.

*The Bank received claim amounting to USD 19,202,226.21 from First Global Funds Limited PCC, Mauritius ("FGFL") regarding its placement in Bank's time deposits and filed lawsuit against the Bank in The Court of Mauritius.*

Selanjutnya, Weston Capital Advisors Inc., New York (entitas anak dari FGFL) ("Weston") mendapatkan hak klaim atas tuntutan tersebut dengan cara membeli tagihan FGFL, dan kemudian mengajukan pelaksanaan Putusan Mahkamah Agung Mauritius melalui *United States District Court Southern District of New York ("NY Court")* yang mengakibatkan pemblokiran terhadap rekening nostro milik Bank di beberapa bank tertentu dan pemindahan dana kepada Weston.

*Furthermore, Weston Capital Advisor Inc., New York (a subsidiary of FGFL) ("Weston") obtained claim rights by purchasing FGFL's claim, and then filed execution of Decision of The Supreme Court of Mauritius to United States District Court Southern District of New York ("NY Court") which resulting the blocking of the Bank's current account in certain banks and transferring fund to Weston.*

Pada tanggal 19 November 2013, *NY Court* telah mengeluarkan Putusan dalam bentuk *Order Vacating Judgment,* sehingga pemblokiran terhadap rekening giro milik Bank dibuka dan dana yang sebelumnya telah ditransfer ke Weston Capital Advisors Inc harus dikembalikan kepada Bank.

*On November 19, 2013, NY Court has issued Decision in the form of Order Vacating Judgment, thus the blocking of the Bank's current account was opened and fund that was previously transferred to Weston Capital Advisors Inc should refund to the Bank.*

Pada tanggal 16 Januari 2014, Weston Capital Advisors Inc mengembalikan dana kepada Bank sebesar USD 23.475.

*On January 16, 2014, Weston Capital Advisors Inc has returned the fund amounted to USD 23,475 to the Bank.*

Pada tanggal 19 Maret 2014, Bank mengajukan *motion contempt of court* dan memerintahkan agar Weston Capital Advisors Inc segera mengembalikan sisa dana Bank berikut bunganya.

*On March 19, 2014, the Bank filed a contempt of court and ordered Weston Capital Advisors Inc to immediately refund remaining funds and interest to the Bank.*

Catatan atas laporan keuangan terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan secara keseluruhan.

*The accompanying notes to the financial statements form an integral part of these financial statements taken as a whole.*

188

| | |
|---|---|
| **PT BANK MUTIARA Tbk**<br>**CATATAN ATAS LAPORAN KEUANGAN**<br>**Tanggal 31 Maret 2015 dan 2014**<br>**Dan 31 Desember 2014**<br>**(Dinyatakan dalam jutaan Rupiah,**<br>**kecuali dinyatakan lain)** | *PT BANK MUTIARA Tbk*<br>*NOTES TO THE FINANCIAL STATEMENTS*<br>*As of March 31, 2015 and 2014*<br>*And December 31, 2014*<br>*(Expressed in millions of Rupiah,*<br>*unless otherwise stated)* |

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

e. *Weston Capital Advisors Inc, New York* (lanjutan)

Pada tanggal 15 Juli 2014, *NY Court* telah menegaskan kembali tindakan *contempt of court* yang dilakukan Weston dan mengharuskan Weston untuk mengembalikan dana sebesar USD 3.597.652,33 beserta bunga selama Weston belum melakukan pembayaran.

Pada tanggal 18 Desember 2014, Bank telah menandatangani perjanjian dengan Kelley Drye & Warren LLP (kuasa hukum Weston) dimana Weston menyetujui untuk mengembalikan dana sebesar USD 175.000 kepada Bank. Pada tanggal 21 Desember 2014, Weston telah mengembalikan dana tersebut.

Sampai dengan tanggal laporan keuangan ini diterbitkan, terdapat dana yang belum dikembalikan oleh Weston sebesar USD 3.599.562,83 (ekuivalen Rp 47.061) pada tanggal 31 Maret 2015 dan USD 3.422.652,33 (ekuivalen Rp 42.390) pada tanggal 31 Desember 2014. Bank mencatat tagihan kepada Weston tersebut sebagai bagian dari akun "Aset Lain-lain" pada laporan posisi keuangan (Catatan 17).

f. Kasus-kasus hukum dan *fraud* yang masih belum selesai sampai bulan Maret 2015 adalah sebagai berikut:

Kasus Perdata:

A. Bank sebagai Tergugat:

1. Gugatan kepada Bank yang diajukan oleh Investor yang membeli produk investasi (*Discretionary Fund*) milik PT Antaboga Delta Sekuritas Indonesia (ADS) terdiri dari:

a. Gugatan yang diajukan oleh salah satu investor ADS di Surabaya selaku Penggugat terhadap Bank selaku Tergugat I melalui Pengadilan Negeri Surabaya yang terdaftar dalam perkara No. 742/Pdt.G/ 2008/PN.Sby tanggal 17 Desember 2008. Penggugat menuntut Bank bersama-sama dengan Tergugat lainnya secara tanggung renteng membayar kepada Penggugat sebesar Rp 400 berikut keuntungan yang akan diperoleh.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

e. *Weston Capital Advisors Inc, New York (continued)*

On July 15, 2014, NY Court has reaffirmed contempt of court done by Weston and required Weston to return funds amounted to USD 3,597,652.33 with interest during Weston has not made payment.

On December 18, 2014, the Bank has signed an agreement with Kelley Drye & Warren LLP (Weston's counsel) whereby Weston agreed to return fund amounting to USD 175,000 to the Bank. On December 21, 2014, Weston has returned it to the Bank.

Up to the issuance date of the financial statements, there is fund balance that has not returned yet by Weston amounting to USD 3,599,562.83 (equivalent to Rp 47,061) as of March 31, 2015 and USD 3,422,652.33 (equivalent to Rp 42,390) as of December 31, 2014. The Bank recorded receivable from Weston as part of "Other Assets" account in the statement of financial position (Note 17).

f. The outstanding legal and fraud cases up to March, 2015 are as follows:

Civil Cases:

A. Bank as the Defendant:

1. The lawsuit to the Bank submitted by Investors who bought investment products (Discretionary Fund) issued by PT Antaboga Delta Sekuritas Indonesia (ADS) which consists of:

a. Lawsuit filed by one of the ADS' investor in Surabaya as the Plaintiff to the Bank as Defendant I through The District Court of Surabaya which is registered in Case No. 742/Pdt.G/2008/PN.Sby dated December 17, 2008. The Plaintiff claimed to the Bank together with other Defendants jointly and severally to pay to the Plaintiff amounting to Rp 400 including forseeable gains.

Catatan atas laporan keuangan terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan secara keseluruhan.

*The accompanying notes to the financial statements form an integral part of these financial statements taken as a whole.*

189

**PT BANK MUTIARA Tbk**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Maret 2015 dan 2014**
**Dan 31 Desember 2014**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK MUTIARA Tbk*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of March 31, 2015 and 2014*
*And December 31, 2014*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

f. Kasus-kasus hukum dan *fraud* yang masih belum selesai sampai bulan Maret 2015 adalah sebagai berikut: (lanjutan)

Kasus Perdata: (lanjutan)

A. Posisi Bank sebagai Tergugat: (lanjutan)

8. Weston International Asset Recovery Co Ltd (Weston) telah mengajukan gugatan terhadap Bank di Pengadilan Mauritius dengan dasar gugatan bahwa Bank mempunyai kewajiban pembayaran terhadap Weston sebagai pemegang Obligasi Konversi (OK) yang diterbitkan oleh Bank (dahulu PT Bank Century Tbk) pada tanggal 16 Juni 2006 dan 14 April 2008 dengan nilai masing-masing sejumlah USD 15.000.000 (lihat Catatan 23) dan USD 40.000.000. Perkara OK ini telah diputus oleh Pengadilan Mauritius pada tanggal 15 Februari 2013, dengan putusan menyatakan bahwa Bank wajib untuk membayar total sejumlah USD 65.350.000 (termasuk bunga dan ditambah dengan bunga berjalan sampai dengan dibayarkannya kewajiban). Menurut pendapat konsultan hukum Bank yaitu Pradjoto & Associates dalam suratnya No. 35/PNA/LO-BM.MCB/04/14 tanggal 29 April 2014, sesuai ketentuan hukum yang berlaku di Indonesia, putusan Pengadilan Mauritius tidak dapat dieksekusi di Indonesia. Apabila Weston hendak melakukan pelaksanaan putusan Pengadilan Mauritius di Indonesia, maka Weston harus mengajukan gugatan baru terlebih dahulu di Pengadilan Indonesia dan menggunakan hukum di Indonesia.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

f. The outstanding legal and fraud cases up to March 2015 as follows: (continued)

Civil Cases: (continued)

A. Bank as the defendant: (continued)

8. Weston International Asset Recovery Co Ltd (Weston) has filed a claim against Bank in Mauritius Court with the case that the Bank has an obligation to pay Weston as the Mandatory Convertible Bond (MCB) holder issued by Bank (formerly PT Bank Century Tbk) on June 16, 2006 and April 14, 2008, with amount of USD 15,000,000 (see Note 23) and USD 40,000,000, respectively. As of February 15, 2013, the Mauritius Court has rendered its decision in favor of Weston whereby the Court ordered the Bank to pay to Weston in the amount of USD 65,350,000 (including interest and on going interest). According to the opinion of the Bank's legal consultant Pradjoto & Associates as stated in its letter No. 35/PNA/LO-BM.MCB/04/14 dated April 29, 2014, under the provisions of applicable law in Indonesia, the decision of Mauritius Court can not be executed in Indonesia. If Weston will execute the decision of Mauritius Court in Indonesia, then Weston must file a new lawsuit in the Indonesian Court and using Indonesian Law as a reference.

Catatan atas laporan keuangan terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan secara keseluruhan.

*The accompanying notes to the financial statements form an integral part of these financial statements taken as a whole.*

205



**PT BANK JTRUST INDONESIA Tbk**
*LAPORAN KEUANGAN/FINANCIAL STATEMENT*

**Tanggal 30 Juni 2015 dan 2014**          *As of June 30, 2015 and 2014*
**Dan 31 Desember 2014**                          *And December 31, 2014*

The original financial statements included herein are in the Indonesian language.

**PT BANK JTRUST INDONESIA Tbk**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 Juni 2015 dan 2014**
**Dan 31 Desember 2014**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of June 30, 2015 and 2014*
*And December 31, 2014*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**17. ASET LAIN-LAIN**

*17. OTHER ASSETS*

| | 30 Juni/<br>June 30,2015 | 31Desember/<br>Dec 31, 2014 | |
|---|---|---|---|
| Surat Ketetapan Pajak: | | | *Tax Assessment Letters:* |
| Tahun pajak: | | | *Fiscal year:* |
| - 2000 sampai dengan 2003 | - | - | *- 2000 up to 2003* |
| - 2005 (Catatan 36b) | 24.012 | 25.971 | *- 2005 (Note 36b)* |
| - 2006 (Catatan 36b) | 18.912 | 30.471 | *- 2006 (Note 36b)* |
| - 2007 (Catatan 36b) | 12.127 | 30.076 | *- 2007 (Note 36b)* |
| - 2008 (Catatan 36b) | 18.815 | 24.225 | *- 2008 (Note 36b)* |
| Tagihan kepada *Weston Capital Advisors Inc.* | 47.991 | 42.390 | *Receivables to Weston Capital Advisors Inc.* |
| Setoran jaminan | 11.220 | 4.964 | *Security deposits* |
| Renovasi dibayar di muka | 7.432 | 11.403 | *Prepaid renovation expense* |
| Pengembangan sistem dan informasi | 3.663 | 665 | *System and information development* |
| Rupa-rupa | 67.774 | 71.650 | *Miscellaneous* |
| Jumlah | 211.948 | 241.815 | *Total* |
| Cadangan kerugian penurunan nilai | (90.005) | (119.213) | *Allowance for impairment losses* |
| **Neto** | **121.941** | **122.602** | *Net* |

Surat Ketetapan Pajak Tahun Pajak 2000 sampai dengan 2003

Bank menerima Surat Ketetapan Pajak Kurang Bayar (SKPKB) pajak penghasilan pasal 26 untuk tahun 2000 sampai 2003 untuk tagihan pokok pajak sebesar Rp 57.849 dan sanksi administrasi sebesar Rp 27.669 atau total sebesar Rp 85.518. Bank mengajukan keberatan namun telah ditolak pada tanggal 22 Desember 2006 dan saat ini sedang dalam proses peninjauan kembali. Selama tahun 2007 dan 2008, Bank telah melakukan pembayaran atas SKPKB tersebut masing-masing sebesar Rp 6.000 dan Rp 12.353. Bank juga telah mengajukan Permohonan Pembatalan Ketetapan Pajak kepada kantor pajak pada tanggal 15 Maret 2007 dan 20 Maret 2007. Sampai dengan tanggal 31 Desember 2014, jumlah tagihan yang telah dibayarkan adalah sebesar Rp 78.460 dan Bank telah membentuk cadangan kerugian penurunan nilai sebesar Rp 78.460. Pada tahun 2014, saldo ini telah dihapuskan dan nihil pada tahun 2015.

*Tax Assessment Letters Fiscal Year 2000 up to 2003*

*The Bank received Underpayment Tax Assessment Letters (SKPKB) of withholding income tax article 26 for years 2000 to 2003 amounting to Rp 57,849 and the related administrative penalties amounting to Rp 27,669 or totaling to Rp 85,518. The Bank has submitted objection letters for the assessment and was rejected by the tax authorities on December 22, 2006 and currently, such assessment is still in judicial review process. During 2007 and 2008, the Bank has paid such SKPKB amounting to Rp 6,000 and Rp 12,353, respectively. The Bank also submitted Tax Assessment Cancellation Letter to the tax office on March 15, 2007 and March 20, 2007. Up to December 31, 2014, the Bank has paid this assessment totaling to Rp 78,460 and the Bank has provided allowance for possible losses for this assessment amounting to Rp 78,460. In 2014, this balance has already written-off and nill on March 31, 2015.*

Tagihan kepada *Weston Capital Advisors Inc.*
Tagihan kepada *Weston Capital Advisors Inc.* sebesar USD 3.599.562,83 (ekuivalen Rp 47.991) pada tanggal 30 Juni 2015 dan USD 3.422.652,33 (ekuivalen Rp 42.390) pada tanggal 31 Desember 2014 merupakan dana yang harus dikembalikan kepada Bank oleh *Weston Capital Advisors Inc.* atas dana milik Bank sehubungan dengan Putusan dalam bentuk *Order Vacating Judgment* yang dikeluarkan oleh *United States District Court Southern District of New York* tanggal 19 November 2013 (Catatan 49e). Bank telah membentuk cadangan kerugian penurunan nilai atas tagihan ini.

*Receivables to Weston Capital Advisors Inc.*
*Receivables to Weston Capital Advisors Inc. amounting to USD 3.599.562,83 (equivalent to Rp 47,061) as of March 31, 2015 and USD 3,422,652.33 (equivalent to Rp 42,390) as of December 31, 2014 represents fund should be returned to the Bank by Weston Capital Advisors Inc. on the Bank's fund related to Decision in the form of Order Vacating Judgment issued by United States District Court Southern District of New York dated November 19, 2013 (Note 49e). The Bank has provided allowance for impairment losses on this receivable.*

Catatan atas laporan keuangan terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan secara keseluruhan.

*The accompanying notes to the financial statements form an integral part of these financial statements taken as a whole.*

103

**PT BANK JTRUST INDONESIA Tbk**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 Juni 2015 dan 2014**
**Dan 31 Desember 2014**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of June 30, 2015 and 2014*
*And December 31, 2014*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

d. Sewa Gedung

Bank mengadakan perjanjian sewa gedung dengan PT Kepland Investama atas sewa gedung yang beralamat di Jalan Jenderal Sudirman Kav. 22-23, Jakarta dengan Akta Perjanjian Sewa Menyewa No. 04 tanggal 4 Oktober 2010, dengan nilai sewa sebesar Rp 25.030 dan luas ruang yang disewa sebesar 7.379,52 meter persegi dengan periode sewa dari tanggal 18 Oktober 2010 sampai dengan 17 Oktober 2013, yang kemudian telah diperpanjang sampai dengan 17 Oktober 2015 dengan nilai sewa sebesar Rp 21.693.

d. *Office Lease*

*The Bank entered a Building Rental Agreement with PT Kepland Investama as covered by Rental Agreement Deed No. 04 dated October 4, 2010, for building rental at Jalan Jenderal Sudirman Kav. 22-23, Jakarta, with rental charges amounting to Rp 25,030 and rental space of 7,379.52 square meters from period October 18, 2010 until October 17, 2013, and subsequently has been extended up to October 17, 2015 with rental charges amounting to Rp 21,693.*

e. *Weston Capital Advisors Inc, New York*

Bank menerima klaim sebesar USD 19.202.226,21 dari First Global Funds Limited PCC, Mauritius ("FGFL") sehubungan dengan penempatan deposito FGFL pada Bank dan mengajukan tuntutan kepada Bank di Pengadilan Mauritius.

Selanjutnya, Weston Capital Advisors Inc., New York (entitas anak dari FGFL) ("Weston") mendapatkan hak klaim atas tuntutan tersebut dengan cara membeli tagihan FGFL, dan kemudian mengajukan pelaksanaan Putusan Mahkamah Agung Mauritius melalui *United States District Court Southern District of New York ("NY Court")* yang mengakibatkan pemblokiran terhadap rekening nostro milik Bank di beberapa bank tertentu dan pemindahan dana kepada Weston.

Pada tanggal 19 November 2013, *NY Court* telah mengeluarkan Putusan dalam bentuk *Order Vacating Judgment,* sehingga pemblokiran terhadap rekening giro milik Bank dibuka dan dana yang sebelumnya telah ditransfer ke Weston Capital Advisors Inc harus dikembalikan kepada Bank.

Pada tanggal 16 Januari 2014, Weston Capital Advisors Inc mengembalikan dana kepada Bank sebesar USD 23.475.

Pada tanggal 19 Maret 2014, Bank mengajukan *motion contempt of court* dan memerintahkan agar Weston Capital Advisors Inc segera mengembalikan sisa dana Bank berikut bunganya.

e. *Weston Capital Advisors Inc, New York*

*The Bank received claim amounting to USD 19,202,226.21 from First Global Funds Limited PCC, Mauritius ("FGFL") regarding its placement in Bank's time deposits and filed lawsuit against the Bank in The Court of Mauritius.*

*Furthermore, Weston Capital Advisor Inc., New York (a subsidiary of FGFL) ("Weston") obtained claim rights by purchasing FGFL's claim, and then filed execution of The Supreme Court of Mauritius to United States District Court Southern District of New York ("NY Court") which resulting the blocking of the Bank's current account in certain banks and transferring fund to Weston.*

*On November 19, 2013, NY Court has issued Decision in the form of Order Vacating Judgment, thus the blocking of the Bank's current account was opened and fund that was previously transferred to Weston Capital Advisors Inc should refund to the Bank.*

*On January 16, 2014, Weston Capital Advisors Inc has returned the fund amounted to USD 23,475 to the Bank.*

*On March 19, 2014, the Bank filed a contempt of court and ordered Weston Capital Advisors Inc to immediately refund remaining funds and interest to the Bank.*

Catatan atas laporan keuangan terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan secara keseluruhan.

*The accompanying notes to the financial statements form an integral part of these financial statements taken as a whole.*

190

**PT BANK JTRUST INDONESIA Tbk**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 Juni 2015 dan 2014**
**Dan 31 Desember 2014**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of June 30, 2015 and 2014*
*And December 31, 2014*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

e. *Weston Capital Advisors Inc, New York* (lanjutan)

Pada tanggal 15 Juli 2014, *NY Court* telah menegaskan kembali tindakan *contempt of court* yang dilakukan Weston dan mengharuskan Weston untuk mengembalikan dana sebesar USD 3.597.652,33 beserta bunga selama Weston belum melakukan pembayaran.

Pada tanggal 18 Desember 2014, Bank telah menandatangani perjanjian dengan Kelley Drye & Warren LLP (kuasa hukum Weston) dimana Weston menyetujui untuk mengembalikan dana sebesar USD 175.000 kepada Bank. Pada tanggal 21 Desember 2014, Weston telah mengembalikan dana tersebut.

Sampai dengan tanggal laporan keuangan ini diterbitkan, terdapat dana yang belum dikembalikan oleh Weston sebesar USD 3.599.562,83 (ekuivalen Rp 47.991) pada tanggal 30 Juni 2015 dan USD 3.422.652,33 (ekuivalen Rp 42.390) pada tanggal 31 Desember 2014. Bank mencatat tagihan kepada Weston tersebut sebagai bagian dari akun "Aset Lain-lain" pada laporan posisi keuangan (Catatan 17).

f. Kasus-kasus hukum dan *fraud* yang masih belum selesai sampai bulan Juni 2015 adalah sebagai berikut:

Kasus Perdata:

A. Bank sebagai Tergugat:

1. Gugatan kepada Bank yang diajukan oleh Investor yang membeli produk investasi (*Discretionary Fund*) milik PT Antaboga Delta Sekuritas Indonesia (ADS) terdiri dari:

a. Gugatan yang diajukan oleh salah satu investor ADS di Surabaya selaku Penggugat terhadap Bank selaku Tergugat I melalui Pengadilan Negeri Surabaya yang terdaftar dalam perkara No. 742/Pdt.G/2008/PN.Sby tanggal 17 Desember 2008. Penggugat menuntut Bank bersama-sama dengan Tergugat lainnya secara tanggung renteng membayar kepada Penggugat sebesar Rp 400 berikut keuntungan yang akan diperoleh.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

e. *Weston Capital Advisors Inc, New York (continued)*

On July 15, 2014, NY Court has reaffirmed contempt of court done by Weston and required Weston to return funds amounted to USD 3,597,652.33 with interest during Weston has not made payment.

On December 18, 2014, the Bank has signed an agreement with Kelley Drye & Warren LLP (Weston's counsel) whereby Weston agreed to return fund amounting to USD 175,000 to the Bank. On December 21, 2014, Weston has returned it to the Bank.

Up to the issuance date of the financial statements, there is fund balance that has not returned yet by Weston amounting to USD 3,599,562.83 (equivalent to Rp 47,991) as of June 30, 2015 and USD 3,422,652.33 (equivalent to Rp 42,390) as of December 31, 2014. The Bank recorded receivable from Weston as part of "Other Assets" account in the statement of financial position (Note 17).

f. The outstanding legal and fraud cases up to June, 2015 are as follows:

Civil Cases:

A. Bank as the Defendant:

1. The lawsuit to the Bank submitted by Investors who bought investment products (Discretionary) issued by PT Antaboga Delta Sekuritas Indonesia (ADS) which consists of:

a. Lawsuit filed by one of the ADS' investor in Surabaya as the Plaintiff to the Bank as Defendant I through The District Court of Surabaya which is registered in Case No. 742/Pdt.G/2008/PN.Sby dated December 17, 2008. The Plaintiff claimed to the Bank together with other Defendants jointly and severally to pay to the Plaintiff amounting to Rp 400 including forseeable gains.

Catatan atas laporan keuangan terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan secara keseluruhan.

*The accompanying notes to the financial statements form an integral part of these financial statements taken as a whole.*

191

| | |
|---|---|
| **PT BANK JTRUST INDONESIA Tbk**<br>**CATATAN ATAS LAPORAN KEUANGAN**<br>**Tanggal 30 Juni 2015 dan 2014**<br>**Dan 31 Desember 2014**<br>**(Dinyatakan dalam jutaan Rupiah,**<br>**kecuali dinyatakan lain)** | *PT BANK JTRUST INDONESIA Tbk*<br>*NOTES TO THE FINANCIAL STATEMENTS*<br>*As of June 30, 2015 and 2014*<br>*And December 31, 2014*<br>*(Expressed in millions of Rupiah,*<br>*unless otherwise stated)* |

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

f. Kasus-kasus hukum dan *fraud* yang masih belum selesai sampai bulan Juni 2015 adalah sebagai berikut: (lanjutan)

Kasus Perdata: (lanjutan)

A. Posisi Bank sebagai Tergugat: (lanjutan)

8. Weston International Asset Recovery Co Ltd (Weston) telah mengajukan gugatan terhadap Bank di Pengadilan Mauritius dengan dasar gugatan bahwa Bank mempunyai kewajiban pembayaran terhadap Weston sebagai pemegang Obligasi Konversi (OK) yang diterbitkan oleh Bank (dahulu PT Bank Century Tbk) pada tanggal 16 Juni 2006 dan 14 April 2008 dengan nilai masing-masing sejumlah USD 15.000.000 (lihat Catatan 23) dan USD 40.000.000. Perkara OK ini telah diputus oleh Pengadilan Mauritius pada tanggal 15 Februari 2013, dengan putusan menyatakan bahwa Bank wajib untuk membayar total sejumlah USD 65.350.000 (termasuk bunga dan ditambah dengan bunga berjalan sampai dengan dibayarkannya kewajiban). Menurut pendapat konsultan hukum Bank yaitu Pradjoto & Associates dalam suratnya No. 35/PNA/LO-BM.MCB/04/14 tanggal 29 April 2014, sesuai ketentuan hukum yang berlaku di Indonesia, putusan Pengadilan Mauritius tidak dapat dieksekusi di Indonesia. Apabila Weston hendak melakukan pelaksanaan putusan Pengadilan Mauritius di Indonesia, maka Weston harus mengajukan gugatan baru terlebih dahulu di Pengadilan Indonesia dan menggunakan hukum di Indonesia.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

f. The outstanding legal and fraud cases up to June 2015 as follows: (continued)

Civil Cases: (continued)

A. Bank as the defendant: (continued)

8. Weston International Asset Recovery Co Ltd (Weston) has filed a claim against Bank in Mauritius Court with the case that the Bank has an obligation to pay Weston as the Mandatory Convertible Bond (MCB) holder issued by Bank (formerly PT Bank Century Tbk) on June 16, 2006 and April 14, 2008, with amount of USD 15,000,000 (see Note 23) and USD 40,000,000, respectively. As of February 15, 2013, the Mauritius Court has rendered its decision in favor of Weston whereby the Court ordered the Bank to pay to Weston in the amount of USD 65,350,000 (including interest and on going interest). According to the opinion of the Bank's legal consultant Pradjoto & Associates as stated in its letter No. 35/PNA/LO-BM.MCB/04/14 dated April 29, 2014, under the provisions of applicable law in Indonesia, the decision of Mauritius Court can not be executed in Indonesia. If Weston will execute the decision of Mauritius Court in Indonesia, then Weston must file a new lawsuit in the Indonesian Court and using Indonesian Law as a reference.

Catatan atas laporan keuangan terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan secara keseluruhan.

*The accompanying notes to the financial statements form an integral part of these financial statements taken as a whole.*

207

**PT BANK JTRUST INDONESIA Tbk**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 Juni 2015 dan 2014**
**Dan 31 Desember 2014**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

**PT BANK JTRUST INDONESIA Tbk**
**NOTES TO THE FINANCIAL STATEMENTS**
**As of June 30, 2015 and 2014**
**And December 31, 2014**
**(Expressed in millions of Rupiah,**
**unless otherwise stated)**

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

f. Kasus-kasus hukum dan *fraud* yang masih belum selesai sampai bulan Juni 2015 adalah sebagai berikut: (lanjutan)

9. Gugatan yang diajukan oleh First Global Funds Limited PCC (FGFL), Weston International Asset Recovery Company Limited (WIARCI), Weston Capital Advisors INC (WCAI), Weston International Asset Recovery Corporation INC (WIARCO)selaku Para Penggugat terhadap Bank dan J Trust Co.Ltd selaku Tergugat serta First Capital Management LTD dan Lembaga Penjamin Simpanan (LPS) selaku Turut Tergugat melalui Supreme Court of Mauritius. Dalam gugatannya, FGFL menuntut kepada Bank untuk membayar berupa Payment on the Re-registration and Share Transfer Fee" sebesar USD 4,806,661.- sedangkan terkait Unsettled Judgments , WCAI dan WIARCI menuntut kepada Bank untuk membayar sebesar USD 97,556,515.- .Adapun WIARCO menuntut Bank untuk memenuhi kewajiban terkait Contractual Default sebesar USD 8,176,821.- Menurut pendapat konsultan hukum Bank yaitu Pradjoto & Associates, Bank perlu tidak menghadiri persidangan di Pengadilan Mauritius sebabsesuai ketentuan hukum yang berlaku di Indonesia, putusan Pengadilan Mauritius tidak dapat dieksekusi di Indonesia. Apabila FGFL dkk hendak melakukan pelaksanaan putusan Pengadilan Mauritius di Indonesia, maka FGFL dkk harus mengajukan gugatan baru terlebih dahulu di Pengadilan Indonesia dan menggunakan hukum di Indonesia , namun Bank tetap memonitor dan memantau proses persidangan di Pengadilan Mauritius

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

f. The outstanding legal and fraud cases up to June 2015 as follows: (continued)

9. The lawsuit, filed by First Global Funds PCC Limited (FGFL), Weston International Asset Recovery Company Limited (WIARCI), Weston Capital Advisors INC (WCAI), Weston International Asset Recovery Corporation INC (WIARCO) as the Plaintiffs against the Bank and J Trust Co.Ltd as Defendant and First Capital Management Ltd. and the Deposit Insurance Agency (LPS) as Co-Defendant through the Supreme Court of Mauritius. In his complaint, FGFL demanded the Bank to pay in the form Payment on the Re-registration and Share Transfer Fee "of $ 4,806,661.- while Unsettled related Judgments, WCAI and WIARCI demanded the Bank to pay the amount of USD 97,556,515 .-. The Bank's demand WIARCO Default Contractual obligations related to the amount of USD 8,176,821.- In the opinion of legal counsel that Pradjoto & Associates Bank, Bank need not attend the hearing at the Court of Mauritius sebabsesuai applicable laws in Indonesia, Mauritius Court decision can not be executed in Indonesia. If FGFL et al want to perform execution of court decisions Mauritius in Indonesia, then FGFL et al have filed a new lawsuit in advance in Indonesian courts and using the law in Indonesia, but the Bank still monitor and monitor the proceedings in the Court of Mauritius

Catatan atas laporan keuangan terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan secara keseluruhan.

*The accompanying notes to the financial statements form an integral part of these financial statements taken as a whole.*

208



# PT BANK JTRUST INDONESIA Tbk
## (Dahulu/*Formerly* PT Bank Mutiara Tbk)

**Laporan Keuangan
Tanggal 30 September 2015 dan
Untuk Periode Sembilan Bulan yang Berakhir
pada Tanggal Tersebut (Tidak Diaudit)
(Mata Uang Indonesia)**

*Financial Statements
As of September 30, 2015 and
For The Nine-Month Period
Then Ended (Unaudited)
(Indonesian Currency)*



**PT BANK JTRUST INDONESIA Tbk
(Dahulu PT Bank Mutiara Tbk)
CATATAN ATAS LAPORAN KEUANGAN
Tanggal 30 September 2015 dan
Untuk Periode Sembilan Bulan yang Berakhir
pada Tanggal Tersebut
(Dinyatakan dalam jutaan Rupiah,
kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk
(Formerly PT Bank Mutiara Tbk)
NOTES TO THE FINANCIAL STATEMENTS
As of September 30, 2015 and
For The Nine-Month Period
Then Ended
(Expressed in millions of Rupiah,
unless otherwise stated)*

## 16. AGUNAN YANG DIAMBIL ALIH

Perubahan cadangan kerugian penurunan nilai adalah sebagai berikut:

## 16. FORECLOSED ASSETS

*The changes in the allowance for impairment losses are as follows:*

| | 30 September/ September 2015 (Sembilan Bulan/ Nine Months) (Tidak Diaudit/ Unaudited) | 31 Desember/ December 2014 (Satu Tahun/ One Year) (Diaudit/Audited) | |
|---|---|---|---|
| Saldo awal periode/tahun | 304.028 | 306.509 | Balance at beginning of period/year |
| Penyisihan (pemulihan) periode/tahun berjalan (Catatan 33) | (22.755) | (2.481) | Provision (reversal) during the period/year (Note 33) |
| Saldo akhir periode/tahun | 281.273 | 304.028 | Balance at end of period/year |

Manajemen berpendapat bahwa pembentukan cadangan kerugian penurunan nilai atas agunan yang diambil alih telah cukup untuk menutupi kerugian yang mungkin timbul.

*Management believes that allowance for impairment losses on foreclosed assets is adequate to cover any possible losses.*

## 17. ASET LAIN-LAIN
## 17. OTHER ASSETS

| | 30 September/ September 2015 (Tidak Diaudit/ Unaudited) | 31 Desember/ December 2014 (Diaudit/Audited) | |
|---|---|---|---|
| Surat Ketetapan Pajak: | | | Tax Assessment Letters: |
| Tahun pajak: | | | Fiscal year: |
| - 2005 (Catatan 36b) | 24.012 | 25.971 | - 2005 (Note 36b) |
| - 2006 (Catatan 36b) | 18.912 | 30.471 | - 2006 (Note 36b) |
| - 2007 (Catatan 36b) | 12.127 | 30.076 | - 2007 (Note 36b) |
| - 2008 (Catatan 36b) | 18.815 | 24.225 | - 2008 (Note 36b) |
| Tagihan kepada *Weston Capital Advisors Inc.* | 48.677 | 42.390 | Receivables to Weston Capital Advisors Inc. |
| Setoran jaminan | 11.240 | 4.964 | Security deposits |
| Renovasi dibayar di muka | 90.815 | 11.403 | Prepaid renovation expense |
| Pengembangan sistem dan informasi | 2.358 | 665 | System and information development |
| Rupa-rupa | 69.736 | 71.650 | Miscellaneous |
| Jumlah | 296.692 | 241.815 | Total |
| Cadangan kerugian penurunan nilai | (98.173) | (119.213) | Allowance for impairment losses |
| Neto | 198.519 | 122.602 | Net |

Tagihan kepada *Weston Capital Advisors Inc.*

Tagihan kepada *Weston Capital Advisors Inc.* sebesar USD 3.322.652,33 (ekuivalen Rp 48.677) pada tanggal 30 September 2015 dan USD 3.422.652,33 (ekuivalen Rp 42.390) pada tanggal 31 Desember 2014 merupakan dana milik Bank yang harus dikembalikan kepada Bank oleh *Weston Capital Advisors Inc.* sehubungan dengan Putusan dalam bentuk *Order Vacating Judgment* yang dikeluarkan oleh *United States District Court Southern District of New York* tanggal 19 November 2013 (Catatan 48e). Bank telah membentuk cadangan kerugian penurunan nilai atas tagihan ini.

*Receivable to Weston Capital Advisors Inc.*

*Receivable to Weston Capital Advisors Inc. amounting to USD 3,322,652.33 (equivalent to Rp 48,677) as of September 30, 2015 and USD 3,422,652.33 (equivalent to Rp 42,390) as of December 31, 2014 represents the Bank's fund which should be returned to the Bank by Weston Capital Advisors Inc. on related to Decision of Order Vacating Judgment issued by United States District Court Southern District of New York dated November 19, 2013 (Note 48e). The Bank has provided allowance for impairment losses on this receivable.*

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2015 dan**
**Untuk Periode Sembilan Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2015 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**48. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

b. Global Opportunity Fund

Pada tanggal 30 Januari 2009, Bank melakukan eksekusi atas hak untuk menerima saham dengan nilai nominal USD 26.000.000 dalam bentuk 181.169 saham seri VII dari Global Opportunities Fund ("GOF") dan saham dengan nilai nominal USD 16.000.000 dalam bentuk 31.480 saham dari Asia Finance Recovery Fund ("AFRF"), 72.796 saham dari First Global Resources Fund ("FGRF") dan 34.798 saham dari Global Opportunity Fund ("GOF"). GOF, AFRF dan FGRF merupakan *sub accounts/sub cell funds* dari First Global Funds Limited PCC ("FGFL"), Republik Mauritius. Eksekusi atas hak penerimaan saham tersebut berasal dari surat berharga NCD Banca Populare di Milano London dan Nomura Bank International Plc. London yang sudah jatuh tempo. Namun sampai saat ini, eksekusi tersebut tidak dapat terealisasi.

Pada tanggal 12 Desember 2014, FGFL mengirimkan surat kepemilikan saham kepada Bank dengan jumlah keseluruhan sebanyak 777.493 saham preferen yang dapat ditukarkan dengan berbagai saham *sub cell funds* milik FGFL yaitu 397.942 saham pada GOF, 31.480 saham pada AFRF, 72.796 saham pada FGRF dan 275.275 saham pada Global Finance Recovery Fund ("GFRF"). Sehubungan dengan kepemilikan saham tersebut, Bank diminta untuk membayar sejumlah USD 3.887.465 dengan jatuh tempo pada tanggal 29 Desember 2014 atas biaya pendaftaran ulang dan transfer atas 777.493 saham preferen tersebut. Sampai dengan tanggal jatuh tempo, Bank belum membayar tagihan FGFL tersebut, sehingga FGFL mengirimkan beberapa *Default Payment Notices* kepada Bank.

Pada tanggal 3 Maret 2015, FGFL mengirimkan surat kepada Direksi Bank dan pihak lainnya yang menawarkan beberapa opsi penyelesaian kepada Bank.

Selanjutnya pada pertengahan bulan Maret 2015, FGFL bersama dengan Weston International Asset Recovery Company Limited ("WIARCI"), Weston Capital Advisors, Inc. ("WCAI") dan Weston International Asset Recovery Corporation Inc. ("WIARCO") telah mengajukan gugatan ke Mahkamah Agung Mauritius (Divisi Komersial), antara lain, sebagai berikut:

**48. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

b. Global Opportunity Fund

On January 30, 2009, the Bank has executed rights to receive shares with a nominal value of USD 26,000,000 on 181,169 shares series VII of Global Opportunity Fund ("GOF") and shares with a nominal value of USD 16,000,000 on 31,480 shares of Asia Finance Recovery Fund ("AFRF"), 72,796 shares of First Global Resources Fund ("FGRF"), and 34,798 shares of Global Opportunity Fund ("GOF"). GOF, AFRF and FGRF are sub accounts/sub cell funds of First Global Funds Limited PCC ("FGFL"), the Republic of Mauritius. Execution of the rights shares is derived from securities NCDs Banca Populare in Milano London and Nomura Bank International Plc. London which has already matured, but the execution could not be realized until now.

On December 12, 2014, FGFL sent shares certificates to the Bank totaling 777,493 participating redeemable preference shares of various sub cell funds of FGFL consist of 397,942 shares of GOF, 31,480 shares of AFRF, 72,796 shares of FGRF and 275,275 shares of Global Finance Recovery Fund ("GFRF"). In connection with those share ownership, the Bank is required to pay the amount of USD 3,887,465 by the due date of December 29, 2014 for the payment of re-registration and transfer fee for 777,493 participating redeemable preference shares of various sub cell funds. Up to the due date, the Bank has not yet paid the amount required by FGFL, therefore FGFL sent some Default Payment Notices to the Bank.

On March 3, 2015, FGFL sent a letter to the Board of Directors of the Bank and other parties which offers some settlement options to the Bank.

Subsequently in the mid of March 2015, FGFL together with Weston International Asset Recovery Company Limited ("WIARCI"), Weston Capital Advisors, Inc. ("WCAI") and Weston International Asset Recovery Corporation Inc. ("WIARCO") have filed lawsuits to Supreme Court of Mauritius (Commercial Division), among others, are as follows:

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2015 dan**
**Untuk Periode Sembilan Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2015 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**48. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

**48. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

c. Perjanjian dengan First Gulf Asia Holdings Limited (FGAHL)

Pada tanggal 28 September 2001, Bank mengadakan perjanjian pertukaran aset dengan First Gulf Asia Holdings Limited (FGAHL), pemegang saham Bank pada saat itu. Dalam perjanjian tersebut, Bank menyerahkan hak tagih Bank kepada Badan Penyehatan Perbankan Nasional (BPPN) yang berasal dari tagihan neto sebesar Rp 142.100 (tidak termasuk bunga) kepada PT Bank Putera Multikarsa (yang telah dibekukan kegiatan operasinya pada tanggal 28 Januari 2000).

Tagihan bersih tersebut berupa saling hapus (*net-off*) antara penempatan dana dalam bentuk giro dan *interbank call money* sebesar Rp 157.972 (tidak termasuk tagihan bunga dari bulan Februari 2000 sampai dengan September 2001 sebesar Rp 32.279) dengan liabilitas *interbank call money* sebesar USD 176.000.000 (tidak termasuk liabilitas bunga dari bulan Februari 2000 sampai dengan September 2001 sebesar USD 161.744). Atas hak tagih yang diserahkan tersebut, Bank menerima Efek Utang Republik Indonesia (*ROI Loans*) sebesar USD 12.000.000.

Di samping menyerahkan hak tagih kepada BPPN, Bank juga harus menyerahkan uang tunai sebesar USD 6.000.000 untuk mendapatkan ROI Loans tersebut.

Atas pertukaran aset tersebut, Bank juga memiliki hak opsi untuk membeli kembali hak tagih kepada BPPN dan FGAHL yang berlaku untuk jangka waktu 2 (dua) tahun terhitung sejak tanggal perjanjian pertukaran aset. Apabila hak opsi digunakan, maka Bank harus membayar opsi tersebut sebesar Rp 5.000 kepada FGAHL. Perjanjian ini telah diperpanjang beberapa kali, dimana perpanjangan terakhir dilakukan pada tahun 2005 sampai dengan tanggal 30 September 2007 dengan kondisi yang sama. Sampai dengan tanggal penerbitan laporan keuangan, tidak ada perubahan atas kondisi tersebut.

c. Agreement with First Gulf Asia Holdings Limited (FGAHL)

On September 28, 2001, the Bank entered into an agreement for the exchange of assets with First Gulf Asia Holdings Limited (FGAHL), one of the shareholders of the Bank. On the agreement, the Bank submitted the assignment to the Indonesian Bank Restructuring Agency (IBRA), which came from net receivable amounting to Rp 142,100 (excluding interest) from PT Bank Putera Multikarsa (which its operations has been suspended on January 28, 2000).

Those net receivables were offset with funds in current accounts and interbank call money amounting to Rp 157,972 (excluding interest receivable from February 2000 until September 2001 of Rp 32,279) with interbank call money payable amounting to USD 176,000,000 (excluding accrued interest expenses from February 2000 to September 2001 of USD 161,744). The Bank received ROI Loans amounted to USD 12,000,000 for the assignment.

In addition to the submission of assignment to IBRA, the Bank also should pay cash amounting to USD 6,000,000 to obtain those ROI Loans.

Furthermore, the Bank also has an option to repurchase the collect rights to IBRA and FGAHL which is valid for 2 (two) years since the exchange date of assets agreement for those exchange of assets. If the option rights is used, the Bank should pay the option for Rp 5,000 to FGAHL. This agreement has been extended for several times, which the latest extention was conducted in 2005 up to September 30, 2007 under the same condition. As of the issuance date of the financial statements, there is no change of such condition.

d. Weston Capital Advisors Inc, New York

Bank menerima klaim sebesar USD 19.202.226,21 dari First Global Funds Limited PCC, Mauritius ("FGFL") sehubungan dengan penempatan deposito FGFL pada Bank dan mengajukan tuntutan kepada Bank di Pengadilan Mauritius.

d. Weston Capital Advisors Inc, New York

The Bank received claim amounting to USD 19,202,226.21 from First Global Funds Limited PCC, Mauritius ("FGFL") regarding its placement in Bank's time deposits and filed lawsuit against the Bank in The Court of Mauritius.

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2015 dan**
**Untuk Periode Sembilan Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2015 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**48. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

d. Weston Capital Advisors Inc, New York (lanjutan)

Selanjutnya, Weston Capital Advisors Inc., New York (entitas anak dari FGFL) ("Weston") mendapatkan hak klaim atas tuntutan tersebut dengan cara membeli tagihan FGFL, dan kemudian mengajukan pelaksanaan Putusan Mahkamah Agung Mauritius melalui *United States District Court Southern District of New York ("NY Court")* yang mengakibatkan pemblokiran terhadap rekening nostro milik Bank di beberapa bank tertentu dan pemindahan dana milik Bank kepada Weston sebesar USD 3.621.127,33.

Pada tanggal 19 November 2013, *NY Court* telah mengeluarkan Putusan dalam bentuk *Order Vacating Judgment,* sehingga pemblokiran terhadap rekening giro milik Bank dibuka dan dana yang sebelumnya telah ditransfer ke Weston Capital Advisors Inc harus dikembalikan kepada Bank.

Pada tanggal 16 Januari 2014, Weston Capital Advisors Inc mengembalikan dana kepada Bank sebesar USD 23.475.

Pada tanggal 19 Maret 2014, Bank mengajukan *motion contempt of court* dan memerintahkan agar Weston Capital Advisors Inc segera mengembalikan sisa dana Bank berikut bunganya.

Pada tanggal 15 Juli 2014, *NY Court* telah menegaskan kembali tindakan *contempt of court* yang dilakukan Weston dan mengharuskan Weston untuk mengembalikan dana sebesar USD 3.597.652,33 beserta bunga selama Weston belum melakukan pembayaran.

Pada tanggal 18 Desember 2014, Bank telah menandatangani perjanjian dengan Kelley Drye & Warren LLP (kuasa hukum Weston) dimana Weston menyetujui untuk mengembalikan dana sebesar USD 175.000 kepada Bank. Pada tanggal 21 Desember 2014, Weston telah mengembalikan dana tersebut.

Pada tanggal 7 Mei 2015, Bank telah menandatangani perjanjian dengan kuasa hukum Weston dimana Weston menyetujui untuk mengembalikan dana sebesar USD 100.000 kepada Bank. Pada tanggal 15 Mei 2015, Weston telah mengembalikan dana tersebut.

**48. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

d. Weston Capital Advisors Inc, New York (continued)

Furthermore, Weston Capital Advisor Inc., New York (a subsidiary of FGFL) ("Weston") obtained claim rights by purchasing FGFL's claim, and then filed execution of Decision of The Supreme Court of Mauritius to United States District Court Southern District of New York ("NY Court") which resulting the blocking of the Bank's current account in certain banks and transferring fund of the Bank to Weston amounting to USD 3,621,127.33.

As of November 19, 2013, NY Court has issued Decision under Order Vacating Judgment, thus the blocking of the Bank's current account was opened and fund that was previously transferred to Weston Capital Advisors Inc should return to the Bank.

As of January 16, 2014, Weston Capital Advisors Inc has returned the fund amounted to USD 23,475 to the Bank.

On March 19, 2014, the Bank filed a contempt of court and ordered Weston Capital Advisors Inc to immediately refund remaining funds and interest to the Bank.

On July 15, 2014, NY Court has reaffirmed contempt of court by Weston and required Weston to return funds amounted to USD 3,597,652.33 with interest during Weston has not made settlement payment.

On December 18, 2014, the Bank has signed an agreement with Kelley Drye & Warren LLP (Weston's counsel) whereby Weston agreed to return fund amounting to USD 175,000 to the Bank. On December 21, 2014, Weston has returned it to the Bank.

On May 7, 2015, the Bank has signed an agreement with Weston's counsel whereby Weston agreed to return fund amounting to USD 100,000 to the Bank. On May 15, 2015, Weston has returned it to the Bank.

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2015 dan**
**Untuk Periode Sembilan Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2015 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**48. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

d. Weston Capital Advisors Inc, New York (lanjutan)

Pada tanggal 8 September 2015, *United States District Court for the Southern District of New York)* menyatakan John Liegey, Weston International Capital Limited, dan masing-masing entitas afiliasi dan anak usaha Weston telah melakukan penghinaan terhadap pengadilan (*contempt of court*) dan memerintahkan untuk: (1) mengembalikan uang sejumlah USD 3,8 juta kepada Bank, (2) membayar denda yang terus meningkat dimulai dari USD 1.000 per hari (dan menjadi kelipatannya pada bulan berikutnya) sampai dengan mereka dapat mengembalikan uang Bank dan (3) mengganti biaya konsultan hukum Bank.

Sampai dengan tanggal penerbitan laporan keuangan, terdapat dana yang belum dikembalikan oleh Weston sebesar USD 3.322.652,33 (ekuivalen Rp 48.677) pada tanggal 30 September 2015 dan USD 3.422.652,33 (ekuivalen Rp 42.390) pada tanggal 31 Desember 2014. Bank mencatat tagihan kepada Weston tersebut sebagai bagian dari akun "Aset Lain-lain" pada laporan posisi keuangan (Catatan 17).

e. Kasus-kasus hukum dan *fraud* yang masih belum selesai sampai bulan September 2015 adalah sebagai berikut:

Kasus Perdata:

Posisi Bank sebagai Tergugat:

1. Gugatan kepada Bank yang diajukan oleh Investor yang membeli produk investasi *(Discretionary Fund)* milik PT Antaboga Delta Sekuritas Indonesia (ADS) terdiri dari:

   a. Gugatan yang diajukan oleh salah satu investor ADS di Surabaya selaku Penggugat terhadap Bank selaku Tergugat I melalui Pengadilan Negeri Surabaya yang terdaftar dalam perkara No. 742/Pdt.G/2008/PN.Sby tanggal 17 Desember 2008. Penggugat menuntut Bank bersama-sama dengan Tergugat lainnya secara tanggung renteng membayar kepada Penggugat sebesar Rp 400 berikut keuntungan yang akan diperoleh.

**48. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

d. Weston Capital Advisors Inc, New York (continued)

On September 8, 2015, United States District Court for the Southern District of New York) stated John Liegey, Weston International Capital Limited, and each affiliated entity and subsidiary of Weston have been in contempt of court (contempt of court) and ordered to do: (1) returns the sum of USD 3.8 million to the Bank, (2) pay a penalty increasing starting from USD 1,000 per day (and into its multiplication in the next month) until they can return money Bank and (3) reimburse the Bank's legal consultant fee.

As of the issuance date of the financial statements, there is a fund that has not returned yet by Weston amounting to USD 3,322,652.33 (equivalent to Rp 48,677) as of September 30, 2015 and USD 3,422,652.33 (equivalent to Rp 42,390) as of December 31, 2014. The Bank recorded receivable from Weston as part of "Other Assets" account in the statement of financial position (Note 17).

e. The outstanding legal and fraud cases up to September 2015 are as follows:

Civil Cases:

Bank as the Defendant:

1. The lawsuit to the Bank submitted by Investors who bought investment products (Discretionary Fund) issued by PT Antaboga Delta Sekuritas Indonesia (ADS) consists of:

   a. Lawsuit filed by one of the ADS' investor in Surabaya as the Plaintiff to the Bank as Defendant I through The District Court of Surabaya which is registered in Case No. 742/Pdt.G/2008/PN.Sby dated December 17, 2008. The Plaintiff claimed to the Bank together with other Defendants jointly and severally to pay to the Plaintiff amounting to Rp 400 including forseeable gains.

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2015 dan**
**Untuk Periode Sembilan Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2015 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**48. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

**48. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

e. Kasus-kasus hukum dan *fraud* yang masih belum selesai sampai bulan September 2015 adalah sebagai berikut: (lanjutan)

e. *The outstanding legal and fraud cases up to September 2015 are as follows: (continued)*

Kasus Perdata: (lanjutan)

*Civil Cases: (continued)*

Posisi Bank sebagai Tergugat: (lanjutan)

*Bank as the Defendant: (continued)*

7. Weston International Asset Recovery Co Ltd (Weston) telah mengajukan gugatan terhadap Bank di Pengadilan Mauritius dengan dasar gugatan bahwa Bank mempunyai kewajiban pembayaran terhadap Weston sebagai pemegang Obligasi Konversi (OK) yang diterbitkan oleh Bank (dahulu PT Bank Century Tbk) pada tanggal 16 Juni 2006 dan 14 April 2008 dengan nilai masing-masing sejumlah USD 15.000.000 (lihat Catatan 23) dan USD 40.000.000. Perkara OK ini telah diputus oleh Pengadilan Mauritius pada tanggal 15 Februari 2013, dengan putusan menyatakan bahwa Bank wajib untuk membayar total sejumlah USD 65.350.000 (termasuk bunga dan ditambah dengan bunga berjalan sampai dengan dibayarkannya kewajiban). Menurut pendapat konsultan hukum Bank yaitu Pradjoto & Associates dalam suratnya No. 35/PNA/LO-BM.MCB/04/14 tanggal 29 April 2014, sesuai ketentuan hukum yang berlaku di Indonesia, putusan Pengadilan Mauritius tidak dapat dieksekusi di Indonesia. Apabila Weston hendak melakukan pelaksanaan putusan Pengadilan Mauritius di Indonesia, maka Weston harus mengajukan gugatan baru terlebih dahulu di Pengadilan Indonesia dan menggunakan hukum di Indonesia.

7. *Weston International Asset Recovery Co Ltd (Weston) has filed a legal claim against Bank in Mauritius Court with the case that the Bank has an obligation to pay Weston as the Mandatory Convertible Bond (MCB) holder issued by Bank (formerly PT Bank Century Tbk) on June 16, 2006 and April 14, 2008, with amount of USD 15,000,000 (see Note 23) and USD 40,000,000, respectively. As of February 15, 2013, the Mauritius Court has rendered its decision in favor of Weston whereby the Court ordered the Bank to pay to Weston in the amount of USD 65,350,000 (including interest and on going interest). According to the legal opinion from Bank's legal counsel, Pradjoto & Associates as stated in its letter No. 35/PNA/LO-BM.MCB/04/14 dated April 29, 2014, under the provisions of applicable law in Indonesia, the decision of Mauritius Court can not be executed in Indonesia. If Weston will execute the decision of Mauritius Court in Indonesia, then Weston must file a new lawsuit in the Indonesian Court and using Indonesian Law as a reference.*

Kasus Pidana:

*Criminal Cases:*

Mantan Direksi dan mantan karyawan Bank menghadapi beberapa tuntutan hukum dari pihak-pihak tertentu atas dugaan tindakan pidana yang dilakukan, dimana sebagian masih dalam tahap penyelidikan dan penyidikan, sebagian telah memasuki tahap persidangan dan ada pula yang sudah mendapat putusan tetap dan/atau dalam proses peninjauan kembali. Sampai dengan tanggal penerbitan laporan keuangan, tuntutan hukum tersebut masih sedang dalam proses hukum, dan hasil akhir dari proses hukum tersebut belum dapat diperkirakan.

*Bank's former directors and employees had several lawsuits from certain parties on suspicion of criminal acts committed, where some are still in the stage of the investigation and inspection, some have entered the stage of the proceeding to the courts, and some already have the final decision and/or in the process of judicial review remedies. As of the issuance date of the financial statements, the lawsuits have been subjected to the legal proceedings, and the outcome of these legal proceedings cannot be determined yet.*



J TRUST BANK

| Laporan Keuangan | Financial Statements |
| Dengan Laporan Auditor Independen | With Independent Auditors' Report |
| Tanggal 31 Desember 2015 dan | As Of December 31, 2015 and |
| Untuk Tahun yang Berakhir | For The Year |
| pada Tanggal Tersebut | Then Ended |
| (Mata Uang Indonesia) | (Indonesian Currency) |



# PT BANK JTRUST INDONESIA Tbk.

( Dahulu / *Formerly* PT Bank Mutiara Tbk. )

www.jtrustbank.co.id

| PT BANK JTRUST INDONESIA Tbk (Dahulu PT Bank Mutiara Tbk) CATATAN ATAS LAPORAN KEUANGAN Tanggal 31 Desember 2015 dan Untuk Tahun yang Berakhir pada Tanggal Tersebut (Dinyatakan dalam jutaan Rupiah, kecuali dinyatakan lain) | *PT BANK JTRUST INDONESIA Tbk (Formerly PT Bank Mutiara Tbk)* *NOTES TO THE FINANCIAL STATEMENTS* *As of December 31, 2015 and For The Year Then Ended (Expressed in millions of Rupiah, unless otherwise stated)* |
|---|---|

**16. AGUNAN YANG DIAMBIL ALIH (lanjutan)**

**16. FORECLOSED ASSETS (continued)**

Perubahan cadangan kerugian penurunan nilai adalah sebagai berikut:

*The changes in the allowance for impairment losses are as follows:*

| | 2015 | 2014 | |
|---|---|---|---|
| Saldo awal tahun | 304.028 | 306.509 | *Balance at beginning of the year* |
| Pemulihan selama tahun berjalan (Catatan 32) | (68.003) | (2.481) | *Reversal during the year (Note 32)* |
| Penjualan agunan yang diambil alih | (138.084) | - | *Sale of foreclosed assets* |
| **Saldo akhir tahun** | **97.941** | **304.028** | ***Balance at the end of year*** |

Manajemen berpendapat bahwa pembentukan cadangan kerugian penurunan nilai atas agunan yang diambil alih telah cukup untuk menutupi kerugian yang mungkin timbul.

*Management believes that allowance for impairment losses on foreclosed assets is adequate to cover any possible losses.*

**17. ASET LAIN-LAIN**

**17. OTHER ASSETS**

| | 2015 | 2014 | |
|---|---|---|---|
| Pihak berelasi (Catatan 39) | | | *Related party (Note 39)* |
| Piutang lain-lain | 10.890 | - | *Other receivable* |
| | | | |
| Pihak ketiga | | | *Third parties* |
| Surat Ketetapan Pajak: | | | *Tax Assessment Letters:* |
| Tahun pajak: | | | *Fiscal year:* |
| - 2005 (Catatan 36b) | 24.012 | 25.971 | *- 2005 (Note 36b)* |
| - 2006 (Catatan 36b) | 18.912 | 30.471 | *- 2006 (Note 36b)* |
| - 2007 (Catatan 36b) | 12.127 | 30.076 | *- 2007 (Note 36b)* |
| - 2008 (Catatan 36b) | 18.815 | 24.225 | *- 2008 (Note 36b)* |
| Tagihan kepada *Weston Capital Advisors Inc.* | 45.803 | 42.390 | *Receivable to Weston Capital Advisors Inc.* |
| Renovasi dibayar di muka | 22.210 | 11.403 | *Prepaid renovation* |
| Setoran jaminan | 11.240 | 4.964 | *Security deposits* |
| Pengembangan sistem dan informasi | 565 | 665 | *System and information development* |
| Rupa-rupa | 74.096 | 75.910 | *Miscellaneous* |
| Sub jumlah | 227.780 | 246.075 | *Sub total* |
| | | | |
| Total | 238.670 | 246.075 | *Total* |
| Cadangan kerugian penurunan nilai | (75.257) | (119.213) | *Allowance for impairment losses* |
| **Neto** | **163.413** | **126.862** | ***Net*** |

Tagihan kepada *Weston Capital Advisors Inc.*

*Receivable to Weston Capital Advisors Inc.*

Tagihan kepada *Weston Capital Advisors Inc.* sebesar USD 3.322.652,33 (ekuivalen Rp 45.803) pada tanggal 31 Desember 2015 dan USD 3.422.652,33 (ekuivalen Rp 42.390) pada tanggal 31 Desember 2014 merupakan dana milik Bank yang harus dikembalikan oleh *Weston Capital Advisors Inc.* sehubungan dengan Putusan dalam bentuk *Order Vacating Judgment* yang dikeluarkan oleh *United States District Court Southern District of New York* tanggal 19 November 2013 (Catatan 49d). Bank telah membentuk cadangan kerugian penurunan nilai atas tagihan ini.

*Receivable to Weston Capital Advisors Inc. amounting to USD 3,322,652.33 (equivalent to Rp 45,803) as of December 31, 2015 and USD 3,422,652.33 (equivalent to Rp 42,390) as of December 31, 2014 represents the Bank's fund which should be returned by Weston Capital Advisors Inc. on related to Decision of Order Vacating Judgment issued by United States District Court Southern District of New York dated November 19, 2013 (Note 49d). The Bank has provided allowance for impairment losses on this receivable.*

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Desember 2015 dan**
**Untuk Tahun yang Berakhir pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of December 31, 2015 and*
*For The Year Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

a. Global Opportunity Fund

Pada tanggal 30 Januari 2009, Bank melakukan eksekusi atas hak untuk menerima saham dengan nilai nominal USD 26.000.000 dalam bentuk 181.169 saham seri VII dari Global Opportunities Fund ("GOF") dan saham dengan nilai nominal USD 16.000.000 dalam bentuk 31.480 saham dari Asia Finance Recovery Fund ("AFRF"), 72.796 saham dari First Global Resources Fund ("FGRF") dan 34.798 saham dari Global Opportunity Fund ("GOF"). GOF, AFRF dan FGRF merupakan *sub accounts/sub cell funds* dari First Global Funds Limited PCC ("FGFL"), Republik Mauritius. Eksekusi atas hak penerimaan saham tersebut berasal dari surat berharga NCD Banca Populare di Milano London dan Nomura Bank International Plc. London yang sudah jatuh tempo. Namun sampai saat ini, eksekusi tersebut tidak dapat terealisasi.

Pada tanggal 12 Desember 2014, FGFL mengirimkan surat kepemilikan saham kepada Bank dengan jumlah keseluruhan sebanyak 777.493 saham preferen yang dapat ditukarkan dengan berbagai saham *sub cell funds* milik FGFL yaitu 397.942 saham pada GOF, 31.480 saham pada AFRF, 72.796 saham pada FGRF dan 275.275 saham pada Global Finance Recovery Fund ("GFRF"). Sehubungan dengan kepemilikan saham tersebut, Bank diminta untuk membayar sejumlah USD 3.887.465 dengan jatuh tempo pada tanggal 29 Desember 2014 atas biaya pendaftaran ulang dan transfer atas 777.493 saham preferen tersebut. Sampai dengan tanggal jatuh tempo, Bank belum membayar tagihan FGFL tersebut, sehingga FGFL mengirimkan beberapa *Default Payment Notices* kepada Bank.

Pada tanggal 3 Maret 2015, FGFL mengirimkan surat kepada Direksi Bank dan pihak lainnya yang menawarkan beberapa opsi penyelesaian kepada Bank.

Selanjutnya pada pertengahan bulan Maret 2015, FGFL bersama dengan Weston International Asset Recovery Company Limited ("WIARCI"), Weston Capital Advisors, Inc. ("WCAI") dan Weston International Asset Recovery Corporation Inc. ("WIARCO") telah mengajukan gugatan ke Mahkamah Agung Mauritius (Divisi Komersial), antara lain, sebagai berikut:

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

b. Global Opportunity Fund

On January 30, 2009, the Bank has executed rights to receive shares with a nominal value of USD 26,000,000 on 181,169 shares series VII of Global Opportunity Fund ("GOF") and shares with a nominal value of USD 16,000,000 on 31,480 shares of Asia Finance Recovery Fund ("AFRF"), 72,796 shares of First Global Resources Fund ("FGRF"), and 34,798 shares of Global Opportunity Fund ("GOF"). GOF, AFRF and FGRF are sub accounts/sub cell funds of First Global Funds Limited PCC ("FGFL"), the Republic of Mauritius. Execution of the rights shares is derived from securities NCDs Banca Populare in Milano London and Nomura Bank International Plc. London which has already matured, but the execution could not be realized until now.

On December 12, 2014, FGFL sent shares certificates to the Bank totaling 777,493 participating redeemable preference shares of various sub cell funds of FGFL consist of 397,942 shares of GOF, 31,480 shares of AFRF, 72,796 shares of FGRF and 275,275 shares of Global Finance Recovery Fund ("GFRF"). In connection with those share ownership, the Bank is required to pay the amount of USD 3,887,465 by the due date of December 29, 2014 for the payment of re-registration and transfer fee for 777,493 participating redeemable preference shares of various sub cell funds. Up to the due date, the Bank has not yet paid the amount required by FGFL, therefore FGFL sent some Default Payment Notices to the Bank.

On March 3, 2015, FGFL sent a letter to the Board of Directors of the Bank and other parties which offers some settlement options to the Bank.

Subsequently in the mid of March 2015, FGFL together with Weston International Asset Recovery Company Limited ("WIARCI"), Weston Capital Advisors, Inc. ("WCAI") and Weston International Asset Recovery Corporation Inc. ("WIARCO") have filed lawsuits to Supreme Court of Mauritius (Commercial Division), among others, are as follows:

The original financial statements included herein are in the
Indonesian language.

| PT BANK JTRUST INDONESIA Tbk | PT BANK JTRUST INDONESIA Tbk |
|---|---|
| (Dahulu PT Bank Mutiara Tbk) | (Formerly PT Bank Mutiara Tbk) |
| CATATAN ATAS LAPORAN KEUANGAN | NOTES TO THE FINANCIAL STATEMENTS |
| Tanggal 31 Desember 2015 dan | As of December 31, 2015 and |
| Untuk Tahun yang Berakhir pada Tanggal Tersebut | For The Year Then Ended |
| (Dinyatakan dalam jutaan Rupiah, | (Expressed in millions of Rupiah, |
| kecuali dinyatakan lain) | unless otherwise stated) |

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

b. Global Opportunity Fund (lanjutan)

- Klaim yang diajukan oleh FGFL:
Kegagalan pembayaran atas biaya pendaftaran ulang dan transfer saham sebesar USD 4.171.231 (termasuk bunga dan pinalti) dan *capital calls on reimbursable expenses* sebesar USD 635.430 (termasuk bunga dan pinalti).
- Klaim yang diajukan oleh WCAI dan WIARCI:
Sehubungan dengan Putusan Pengadilan Mauritius tanggal 15 Februari 2013, di antaranya adalah mengenai Obligasi Konversi (lihat Catatan 49.e.A.7), Bank telah gagal untuk membayar sebesar USD 97.556.515 (termasuk bunga).
- Klaim yang diajukan oleh WIARCO:
Kegagalan pembayaran kewajiban kontraktual atas *redemption* West LB *Fund Linked Note Certificate of Deposit* sebesar USD 8.176.821 (termasuk bunga).

Berdasarkan Putusan Mahkamah Agung Mauritius (Divisi Komersial) tanggal 29 Mei 2015, Mahkamah Agung memutuskan bahwa Bank dan J Trust Co., Ltd. harus membayar sebesar USD 4.806.661 ditambah bunga sampai dengan pembayaran final kepada FGFL, J Trust Co., Ltd. harus membayar total sebesar USD 97.556.515 ditambah bunga sampai dengan pembayaran final kepada WCAI dan WIACI serta USD 8.176.821 ditambah bunga sampai dengan pembayaran final kepada WIARCO.

Pada tanggal 30 Juni 2015, Mahkamah Agung Mauritius (Divisi Komersial) memerintahkan untuk menahan dan melarang Bank dan J Trust Co., Ltd., baik secara langsung atau tidak langsung, dari menghapuskan dan/atau melakukan transaksi terhadap uang sampai dengan sejumlah USD 120 juta.

Sampai dengan tanggal penerbitan laporan keuangan, Bank belum menerima pemberitahuan resmi atas Putusan Mahkamah Agung Mauritius tersebut.

Putusan Mahkamah Agung Mauritius (Divisi Komersial) dikeluarkan tanpa kehadiran Bank (*in-absentia*) dan tidak serta merta dapat langsung dieksekusi di Indonesia. Bank akan menempuh upaya hukum perlawanan apabila Penggugat melakukan eksekusi Putusan di luar wilayah hukum Indonesia.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

b. Global Opportunity Fund (continued)

- Claim by FGFL:
Default on payment on the re-registration and share transfer fee amounted to USD 4,171,231 (including interest and penalty) and capital calls on reimbursable expenses amounted to USD 635,430 (including interest and penalty).
- Claim by WCAI and WIARCI:
In connection with Decision of Mauritius Court dated February 15, 2013 (see Note 49.e.A.7) among others is Convertible Bond, the Bank has failed to settle the amount of USD 97,556,515 (including interest).
- Claim by WIARCO:
Default on payment on contractual obligation of the redemption of West LB Fund Linked Note Certificate of Deposit amounted to USD 8,176,821 (including interest).

Based on Decision from Supreme Court of Mauritius (Commercial Division) dated May 29, 2015, the Court issued a decision that the Bank and J Trust Co., Ltd. have to pay amounting to USD 4,806,661 to FGFL with interest until final payment, J Trust Co., Ltd. has to pay totaling USD 97,556,515 with interest until final payment to WCAI and WIARCI and USD 8,176,821 with interest until final payment to WIARCO.

On June 30, 2015, Supreme Court of Mauritius (Commercial Division) ordered to restrain and prohibit the Bank and J Trust Co., Ltd., whether directly or indirectly, from disposing of and/or dealing with any money up to the value of USD 120 million.

As of the issuance date of the financial statements, the Bank has not yet received an official notification on the Decision of the Supreme Court of Mauritius.

The Decision of the Supreme Court of Mauritius (Commercial Division) was issued without the presence of the Bank (in-absentia) and may not be directly executed in Indonesia. The Bank will take legal action if the Plaintiff executed the Decision outside the jurisdiction of Indonesia.

The original financial statements included herein are in the
Indonesian language.

| PT BANK JTRUST INDONESIA Tbk | PT BANK JTRUST INDONESIA Tbk |
|---|---|
| (Dahulu PT Bank Mutiara Tbk) | (Formerly PT Bank Mutiara Tbk) |
| CATATAN ATAS LAPORAN KEUANGAN | NOTES TO THE FINANCIAL STATEMENTS |
| Tanggal 31 Desember 2015 dan | As of December 31, 2015 and |
| Untuk Tahun yang Berakhir pada Tanggal Tersebut | For The Year Then Ended |
| (Dinyatakan dalam jutaan Rupiah, | (Expressed in millions of Rupiah, |
| kecuali dinyatakan lain) | unless otherwise stated) |

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

b. Global Opportunity Fund (lanjutan)

FGFL, WIARCI, WCAI dan WIARCO telah mengajukan dan mendaftarkan gugatan terhadap Bank dan JTrust Co., Ltd. melalui Pengadilan Singapura pada tanggal 16 Oktober 2015. Gugatan ini diajukan agar Bank dan JTrust Co., Ltd. melakukan pembayaran kepada pihak-pihak sebagai berikut:
- FGFL sebesar USD 5.032.113,15
- WIARCI sebesar USD 8.560.347,51
- WCAI sebesar USD 22.335.845,48
- WIARCO sebesar USD 79.796.471,08

Sampai dengan tanggal penerbitan laporan keuangan, perkara tersebut masih dalam proses pemeriksaan di Pengadilan Singapura.

c. Perjanjian dengan First Gulf Asia Holdings Limited (FGAHL)

Pada tanggal 28 September 2001, Bank mengadakan perjanjian pertukaran aset dengan First Gulf Asia Holdings Limited (FGAHL), pemegang saham Bank pada saat itu. Dalam perjanjian tersebut, Bank menyerahkan hak tagih Bank kepada Badan Penyehatan Perbankan Nasional (BPPN) yang berasal dari tagihan neto sebesar Rp 142.100 (tidak termasuk bunga) kepada PT Bank Putera Multikarsa (yang telah dibekukan kegiatan operasinya pada tanggal 28 Januari 2000).

Tagihan bersih tersebut berupa saling hapus (net-off) antara penempatan dana dalam bentuk giro dan interbank call money sebesar Rp 157.972 (tidak termasuk tagihan bunga dari bulan Februari 2000 sampai dengan September 2001 sebesar Rp 32.279) dengan liabilitas interbank call money sebesar USD 176.000.000 (tidak termasuk liabilitas bunga dari bulan Februari 2000 sampai dengan September 2001 sebesar USD 161.744). Atas hak tagih yang diserahkan tersebut, Bank menerima Efek Utang Republik Indonesia (ROI Loans) sebesar USD 12.000.000.

Di samping menyerahkan hak tagih kepada BPPN, Bank juga harus menyerahkan uang tunai sebesar USD 6.000.000 untuk mendapatkan ROI Loans tersebut.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

b. Global Opportunity Fund (continued)

FGFL, WIARCI, WCAI and WIARCO has filed and registered a lawsuits against the Bank and JTrust Co., Ltd. through the Court of Singapore on October 16, 2015. This lawsuit has been filed in order to the Bank and JTrust Co., Ltd. make payments to the parties as follows:
- FGFL amounting USD 5,032,113.15
- WIARCI amounting USD 8,560,347.51
- WCAI amounting USD 22,335,845.48
- WIARCO amounting USD 79,796,471.08

As of the issuance date of the financial statements, the case is still in examination process in the Court of Singapore.

c. Agreement with First Gulf Asia Holdings Limited (FGAHL)

On September 28, 2001, the Bank entered into an agreement for the exchange of assets with First Gulf Asia Holdings Limited (FGAHL), one of the shareholders of the Bank. On the agreement, the Bank submitted the assignment to the Indonesian Bank Restructuring Agency (IBRA), which came from net receivable amounting to Rp 142,100 (excluding interest) from PT Bank Putera Multikarsa (which its operations has been suspended on January 28, 2000).

Those net receivables were offset with funds in current accounts and interbank call money amounting to Rp 157,972 (excluding interest receivable from February 2000 until September 2001 of Rp 32,279) with interbank call money payable amounting to USD 176,000,000 (excluding accrued interest expenses from February 2000 to September 2001 of USD 161,744). The Bank received ROI Loans amounted to USD 12,000,000 for the assignment.

In addition to the submission of assignment to IBRA, the Bank also should pay cash amounting to USD 6,000,000 to obtain those ROI Loans.

194

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Desember 2015 dan**
**Untuk Tahun yang Berakhir pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of December 31, 2015 and*
*For The Year Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

c. Perjanjian dengan First Gulf Asia Holdings Limited (FGAHL) (lanjutan)

Atas pertukaran aset tersebut, Bank juga memiliki hak opsi untuk membeli kembali hak tagih kepada BPPN dan FGAHL yang berlaku untuk jangka waktu 2 (dua) tahun terhitung sejak tanggal perjanjian pertukaran aset. Apabila hak opsi digunakan, maka Bank harus membayar opsi tersebut sebesar Rp 5.000 kepada FGAHL. Perjanjian ini telah diperpanjang beberapa kali, dimana perpanjangan terakhir dilakukan pada tahun 2005 sampai dengan tanggal 30 September 2007 dengan kondisi yang sama. Sampai dengan tanggal penerbitan laporan keuangan, tidak ada perubahan atas kondisi tersebut.

c. Agreement with First Gulf Asia Holdings Limited (FGAHL) (continued)

Furthermore, the Bank also has an option to repurchase the collect rights to IBRA and FGAHL which is valid for 2 (two) years since the exchange date of assets agreement for those exchange of assets. If the option rights is used, the Bank should pay the option for Rp 5,000 to FGAHL. This agreement has been extended for several times, which the latest extention was conducted in 2005 up to September 30, 2007 under the same condition. As of the issuance date of the financial statements, there is no change of such condition.

d. Weston Capital Advisors Inc., New York

Bank menerima klaim sebesar USD 19.202.226,21 dari First Global Funds Limited PCC, Mauritius ("FGFL") sehubungan dengan penempatan deposito FGFL pada Bank dan mengajukan tuntutan kepada Bank di Pengadilan Mauritius.

Selanjutnya, Weston Capital Advisors Inc., New York (entitas anak dari FGFL) ("Weston") mendapatkan hak klaim atas tuntutan tersebut dengan cara membeli tagihan FGFL, dan kemudian mengajukan pelaksanaan Putusan Mahkamah Agung Mauritius melalui *United States District Court Southern District of New York ("NY Court")* yang mengakibatkan pemblokiran terhadap rekening nostro milik Bank di beberapa bank tertentu dan pemindahan dana milik Bank kepada Weston sebesar USD 3.621.127,33.

Pada tanggal 19 November 2013, *NY Court* telah mengeluarkan Putusan dalam bentuk *Order Vacating Judgment,* sehingga pemblokiran terhadap rekening giro milik Bank dibuka dan dana yang sebelumnya telah ditransfer ke Weston harus dikembalikan kepada Bank.

Pada tanggal 16 Januari 2014, Weston mengembalikan dana kepada Bank sebesar USD 23.475.

Pada tanggal 19 Maret 2014, Bank mengajukan *motion contempt of court* dan memerintahkan agar Weston segera mengembalikan sisa dana Bank berikut bunganya.

d. Weston Capital Advisors Inc., New York

The Bank received claim amounting to USD 19,202,226.21 from First Global Funds Limited PCC, Mauritius ("FGFL") regarding its placement in Bank's time deposits and filed lawsuit against the Bank in The Court of Mauritius.

Furthermore, Weston Capital Advisor Inc., New York (a subsidiary of FGFL) ("Weston") obtained claim rights by purchasing FGFL's claim, and then filed execution of Decision of The Supreme Court of Mauritius to United States District Court Southern District of New York ("NY Court") which resulting the freezing of the Bank's current account in certain banks and transferring fund of the Bank to Weston amounting to USD 3,621,127.33.

As of November 19, 2013, NY Court has issued Decision under Order Vacating Judgment, thus the blocking of the Bank's current account was opened and fund that was previously transferred to Weston should return to the Bank.

As of January 16, 2014, Weston has returned the fund amounted to USD 23,475 to the Bank.

On March 19, 2014, the Bank filed a contempt of court and ordered Weston to immediately refund remaining funds and interest to the Bank.

*The original financial statements included herein are in the Indonesian language.*

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Desember 2015 dan**
**Untuk Tahun yang Berakhir pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of December 31, 2015 and*
*For The Year Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

d. Weston Capital Advisors Inc., New York (lanjutan)

d. Weston Capital Advisors Inc., New York (continued)

Pada tanggal 15 Juli 2014, *NY Court* telah menegaskan kembali tindakan *contempt of court* yang dilakukan Weston dan mengharuskan Weston untuk mengembalikan dana sebesar USD 3.597.652,33 beserta bunga selama Weston belum melakukan pembayaran.

On July 15, 2014, NY Court has reaffirmed contempt of court by Weston and required Weston to return funds amounted to USD 3,597,652.33 with interest during Weston has not made settlement payment.

Pada tanggal 18 Desember 2014, Bank telah menandatangani perjanjian dengan Kelley Drye & Warren LLP (kuasa hukum Weston) dimana Weston menyetujui untuk mengembalikan dana sebesar USD 175.000 kepada Bank. Pada tanggal 21 Desember 2014, Weston telah mengembalikan dana tersebut.

On December 18, 2014, the Bank has signed an agreement with Kelley Drye & Warren LLP (Weston's counsel) whereby Weston agreed to return fund amounting to USD 175,000 to the Bank. On December 21, 2014, Weston has returned it to the Bank.

Pada tanggal 7 Mei 2015, Bank telah menandatangani perjanjian dengan kuasa hukum Weston dimana Weston menyetujui untuk mengembalikan dana sebesar USD 100.000 kepada Bank. Pada tanggal 15 Mei 2015, Weston telah mengembalikan dana tersebut.

On May 7, 2015, the Bank has signed an agreement with Weston's counsel whereby Weston agreed to return fund amounting to USD 100,000 to the Bank. On May 15, 2015, Weston has returned it to the Bank.

Pada tanggal 8 September 2015, Pengadilan Negara Bagian New York menyatakan bahwa John Liegey, Weston International Capital Limited dan masing-masing afiliasi dan entitas anak Weston telah melakukan penghinaan terhadap Pengadilan (*contempt of court*) dan dihukum untuk mengembalikan dana kepada Bank.

On September 8, 2015, the Court of the State of New York stated John Liegey, Weston International Capital Limited and its respective affiliates and Weston's subsidiaries have been in contempt of court and punished to refund to the Bank.

Sampai dengan tanggal penerbitan laporan keuangan, terdapat dana yang belum dikembalikan oleh Weston sebesar USD 3.322.652,33 (ekuivalen Rp 45.803) pada tanggal 31 Desember 2015 dan USD 3.422.652,33 (ekuivalen Rp 42.390) pada tanggal 31 Desember 2014. Bank mencatat tagihan kepada Weston tersebut sebagai bagian dari akun "Aset Lain-lain" pada laporan posisi keuangan (Catatan 17).

As of the issuance date of the financial statements, there is a fund that has not returned yet by Weston amounting to USD 3,322,652.33 (equivalent to Rp 45,803) as of December 31, 2015 and USD 3,422,652.33 (equivalent to Rp 42,390) as of December 31, 2014. The Bank recorded receivable from Weston as part of "Other Assets" account in the statement of financial position (Note 17).



Laporan Keuangan
Tanggal 31 Maret 2016 dan
Untuk Periode Tiga Bulan yang Berakhir
pada Tanggal Tersebut (Tidak Diaudit)
(Mata Uang Indonesia)

*Financial Statements*
*As of March 31, 2016 and*
*For The Three-Month Period*
*Then Ended (Unaudited)*
*(Indonesian Currency)*



# PT BANK JTRUST INDONESIA Tbk.

www.jtrustbank.co.id

| **PT BANK JTRUST INDONESIA Tbk** | *PT BANK JTRUST INDONESIA Tbk* |
|---|---|
| **(Dahulu PT Bank Mutiara Tbk)** | *(Formerly PT Bank Mutiara Tbk)* |
| **CATATAN ATAS LAPORAN KEUANGAN** | *NOTES TO THE FINANCIAL STATEMENTS* |
| **Tanggal 31 Maret 2016 dan** | *As of March 31, 2016 and* |
| **Untuk Periode Tiga Bulan yang Berakhir** | *For The Three-Month Period* |
| **pada Tanggal Tersebut** | *Then Ended* |
| **(Dinyatakan dalam jutaan Rupiah,** | *(Expressed in millions of Rupiah,* |
| **kecuali dinyatakan lain)** | *unless otherwise stated)* |

**16. AGUNAN YANG DIAMBIL ALIH (lanjutan)**  /  *16. FORECLOSED ASSETS (continued)*

Perubahan cadangan kerugian penurunan nilai adalah sebagai berikut:

*The changes in the allowance for impairment losses are as follows:*

| | **31 Maret/** *March* **2016** (Tidak Diaudit/ *Unaudited*) | **31 Desember/** *December* **2015** (Diaudit/*Audited*) | |
|---|---|---|---|
| Saldo awal perode/tahun | 97.941 | 304.028 | *Balance at beginning of the year* |
| Pemulihan selama periode/tahun berjalan (Catatan 32) | 93 | (68.003) | *Reversal during the period/year (Note 32)* |
| Penjualan agunan yang diambil alih | - | (138.084) | *Sale of foreclosed assets* |
| **Saldo akhir periode/tahun** | **98.034** | **97.941** | *Balance at the end of period/year* |

Manajemen berpendapat bahwa pembentukan cadangan kerugian penurunan nilai atas agunan yang diambil alih telah cukup untuk menutupi kerugian yang mungkin timbul.

*Management believes that allowance for impairment losses on foreclosed assets is adequate to cover any possible losses.*

**17. ASET LAIN-LAIN**  /  *17. OTHER ASSETS*

| | **31 Maret/** *March* **2016** (Tidak Diaudit/ *Unaudited*) | **31 Desember/** *December* **2015** (Diaudit/*Audited*) | |
|---|---|---|---|
| Pihak berelasi (Catatan 39) | | | *Related party (Note 39)* |
| Piutang lain-lain | - | 10.890 | *Other receivable* |
| Pihak ketiga | | | *Third parties* |
| Surat Ketetapan Pajak: | | | *Tax Assessment Letters:* |
| Tahun pajak: | | | *Fiscal year:* |
| - 2005 (Catatan 36b) | 24.012 | 24.012 | *- 2005 (Note 36b)* |
| - 2006 (Catatan 36b) | 18.912 | 18.912 | *- 2006 (Note 36b)* |
| - 2007 (Catatan 36b) | 12.127 | 12.127 | *- 2007 (Note 36b)* |
| - 2008 (Catatan 36b) | 18.815 | 18.815 | *- 2008 (Note 36b)* |
| Tagihan kepada *Weston Capital Advisors Inc.* | 44.058 | 45.803 | *Receivable to Weston Capital Advisors Inc.* |
| Renovasi dibayar di muka | 27.257 | 22.210 | *Prepaid renovation* |
| Setoran jaminan | 11.346 | 11.240 | *Security deposits* |
| Pengembangan sistem dan informasi | 1.845 | 565 | *System and information development* |
| Rupa-rupa | 137.072 | 74.096 | *Miscellaneous* |
| Sub jumlah | 295.444 | 227.780 | *Sub total* |
| Total | 295.444 | 238.670 | *Total* |
| Cadangan kerugian penurunan nilai | (77.178) | (75.257) | *Allowance for impairment losses* |
| **Neto** | **218.266** | **163.413** | *Net* |

Tagihan kepada *Weston Capital Advisors Inc.*

*Receivable to Weston Capital Advisors Inc.*

Tagihan kepada *Weston Capital Advisors Inc.* sebesar USD 3.322.652,33 (ekuivalen Rp 44.058 pada tanggal 31 Maret 2016 dan Rp 45.803 pada tanggal 31 Desember 2015) pada tanggal 31 Desember 2014 merupakan dana milik Bank yang harus dikembalikan oleh *Weston Capital Advisors Inc.* sehubungan dengan Putusan dalam bentuk *Order Vacating Judgment* yang dikeluarkan oleh *United States District Court Southern District of New York* tanggal 19 November 2013 (Catatan 49d). Bank telah membentuk cadangan kerugian penurunan nilai atas tagihan ini.

*Receivable to Weston Capital Advisors Inc. amounting to USD 3,322,652.33 (equivalent to Rp 44,058 as of March 31, 2016 and Rp 45,803 as of December 31, 2015) as of December 31, 2014 represents the Bank's fund which should be returned by Weston Capital Advisors Inc. on related to Decision of Order Vacating Judgment issued by United States District Court Southern District of New York dated November 19, 2013 (Note 49d). The Bank has provided allowance for impairment losses on this receivable.*

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Maret 2016 dan**
**Untuk Periode Tiga Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of March 31, 2016 and*
*For The Three-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

a. Global Opportunity Fund

Pada tanggal 30 Januari 2009, Bank melakukan eksekusi atas hak untuk menerima saham dengan nilai nominal USD 26.000.000 dalam bentuk 181.169 saham seri VII dari Global Opportunities Fund ("GOF") dan saham dengan nilai nominal USD 16.000.000 dalam bentuk 31.480 saham dari Asia Finance Recovery Fund ("AFRF"), 72.796 saham dari First Global Resources Fund ("FGRF") dan 34.798 saham dari Global Opportunity Fund ("GOF"). GOF, AFRF dan FGRF merupakan *sub accounts/sub cell funds* dari First Global Funds Limited PCC ("FGFL"), Republik Mauritius. Eksekusi atas hak penerimaan saham tersebut berasal dari surat berharga NCD Banca Populare di Milano London dan Nomura Bank International Plc. London yang sudah jatuh tempo. Namun sampai saat ini, eksekusi tersebut tidak dapat terealisasi.

Pada tanggal 12 Desember 2014, FGFL mengirimkan surat kepemilikan saham kepada Bank dengan jumlah keseluruhan sebanyak 777.493 saham preferen yang dapat ditukarkan dengan berbagai jumlah *sub cell funds* milik FGFL yaitu 397.942 saham pada GOF, 31.480 saham pada AFRF, 72.796 saham pada FGRF dan 275.275 saham pada Global Finance Recovery Fund ("GFRF"). Sehubungan dengan kepemilikan saham tersebut, Bank diminta untuk membayar sejumlah USD 3.887.465 dengan jatuh tempo pada tanggal 29 Desember 2014 atas biaya pendaftaran ulang dan transfer atas 777.493 saham preferen tersebut. Sampai dengan tanggal jatuh tempo, Bank belum membayar tagihan FGFL tersebut, sehingga FGFL mengirimkan beberapa *Default Payment Notices* kepada Bank.

Pada tanggal 3 Maret 2015, FGFL mengirimkan surat kepada Direksi Bank dan pihak lainnya yang menawarkan beberapa opsi penyelesaian kepada Bank.

Selanjutnya pada pertengahan bulan Maret 2015, FGFL bersama dengan Weston International Asset Recovery Company Limited ("WIARCI"), Weston Capital Advisors, Inc. ("WCAI") dan Weston International Asset Recovery Corporation Inc. ("WIARCO") telah mengajukan gugatan ke Mahkamah Agung Mauritius (Divisi Komersial), antara lain, sebagai berikut:

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

b. *Global Opportunity Fund*

*On January 30, 2009, the Bank has executed rights to receive shares with a nominal value of USD 26,000,000 on 181,169 shares series VII of Global Opportunity Fund ("GOF") and shares with a nominal value of USD 16,000,000 on 31,480 shares of Asia Finance Recovery Fund ("AFRF"), 72,796 shares of First Global Resources Fund ("FGRF"), and 34,798 shares of Global Opportunity Fund ("GOF"). GOF, AFRF and FGRF are sub accounts/sub cell funds of First Global Funds Limited PCC ("FGFL"), the Republic of Mauritius. Execution of the rights shares is derived from securities NCDs Banca Populare in Milano London and Nomura Bank International Plc. London which has already matured, but the execution could not be realized until now.*

*On December 12, 2014, FGFL sent shares certificates to the Bank totaling 777,493 participating redeemable preference shares of various sub cell funds of FGFL consist of 397,942 shares of GOF, 31,480 shares of AFRF, 72,796 shares of FGRF and 275,275 shares of Global Finance Recovery Fund ("GFRF"). In connection with those share ownership, the Bank is required to pay the amount of USD 3,887,465 by the due date of December 29, 2014 for the payment of re-registration and transfer fee for 777,493 participating redeemable preference shares of various sub cell funds. Up to the due date, the Bank has not yet paid the amount required by FGFL, therefore FGFL sent some Default Payment Notices to the Bank.*

*On March 3, 2015, FGFL sent a letter to the Board of Directors of the Bank and other parties which offers some settlement options to the Bank.*

*Subsequently in the mid of March 2015, FGFL together with Weston International Asset Recovery Company Limited ("WIARCI"), Weston Capital Advisors, Inc. ("WCAI") and Weston International Asset Recovery Corporation Inc. ("WIARCO") have filed lawsuits to Supreme Court of Mauritius (Commercial Division), among others, are as follows:*

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Maret 2016 dan**
**Untuk Periode Tiga Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of March 31, 2016 and*
*For The Three-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

b. Global Opportunity Fund (lanjutan)

- Klaim yang diajukan oleh FGFL:
  Kegagalan pembayaran atas biaya pendaftaran ulang dan transfer saham sebesar USD 4.171.231 (termasuk bunga dan pinalti) dan *capital calls on reimbursable expenses* sebesar USD 635.430 (termasuk bunga dan pinalti).
- Klaim yang diajukan oleh WCAI dan WIARCI:
  Sehubungan dengan Putusan Pengadilan Mauritius tanggal 15 Februari 2013, di antaranya adalah mengenai Obligasi Konversi (lihat Catatan 49.e.A.7), Bank telah gagal untuk membayar sebesar USD 97.556.515 (termasuk bunga).
- Klaim yang diajukan oleh WIARCO:
  Kegagalan pembayaran kewajiban kontraktual atas *redemption* West LB *Fund Linked Note Certificate of Deposit* sebesar USD 8.176.821 (termasuk bunga).

Berdasarkan Putusan Mahkamah Agung Mauritius (Divisi Komersial) tanggal 29 Mei 2015, Mahkamah Agung memutuskan bahwa Bank dan J Trust Co., Ltd. harus membayar sebesar USD 4.806.661 ditambah bunga sampai dengan pembayaran final kepada FGFL, J Trust Co., Ltd. harus membayar total sebesar USD 97.556.515 ditambah bunga sampai dengan pembayaran final kepada WCAI dan WIACI serta USD 8.176.821 ditambah bunga sampai dengan pembayaran final kepada WIARCO.

Pada tanggal 30 Juni 2015, Mahkamah Agung Mauritius (Divisi Komersial) memerintahkan untuk menahan dan melarang Bank dan J Trust Co., Ltd., baik secara langsung atau tidak langsung, dari menghapuskan dan/atau melakukan transaksi terhadap uang sampai dengan sejumlah USD 120 juta.

Sampai dengan tanggal penerbitan laporan keuangan, Bank belum menerima pemberitahuan resmi atas Putusan Mahkamah Agung Mauritius tersebut.

Putusan Mahkamah Agung Mauritius (Divisi Komersial) dikeluarkan tanpa kehadiran Bank (*in-absentia*) dan tidak serta merta dapat langsung dieksekusi di Indonesia. Bank akan menempuh upaya hukum perlawanan apabila Penggugat melakukan eksekusi Putusan di luar wilayah hukum Indonesia.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

b. Global Opportunity Fund (continued)

- Claim by FGFL:
  Default on payment on the re-registration and share transfer fee amounted to USD 4,171,231 (including interest and penalty) and capital calls on reimbursable expenses amounted to USD 635,430 (including interest and penalty).
- Claim by WCAI and WIARCI:
  In connection with Decision of Mauritius Court dated February 15, 2013 (see Note 49.e.A.7) among others is Convertible Bond, the Bank has failed to settle the amount of USD 97,556,515 (including interest).
- Claim by WIARCO:
  Default on payment on contractual obligation of the redemption of West LB Fund Linked Note Certificate of Deposit amounted to USD 8,176,821 (including interest).

Based on Decision from Supreme Court of Mauritius (Commercial Division) dated May 29, 2015, the Court issued a decision that the Bank and J Trust Co., Ltd. have to pay amounting to USD 4,806,661 to FGFL with interest until final payment, J Trust Co., Ltd. has to pay totaling USD 97,556,515 with interest until final payment to WCAI and WIACI and USD 8,176,821 with interest until final payment to WIARCO.

On June 30, 2015, Supreme Court of Mauritius (Commercial Division) ordered to restrain and prohibit the Bank and J Trust Co., Ltd., whether directly or indirectly, from disposing of and/or dealing with any money up to the value of USD 120 million.

As of the issuance date of the financial statements, the Bank has not yet received an official notification on the Decision of the Supreme Court of Mauritius.

The Decision of the Supreme Court of Mauritius (Commercial Division) was issued without the presence of the Bank (in-absentia) and may not be directly executed in Indonesia. The Bank will take legal action if the Plaintiff executed the Decision outside the jurisdiction of Indonesia.

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Maret 2016 dan**
**Untuk Periode Tiga Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of March 31, 2016 and*
*For The Three-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

b. Global Opportunity Fund (lanjutan)

FGFL, WIARCI, WCAI dan WIARCO telah mengajukan dan mendaftarkan gugatan terhadap Bank dan JTrust Co., Ltd. melalui Pengadilan Singapura pada tanggal 16 Oktober 2015. Gugatan ini diajukan agar Bank dan JTrust Co., Ltd. melakukan pembayaran kepada pihak-pihak sebagai berikut:
- FGFL sebesar USD 5.032.113,15
- WIARCI sebesar USD 8.560.347,51
- WCAI sebesar USD 22.335.845,48
- WIARCO sebesar USD 79.796.471,08

Sampai dengan tanggal penerbitan laporan keuangan, perkara tersebut masih dalam proses pemeriksaan di Pengadilan Singapura.

c. Perjanjian dengan First Gulf Asia Holdings Limited (FGAHL)

Pada tanggal 28 September 2001, Bank mengadakan perjanjian pertukaran aset dengan First Gulf Asia Holdings Limited (FGAHL), pemegang saham Bank pada saat itu. Dalam perjanjian tersebut, Bank menyerahkan hak tagih Bank kepada Badan Penyehatan Perbankan Nasional (BPPN) yang berasal dari tagihan neto sebesar Rp 142.100 (tidak termasuk bunga) kepada PT Bank Putera Multikarsa (yang telah dibekukan kegiatan operasinya pada tanggal 28 Januari 2000).

Tagihan bersih tersebut berupa saling hapus (*net-off*) antara penempatan dana dalam bentuk giro dan *interbank call money* sebesar Rp 157.972 (tidak termasuk tagihan bunga dari bulan Februari 2000 sampai dengan September 2001 sebesar Rp 32.279) dengan liabilitas *interbank call money* sebesar USD 176.000.000 (tidak termasuk liabilitas bunga dari bulan Februari 2000 sampai dengan September 2001 sebesar USD 161.744). Atas hak tagih yang diserahkan tersebut, Bank menerima Efek Utang Republik Indonesia (*ROI Loans*) sebesar USD 12.000.000.

Di samping menyerahkan hak tagih kepada BPPN, Bank juga harus menyerahkan uang tunai sebesar USD 6.000.000 untuk mendapatkan ROI Loans tersebut.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

b. Global Opportunity Fund (continued)

FGFL, WIARCI, WCAI and WIARCO has filed and registered a lawsuit against the Bank and JTrust Co., Ltd. through the Court of Singapore on October 16, 2015. This lawsuit has been filed in order to the Bank and JTrust Co., Ltd. make payments to the parties as follows:
- FGFL amounting USD 5,032,113.15
- WIARCI amounting USD 8,560,347.51
- WCAI amounting USD 22,335,845.48
- WIARCO amounting USD 79,796,471.08

As of the issuance date of the financial statements, the case is still in examination process in the Court of Singapore.

c. Agreement with First Gulf Asia Holdings Limited (FGAHL)

On September 28, 2001, the Bank entered into an agreement for the exchange of assets with First Gulf Asia Holdings Limited (FGAHL), one of the shareholders of the Bank. On the agreement, the Bank submitted the assignment to the Indonesian Bank Restructuring Agency (IBRA), which came from net receivable amounting to Rp 142,100 (excluding interest) from PT Bank Putera Multikarsa (which its operations has been suspended on January 28, 2000).

Those net receivables were offset with funds in current accounts and interbank call money amounting to Rp 157,972 (excluding interest receivable from February 2000 until September 2001 of Rp 32,279) with interbank call money payable amounting to USD 176,000,000 (excluding accrued interest expenses from February 2000 to September 2001 of USD 161,744). The Bank received ROI Loans amounted to USD 12,000,000 for the assignment.

In addition to the submission of assignment to IBRA, the Bank also should pay cash amounting to USD 6,000,000 to obtain those ROI Loans.

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Maret 2016 dan**
**Untuk Periode Tiga Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of March 31, 2016 and*
*For The Three-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

---

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

c. Perjanjian dengan First Gulf Asia Holdings Limited (FGAHL) (lanjutan)

Atas pertukaran aset tersebut, Bank juga memiliki hak opsi untuk membeli kembali hak tagih kepada BPPN dan FGAHL yang berlaku untuk jangka waktu 2 (dua) tahun terhitung sejak tanggal perjanjian pertukaran aset. Apabila hak opsi digunakan, maka Bank harus membayar opsi tersebut sebesar Rp 5.000 kepada FGAHL. Perjanjian ini telah diperpanjang beberapa kali, dimana perpanjangan terakhir dilakukan pada tahun 2005 sampai dengan tanggal 30 September 2007 dengan kondisi yang sama. Sampai dengan tanggal penerbitan laporan keuangan, tidak ada perubahan atas kondisi tersebut.

d. Weston Capital Advisors Inc., New York

Bank menerima klaim sebesar USD 19.202.226,21 dari First Global Funds Limited PCC, Mauritius ("FGFL") sehubungan dengan penempatan deposito FGFL pada Bank dan mengajukan tuntutan kepada Bank di Pengadilan Mauritius.

Selanjutnya, Weston Capital Advisors Inc., New York (entitas anak dari FGFL) ("Weston") mendapatkan hak klaim atas tuntutan tersebut dengan cara membeli tagihan FGFL, dan kemudian mengajukan pelaksanaan Putusan Mahkamah Agung Mauritius melalui *United States District Court Southern District of New York ("NY Court")* yang mengakibatkan pemblokiran terhadap rekening nostro milik Bank di beberapa bank tertentu dan pemindahan dana milik Bank kepada Weston sebesar USD 3.621.127,33.

Pada tanggal 19 November 2013, *NY Court* telah mengeluarkan Putusan dalam bentuk *Order Vacating Judgment,* sehingga pemblokiran terhadap rekening giro milik Bank dibuka dan dana yang sebelumnya telah ditransfer ke Weston harus dikembalikan kepada Bank.

Pada tanggal 16 Januari 2014, Weston mengembalikan dana kepada Bank sebesar USD 23.475.

Pada tanggal 19 Maret 2014, Bank mengajukan *motion contempt of court* dan memerintahkan agar Weston segera mengembalikan sisa dana Bank berikut bunganya.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

c. Agreement with First Gulf Asia Holdings Limited (FGAHL) (continued)

Furthermore, the Bank also has an option to repurchase the collect rights to IBRA and FGAHL which is valid for 2 (two) years since the exchange date of assets agreement for those exchange of assets. If the option rights is used, the Bank should pay the option for Rp 5,000 to FGAHL. This agreement has been extended for several times, which the latest extention was conducted in 2005 up to September 30, 2007 under the same condition. As of the issuance date of the financial statements, there is no change of such condition.

d. Weston Capital Advisors Inc., New York

The Bank received claim amounting to USD 19,202,226.21 from First Global Funds Limited PCC, Mauritius ("FGFL") regarding its placement in Bank's time deposits and filed lawsuit against the Bank in The Court of Mauritius.

Furthermore, Weston Capital Advisor Inc., New York (a subsidiary of FGFL) ("Weston") obtained claim rights by purchasing FGFL's claim, and then filed execution of Decision of The Supreme Court of Mauritius to United States District Court Southern District of New York ("NY Court") which resulting the freezing of the Bank's current account in certain banks and transferring fund of the Bank to Weston amounting to USD 3,621,127.33.

As of November 19, 2013, NY Court has issued Decision under Order Vacating Judgment, thus the blocking of the Bank's current account was opened and fund that was previously transferred to Weston should return to the Bank.

As of January 16, 2014, Weston has returned the fund amounted to USD 23,475 to the Bank.

On March 19, 2014, the Bank filed a contempt of court and ordered Weston to immediately refund remaining funds and interest to the Bank.

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 31 Maret 2016 dan**
**Untuk Periode Tiga Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of March 31, 2016 and*
*For The Three-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

d. Weston Capital Advisors Inc., New York (lanjutan)

Pada tanggal 15 Juli 2014, *NY Court* telah menegaskan kembali tindakan *contempt of court* yang dilakukan Weston dan mengharuskan Weston untuk mengembalikan dana sebesar USD 3.597.652,33 beserta bunga selama Weston belum melakukan pembayaran.

Pada tanggal 18 Desember 2014, Bank telah menandatangani perjanjian dengan Kelley Drye & Warren LLP (kuasa hukum Weston) dimana Weston menyetujui untuk mengembalikan dana sebesar USD 175.000 kepada Bank. Pada tanggal 21 Desember 2014, Weston telah mengembalikan dana tersebut.

Pada tanggal 7 Mei 2015, Bank telah menandatangani perjanjian dengan kuasa hukum Weston dimana Weston menyetujui untuk mengembalikan dana sebesar USD 100.000 kepada Bank. Pada tanggal 15 Mei 2015, Weston telah mengembalikan dana tersebut.

Pada tanggal 8 September 2015, Pengadilan Negara Bagian New York menyatakan bahwa John Liegey, Weston International Capital Limited dan masing-masing afiliasi dan entitas anak Weston telah melakukan penghinaan terhadap Pengadilan (*contempt of court*) dan dihukum untuk mengembalikan dana kepada Bank.

Sampai dengan tanggal penerbitan laporan keuangan, terdapat dana yang belum dikembalikan oleh Weston sebesar USD 3.322.652,33 (ekuivalen Rp 44.058 pada tanggal 31 Maret 2016 dan Rp 45.803 pada tanggal 31 Desember 2015). Bank mencatat tagihan kepada Weston tersebut sebagai bagian dari akun "Aset Lain-lain" pada laporan posisi keuangan (Catatan 17).

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

d. Weston Capital Advisors Inc., New York (continued)

On July 15, 2014, NY Court has reaffirmed contempt of court by Weston and required Weston to return funds amounted to USD 3,597,652.33 with interest during Weston has not made settlement payment.

On December 18, 2014, the Bank has signed an agreement with Kelley Drye & Warren LLP (Weston's counsel) whereby Weston agreed to return fund amounting to USD 175,000 to the Bank. On December 21, 2014, Weston has returned it to the Bank.

On May 7, 2015, the Bank has signed an agreement with Weston's counsel whereby Weston agreed to return fund amounting to USD 100,000 to the Bank. On May 15, 2015, Weston has returned it to the Bank.

On September 8, 2015, the Court of the State of New York stated John Liegey, Weston International Capital Limited and its respective affiliates and Weston's subsidiaries have been in contempt of court and punished to refund to the Bank.

As of the issuance date of the financial statements, there is a fund that has not returned yet by Weston amounting to USD 3,322,652.33 (equivalent to Rp 44,058 as of March 31, 2016 and Rp 45,803 as of December 31, 2015). The Bank recorded receivable from Weston as part of "Other Assets" account in the statement of financial position (Note 17).



Laporan Keuangan
Tanggal 30 Juni 2016 dan
Untuk Periode Enam Bulan yang Berakhir
pada Tanggal Tersebut (Tidak Diaudit)
(Mata Uang Indonesia)

*Financial Statements*
*As of June 2016 and*
*For The Six-Month Period*
*Then Ended (Unaudited)*
*(Indonesian Currency)*

# PT BANK JTRUST INDONESIA Tbk.

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 Juni 2016 dan**
**Untuk Periode Enam Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of June 30, 2016 and*
*For The Six-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**16. AGUNAN YANG DIAMBIL ALIH (lanjutan)** / **16. FORECLOSED ASSETS (continued)**

Perubahan cadangan kerugian penurunan nilai adalah sebagai berikut:

*The changes in the allowance for impairment losses are as follows:*

| | 30 Juni/ June 2016 (Tidak Diaudit/ Unaudited) | 31 Desember/ December 2015 (Diaudit/Audited) | |
|---|---|---|---|
| Saldo awal perode/tahun | 97.941 | 304.028 | *Balance at beginning of the year* |
| Pemulihan selama periode/tahun berjalan (Catatan 32) | (4.866) | (68.003) | *Reversal during the period/year (Note 32)* |
| Penjualan agunan yang diambil alih | - | (138.084) | *Sale of foreclosed assets* |
| **Saldo akhir periode/tahun** | **93.075** | **97.941** | ***Balance at the end of period/year*** |

Manajemen berpendapat bahwa pembentukan cadangan kerugian penurunan nilai atas agunan yang diambil alih telah cukup untuk menutupi kerugian yang mungkin timbul.

*Management believes that allowance for impairment losses on foreclosed assets is adequate to cover any possible losses.*

**17. ASET LAIN-LAIN** / **17. OTHER ASSETS**

| | 30 Juni/ June 2016 (Tidak Diaudit/ Unaudited) | 31 Desember/ December 2015 (Diaudit/Audited) | |
|---|---|---|---|
| Pihak berelasi (Catatan 39) | | | *Related party (Note 39)* |
| Piutang lain-lain | - | 10.890 | *Other receivable* |
| Pihak ketiga | | | *Third parties* |
| Surat Ketetapan Pajak: | | | *Tax Assessment Letters:* |
| Tahun pajak: | | | *Fiscal year:* |
| - 2005 (Catatan 36b) | 24.012 | 24.012 | *- 2005 (Note 36b)* |
| - 2006 (Catatan 36b) | 18.912 | 18.912 | *- 2006 (Note 36b)* |
| - 2007 (Catatan 36b) | 12.127 | 12.127 | *- 2007 (Note 36b)* |
| - 2008 (Catatan 36b) | 18.815 | 18.815 | *- 2008 (Note 36b)* |
| Tagihan kepada *Weston Capital Advisors Inc.* | 43.901 | 45.803 | *Receivable to Weston Capital Advisors Inc.* |
| Renovasi dibayar di muka | 26.260 | 22.210 | *Prepaid renovation* |
| Setoran jaminan | 11.346 | 11.240 | *Security deposits* |
| Pengembangan sistem dan informasi | 2.498 | 565 | *System and information development* |
| Rupa-rupa | 66.665 | 74.096 | *Miscellaneous* |
| Sub jumlah | 224.535 | 227.780 | *Sub total* |
| Total | 224.535 | 238.670 | *Total* |
| Cadangan kerugian penurunan nilai | (74.889) | (75.257) | *Allowance for impairment losses* |
| **Neto** | **149.646** | **163.413** | ***Net*** |

Tagihan kepada *Weston Capital Advisors Inc.*

Tagihan kepada *Weston Capital Advisors Inc.* sebesar USD 3.322.652,33 (ekuivalen Rp 43.901 pada tanggal 30 Juni 2016 dan Rp 45.803 pada tanggal 31 Desember 2015) pada tanggal 31 Desember 2014 merupakan dana milik Bank yang harus dikembalikan oleh *Weston Capital Advisors Inc.* sehubungan dengan Putusan dalam bentuk *Order Vacating Judgment* yang dikeluarkan oleh *United States District Court Southern District of New York* tanggal 19 November 2013 (Catatan 49d). Bank telah membentuk cadangan kerugian penurunan nilai atas tagihan ini.

*Receivable to Weston Capital Advisors Inc.*

*Receivable to Weston Capital Advisors Inc. amounting to USD 3,322,652.33 (equivalent to Rp 44,058 as of June 30, 2016 and Rp 45,803 as of December 31, 2015) as of December 31, 2014 represents the Bank's fund which should be returned by Weston Capital Advisors Inc. on related to Decision of Order Vacating Judgment issued by United States District Court Southern District of New York dated November 19, 2013 (Note 49d). The Bank has provided allowance for impairment losses on this receivable.*

| PT BANK JTRUST INDONESIA Tbk<br>(Dahulu PT Bank Mutiara Tbk)<br>CATATAN ATAS LAPORAN KEUANGAN<br>Tanggal 30Juni 2016 dan<br>Untuk Periode Enam Bulan yang Berakhir<br>pada Tanggal Tersebut<br>(Dinyatakan dalam jutaan Rupiah,<br>kecuali dinyatakan lain) | *PT BANK JTRUST INDONESIA Tbk*<br>*(Formerly PT Bank Mutiara Tbk)*<br>*NOTES TO THEFINANCIAL STATEMENTS*<br>*As of June 30, 2016 and*<br>*For The Six-Month Period*<br>*Then Ended*<br>*(Expressed in millions of Rupiah,*<br>*unless otherwise stated)* |
|---|---|

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

a. Global Opportunity Fund

Pada tanggal 30 Januari 2009, Bank melakukan eksekusi atas hak untuk menerima saham dengan nilai nominal USD 26.000.000 dalam bentuk 181.169 saham seri VII dari Global Opportunities Fund ("GOF") dan saham dengan nilai nominal USD 16.000.000 dalam bentuk 31.480 saham dari Asia Finance Recovery Fund ("AFRF"), 72.796 saham dari First Global Resources Fund ("FGRF") dan 34.798 saham dari Global Opportunity Fund ("GOF"). GOF, AFRF dan FGRF merupakan *sub accounts/sub cell funds* dari First Global Funds Limited PCC ("FGFL"), Republik Mauritius. Eksekusi atas hak penerimaan saham tersebut berasal dari surat berharga NCD Banca Populare di Milano London dan Nomura Bank International Plc. London yang sudah jatuh tempo. Namun sampai saat ini, eksekusi tersebut tidak dapat terealisasi.

Pada tanggal 12 Desember 2014, FGFL mengirimkan surat kepemilikan saham kepada Bank dengan jumlah keseluruhan sebanyak 777.493 saham preferen yang dapat ditukarkan dengan berbagai saham *sub cell funds* milik FGFL yaitu 397.942 saham pada GOF, 31.480 saham pada AFRF, 72.796 saham pada FGRF dan 275.275 saham pada Global Finance Recovery Fund ("GFRF"). Sehubungan dengan kepemilikan saham tersebut, Bank diminta untuk membayar sejumlah USD 3.887.465 dengan jatuh tempo pada tanggal 29 Desember 2014 atas biaya pendaftaran ulang dan transfer atas 777.493 saham preferen tersebut. Sampai dengan tanggal jatuh tempo, Bank belum membayar tagihan FGFL tersebut, sehingga FGFL mengirimkan beberapa *Default Payment Notices* kepada Bank.

Pada tanggal 3 Maret 2015, FGFL mengirimkan surat kepada Direksi Bank dan pihak lainnya yang menawarkan beberapa opsi penyelesaian kepada Bank.

Selanjutnya pada pertengahan bulan Maret 2015, FGFL bersama dengan Weston International Asset Recovery Company Limited ("WIARCI"), Weston Capital Advisors, Inc. ("WCAI") dan Weston International Asset Recovery Corporation Inc. ("WIARCO") telah mengajukan gugatan ke Mahkamah AgungMauritius (Divisi Komersial), antara lain, sebagai berikut:

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

b. Global Opportunity Fund

On January 30, 2009, the Bank has executed rights to receive shares with a nominal value of USD 26,000,000 on 181,169 shares series VII of Global Opportunity Fund ("GOF") and shares with a nominal value of USD 16,000,000 on 31,480 shares of Asia Finance Recovery Fund ("AFRF"), 72,796 shares of First Global Resources Fund ("FGRF"), and 34,798 shares of Global Opportunity Fund ("GOF"). GOF, AFRF and FGRF are sub accounts/sub cell funds of First Global Funds Limited PCC ("FGFL"), the Republic of Mauritius. Execution of the rights shares is derived from securities NCDs Banca Populare in Milano London and Nomura Bank International Plc. London which has already matured, but the execution could not be realized until now.

On December 12, 2014, FGFL sent shares certificates to the Bank totaling 777,493 participating redeemable preference shares of various sub cell funds of FGFL consist of 397,942 shares of GOF, 31,480 shares of AFRF, 72,796 shares of FGRF and 275,275 shares of Global Finance Recovery Fund ("GFRF"). In connection with those share ownership, the Bank is required to pay the amount of USD 3,887,465 by the due date of December 29, 2014 for the payment of re-registration and transfer fee for 777,493 participating redeemable preference shares of various sub cell funds. Up to the due date, the Bank has not yet paid the amount required by FGFL, therefore FGFL sent some Default Payment Notices to the Bank.

On March 3, 2015, FGFL sent a letter to the Board of Directors of the Bank and other parties which offers some settlement options to the Bank.

Subsequently in the mid of March 2015, FGFL together with Weston International Asset Recovery Company Limited ("WIARCI"), Weston Capital Advisors, Inc. ("WCAI") and Weston International Asset Recovery Corporation Inc. ("WIARCO") have filed lawsuits to Supreme Court of Mauritius (Commercial Division), among others, are as follows:

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 Juni 2016 dan**
**Untuk Periode Enam Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of June 30, 2016 and*
*For The Six-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

b. Global Opportunity Fund (lanjutan)

- Klaim yang diajukan oleh FGFL:
  Kegagalan pembayaran atas biaya pendaftaran ulang dan transfer saham sebesar USD 4.171.231 (termasuk bunga dan pinalti) dan *capital calls on reimbursable expenses* sebesar USD 635.430 (termasuk bunga dan pinalti).

- Klaim yang diajukan oleh WCAI dan WIARCI:
  Sehubungan dengan Putusan Pengadilan Mauritius tanggal 15 Februari 2013, di antaranya adalah mengenai Obligasi Konversi (lihat Catatan 49.e.A.7), Bank telah gagal untuk membayar sebesar USD 97.556.515 (termasuk bunga).

- Klaim yang diajukan oleh WIARCO:
  Kegagalan pembayaran kewajiban kontraktual atas *redemption* West LB *Fund Linked Note Certificate of Deposit* sebesar USD 8.176.821 (termasuk bunga).

Berdasarkan Putusan Mahkamah Agung Mauritius (Divisi Komersial) tanggal 29 Mei 2015, Mahkamah Agung memutuskan bahwa Bank dan J Trust Co., Ltd. harus membayar sebesar USD 4.806.661 ditambah bunga sampai dengan pembayaran final kepada FGFL, J Trust Co., Ltd. harus membayar total sebesar USD 97.556.515 ditambah bunga sampai dengan pembayaran final kepada WCAI dan WIACI serta USD 8.176.821 ditambah bunga sampai dengan pembayaran final kepada WIARCO.

Pada tanggal 30 Juni 2015, Mahkamah Agung Mauritius (Divisi Komersial) memerintahkan untuk menahan dan melarang Bank dan J Trust Co., Ltd., baik secara langsung atau tidak langsung, dari menghapuskan dan/atau melakukan transaksi terhadap uang sampai dengan sejumlah USD 120 juta.

Sampai dengan tanggal penerbitan laporan keuangan, Bank belum menerima pemberitahuan resmi atas Putusan Mahkamah Agung Mauritius tersebut.

Putusan Mahkamah Agung Mauritius (Divisi Komersial) dikeluarkan tanpa kehadiran Bank (*in-absentia*) dan tidak serta merta dapat langsung dieksekusi di Indonesia. Bank akan menempuh upaya hukum perlawanan apabila Penggugat melakukan eksekusi Putusan di luar wilayah hukum Indonesia.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

b. Global Opportunity Fund (continued)

- Claim by FGFL:
  Default on payment on the re-registration and share transfer fee amounted to USD 4,171,231 (including interest and penalty) and capital calls on reimbursable expenses amounted to USD 635,430 (including interest and penalty).

- Claim by WCAI and WIARCI:
  In connection with Decision of Mauritius Court dated February 15, 2013 (see Note 49.e.A.7) among others is Convertible Bond, the Bank has failed to settle the amount of USD 97,556,515 (including interest).

- Claim by WIARCO:
  Default on payment on contractual obligation of the redemption of West LB Fund Linked Note Certificate of Deposit amounted to USD 8,176,821 (including interest).

Based on Decision from Supreme Court of Mauritius (Commercial Division) dated May 29, 2015, the Court issued a decision that the Bank and J Trust Co., Ltd. have to pay amounting to USD 4,806,661 to FGFL with interest until final payment, J Trust Co., Ltd. has to pay totaling USD 97,556,515 with interest until final payment to WCAI and WIARCI and USD 8,176,821 with interest until final payment to WIARCO.

On June 30, 2015, Supreme Court of Mauritius (Commercial Division) ordered to restrain and prohibit the Bank and J Trust Co., Ltd., whether directly or indirectly, from disposing of and/or dealing with any money up to the value of USD 120 million.

As of the issuance date of the financial statements, the Bank has not yet received an official notification on the Decision of the Supreme Court of Mauritius.

The Decision of the Supreme Court of Mauritius (Commercial Division) was issued without the presence of the Bank (in-absentia) and may not be directly executed in Indonesia. The Bank will take legal action if the Plaintiff executed the Decision outside the jurisdiction of Indonesia.

| | |
|---|---|
| **PT BANK JTRUST INDONESIA Tbk**<br>**(Dahulu PT Bank Mutiara Tbk)**<br>**CATATAN ATAS LAPORAN KEUANGAN**<br>**Tanggal 30Juni 2016 dan**<br>**Untuk Periode Enam Bulan yang Berakhir**<br>**pada Tanggal Tersebut**<br>**(Dinyatakan dalam jutaan Rupiah,**<br>**kecuali dinyatakan lain)** | *PT BANK JTRUST INDONESIA Tbk*<br>*(Formerly PT Bank Mutiara Tbk)*<br>*NOTES TO THEFINANCIAL STATEMENTS*<br>*As of June 30, 2016 and*<br>*For The Six-Month Period*<br>*Then Ended*<br>*(Expressed in millions of Rupiah,*<br>*unless otherwise stated)* |

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

b.  Global Opportunity Fund (lanjutan)

FGFL, WIARCI, WCAI dan WIARCO telah mengajukan dan mendaftarkan gugatan terhadap Bank dan JTrust Co., Ltd. melalui Pengadilan Singapura pada tanggal 16 Oktober 2015. Gugatan ini diajukan agar Bank dan JTrust Co., Ltd. melakukan pembayaran kepada pihak-pihaksebagai berikut:
-   FGFL sebesar USD 5.032.113,15
-   WIARCI sebesar USD 8.560.347,51
-   WCAI sebesarUSD 22.335.845,48
-   WIARCO sebesar USD 79.796.471,08

Sampai dengan tanggal penerbitan laporan keuangan,perkara tersebut masih dalam proses pemeriksaan di Pengadilan Singapura.

c.  Perjanjian dengan First Gulf Asia Holdings Limited (FGAHL)

Pada tanggal 28 September 2001, Bank mengadakan perjanjian pertukaran aset dengan First Gulf Asia Holdings Limited (FGAHL), pemegang saham Bank pada saat itu. Dalam perjanjian tersebut, Bank menyerahkan hak tagih Bank kepada Badan Penyehatan Perbankan Nasional (BPPN) yang berasal dari tagihan neto sebesar Rp 142.100 (tidak termasuk bunga) kepada PT Bank Putera Multikarsa (yang telah dibekukan kegiatan operasinya pada tanggal 28 Januari 2000).

Tagihan bersih tersebut berupa saling hapus (*net-off*) antara penempatan dana dalam bentuk giro dan *interbank call money* sebesar Rp 157.972 (tidak termasuk tagihan bunga dari bulan Februari 2000 sampai dengan September 2001 sebesar Rp 32.279) dengan liabilitas *interbank call money* sebesar USD 176.000.000 (tidak termasuk liabilitas bunga dari bulan Februari 2000 sampai dengan September 2001 sebesar USD 161.744). Atas hak tagih yang diserahkan tersebut, Bank menerima Efek Utang Republik Indonesia (*ROI Loans*) sebesar USD 12.000.000.

Di samping menyerahkan hak tagih kepada BPPN, Bank juga harus menyerahkan uang tunai sebesar USD 6.000.000 untuk mendapatkan ROI Loans tersebut.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

b.  *Global Opportunity Fund(continued)*

*FGFL, WIARCI, WCAland WIARCO has filed and registered a lawsuits against the Bank and JTrust Co., Ltd. through the Court of Singapore on October 16, 2015. This lawsuit has been filed in order for the Bank and JTrust Co., Ltd. makepayments to the parties as follows:*
-   *FGFLamounting USD 5,032,113.15*
-   *WIARClamounting USD 8,560,347.51*
-   *WCAlamounting USD 22,335,845.48*
-   *WIARCOamounting USD 79,796,471.08*

*As of the issuance date of the financial statements, the case is still in examination process in the Court of Singapore.*

c.  *Agreement with First Gulf Asia Holdings Limited (FGAHL)*

*On September 28, 2001, the Bank entered into an agreement for the exchange of assets with First Gulf Asia Holdings Limited (FGAHL), one of the shareholders of the Bank. On the agreement, the Bank submitted the assignment to the Indonesian Bank Restructuring Agency (IBRA), which came from net receivable amounting to Rp 142,100 (excluding interest) from PT Bank Putera Multikarsa (which its operations has been suspended on January 28, 2000).*

*Those net receivables were offset with funds in current accounts and interbank call money amounting to Rp 157,972 (excluding interest receivable from February 2000 until September 2001 of Rp 32,279) with interbank call money payable amounting to USD 176,000,000 (excluding accrued interest expenses from February 2000 to September 2001 of USD 161,744). The Bank received ROI Loans amounted to USD 12,000,000 for the assignment.*

*In addition to the submission of assignment to IBRA, the Bank also should pay cash amounting to USD 6,000,000 to obtain those ROI Loans.*

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30Juni 2016 dan**
**Untuk Periode Enam Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THEFINANCIAL STATEMENTS*
*As of June 30, 2016 and*
*For The Six-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

c. Perjanjian dengan First Gulf Asia Holdings Limited (FGAHL) (lanjutan)

Atas pertukaran aset tersebut, Bank juga memiliki hak opsi untuk membeli kembali hak tagih kepada BPPN dan FGAHL yang berlaku untuk jangka waktu 2 (dua) tahun terhitung sejak tanggal perjanjian pertukaran aset. Apabila hak opsi digunakan, maka Bank harus membayar opsi tersebut sebesar Rp 5.000 kepada FGAHL. Perjanjian ini telah diperpanjang beberapa kali, dimana perpanjangan terakhir dilakukan pada tahun 2005 sampai dengan tanggal 30 September 2007 dengan kondisi yang sama. Sampai dengan tanggal penerbitan laporan keuangan, tidak ada perubahan atas kondisi tersebut.

d. Weston Capital Advisors Inc., New York

Bank menerima klaim sebesar USD 19.202.226,21 dari First Global Funds Limited PCC, Mauritius ("FGFL") sehubungan dengan penempatan deposito FGFL pada Bank dan mengajukan tuntutan kepada Bank di Pengadilan Mauritius.

Selanjutnya, Weston Capital Advisors Inc., New York (entitas anak dari FGFL) ("Weston") mendapatkan hak klaim atas tuntutan tersebut dengan cara membeli tagihan FGFL, dan kemudian mengajukan pelaksanaan Putusan Mahkamah Agung Mauritius melalui *United States District Court Southern District of New York* ("NY Court") yang mengakibatkan pemblokiran terhadap rekening nostro milik Bank di beberapa bank tertentu dan pemindahan dana milik Bank kepada Weston sebesar USD 3.621.127,33.

Pada tanggal 19 November 2013, *NY Court* telah mengeluarkan Putusan dalam bentuk *Order Vacating Judgment,* sehingga pemblokiran terhadap rekening giro milik Bank dibuka dan dana yang sebelumnya telah ditransfer ke Weston harus dikembalikan kepada Bank.

Pada tanggal 16 Januari 2014, Weston mengembalikan dana kepada Bank sebesar USD 23.475.

Pada tanggal 19 Maret 2014, Bank mengajukan *motion contempt of court* dan memerintahkan agar Weston segera mengembalikan sisa dana Bank berikut bunganya.

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

c. Agreement with First Gulf Asia Holdings Limited (FGAHL) (continued)

Furthermore, the Bank also has an option to repurchase the collect rights to IBRA and FGAHL which is valid for 2 (two) years since the exchange date of assets agreement for those exchange of assets. If the option rights is used, the Bank should pay the option for Rp 5,000 to FGAHL. This agreement has been extended for several times, which the latest extention was conducted in 2005 up to September 30, 2007 under the same condition. As of the issuance date ofthe financial statements, there is no change of such condition.

d. Weston Capital Advisors Inc., New York

The Bank received claim amounting to USD 19,202,226.21 from First Global Funds Limited PCC, Mauritius ("FGFL") regarding its placement in Bank's time deposits and filed lawsuit against the Bank in The Court of Mauritius.

Furthermore, Weston Capital Advisor Inc., New York (a subsidiary of FGFL) ("Weston") obtained claim rights by purchasing FGFL's claim, and then filed execution of Decision of The Supreme Court of Mauritius to United States District Court Southern District of New York ("NY Court") which resulting the freezing of the Bank's current account in certain banks and transferring fund of the Bank to Weston amounting to USD 3,621,127.33.

As of November 19, 2013, NY Court has issued Decision under Order Vacating Judgment, thus the blocking of the Bank's current account was opened and fund that was previously transferred to Weston should return to the Bank.

As of January 16, 2014, Weston has returned the fund amounted to USD 23,475 to the Bank.

On March 19, 2014, the Bank filed a contempt of court and ordered Weston to immediately refund remaining funds and interest to the Bank.

| | |
|---|---|
| **PT BANK JTRUST INDONESIA Tbk**<br>**(Dahulu PT Bank Mutiara Tbk)**<br>**CATATAN ATAS LAPORAN KEUANGAN**<br>**Tanggal 30 Juni 2016 dan**<br>**Untuk Periode Enam Bulan yang Berakhir**<br>**pada Tanggal Tersebut**<br>**(Dinyatakan dalam jutaan Rupiah,**<br>**kecuali dinyatakan lain)** | *PT BANK JTRUST INDONESIA Tbk*<br>*(Formerly PT Bank Mutiara Tbk)*<br>*NOTES TO THE FINANCIAL STATEMENTS*<br>*As of June 30, 2016 and*<br>*For The Six-Month Period*<br>*Then Ended*<br>*(Expressed in millions of Rupiah,*<br>*unless otherwise stated)* |

**49. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

d. Weston Capital Advisors Inc., New York (lanjutan)

Pada tanggal 15 Juli 2014, *NY Court* telah menegaskan kembali tindakan *contempt of court* yang dilakukan Weston dan mengharuskan Weston untuk mengembalikan dana sebesar USD 3.597.652,33 beserta bunga selama Weston belum melakukan pembayaran.

Pada tanggal 18 Desember 2014, Bank telah menandatangani perjanjian dengan Kelley Drye & Warren LLP (kuasa hukum Weston) dimana Weston menyetujui untuk mengembalikan dana sebesar USD 175.000 kepada Bank. Pada tanggal 21 Desember 2014, Weston telah mengembalikan dana tersebut.

Pada tanggal 7 Mei 2015, Bank telah menandatangani perjanjian dengan kuasa hukum Weston dimana Weston menyetujui untuk mengembalikan dana sebesar USD 100.000 kepada Bank. Pada tanggal 15 Mei 2015, Weston telah mengembalikan dana tersebut.

Pada tanggal 8 September 2015, Pengadilan Negara Bagian New York menyatakan bahwa John Liegey, Weston International Capital Limited dan masing-masing afiliasi dan entitas anak Weston telah melakukan penghinaan terhadap Pengadilan (*contempt of court*) dan dihukum untuk mengembalikan dana kepada Bank.

Sampai dengan tanggal penerbitan laporan keuangan, terdapat dana yang belum dikembalikan oleh Weston sebesar USD 3.322.652,33 (ekuivalen Rp 43.901 pada tanggal 30 Juni 2016 dan Rp 45.803 pada tanggal 31 Desember 2015). Bank mencatat tagihan kepada Weston tersebut sebagai bagian dari akun "Aset Lain-lain" pada laporan posisi keuangan (Catatan 17).

**49. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

d. *Weston Capital Advisors Inc., New York (continued)*

*On July 15, 2014, NY Court has reaffirmed contempt of court by Weston and required Weston to return funds amounted to USD 3,597,652.33 with interest during Weston has not made settlement payment.*

*On December 18, 2014, the Bank has signed an agreement with Kelley Drye & Warren LLP (Weston's counsel) whereby Weston agreed to return fund amounting to USD 175,000 to the Bank. On December 21, 2014, Weston has returned it to the Bank.*

*On May 7, 2015, the Bank has signed an agreement with Weston's counsel whereby Weston agreed to return fund amounting to USD 100,000 to the Bank. On May 15, 2015, Weston has returned it to the Bank.*

*On September 8, 2015, the Court of the State of New York stated John Liegey, Weston International Capital Limited and its respective affiliates and Weston's subsidiaries have been in contempt of court and punished to refund to the Bank.*

*As of the issuance date of the financial statements, there is a fund that has not returned yet by Weston amounting to USD 3,322,652.33 (equivalent to Rp 43,901 as of June 30, 2016 and Rp 45,803 as of December 31, 2015). The Bank recorded receivable from Weston as part of "Other Assets" account in the statement of financial position (Note 17).*



Laporan Keuangan
Tanggal 30 September 2016 dan
Untuk Periode Sembilan Bulan yang Berakhir
pada Tanggal Tersebut (Tidak Diaudit)
(Mata Uang Indonesia)

*Financial Statements*
*As of September 2016 and*
*For The Nine-Month Period*
*Then Ended (Unaudited)*
*(Indonesian Currency)*

# PT BANK JTRUST INDONESIA Tbk.



**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2016 dan**
**Untuk Periode Sembilan-Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2016 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**17. AGUNAN YANG DIAMBIL ALIH (lanjutan)**

Untuk tahun 2015, terdapat penambahan agunan yang diambil alih dari 5 (lima) debitur sebesar Rp 182.393.

Untuk tahun 2015, Bank mengakui kerugian atas penjualan agunan yang diambil alih sebagai berikut:

**17. FORECLOSED ASSETS (continued)**

*For 2015, there is additional of foreclosed assets from 5 (five) debtors amounting to Rp 182,393.*

*For 2015, the Bank recognized loss on sale of foreclosed assets as follows:*

| | 2015 | |
|---|---|---|
| Pihak berelasi (Catatan 36 dan 39) | 8.247 | Related party (Notes 36 and 39) |
| Pihak ketiga (Catatan 36) | 9.376 | Third parties (Note 36) |
| Jumlah | **17.623** | Total |

Pada tanggal 2 November 2015, Bank melakukan penjualan agunan yang diambil alih (AYDA) sejumlah Rp 50.561 kepada pihak berelasi. Penjualan tersebut telah mendapatkan persetujuan dari Dewan Komisaris dan Direksi Bank pada tanggal 22 Oktober 2015. Bank mengalami kerugian atas penjualan tersebut sebesar Rp 8.247 (Catatan 36).

*On November 2, 2015, the Bank has been sold foreclosed assets amounting to Rp 50,561 to related party. The sale has been approved by the Bank's Boards of Commissioners and Directors dated October 22, 2015. The Bank sufferred loss on these sale amounting to Rp 8,247 (Note 36).*

Perubahan cadangan kerugian penurunan nilai adalah sebagai berikut:

*The changes in the allowance for impairment losses are as follows:*

| | 30 September/ September 2016 (Tidak Diaudit/ Unaudited) | 31 Desember/ December 2015 (Diaudit/Audited) | |
|---|---|---|---|
| Saldo awal perode/tahun | 97.941 | 304.028 | Balance at beginning of the year |
| Pemulihan selama periode/tahun berjalan (Catatan 34) | (118 ) | (68.003) | Reversal during the period/year (Note 34) |
| Penjualan agunan yang diambil alih | (2.059 ) | (138.084) | Sale of foreclosed assets |
| Reklasifikasi | (2.807 ) | | Reclassification |
| **Saldo akhir periode/tahun** | **92.957** | **97.941** | **Balance at the end of periode/year** |

Manajemen berpendapat bahwa pembentukan cadangan kerugian penurunan nilai atas agunan yang diambil alih telah cukup untuk menutupi kerugian yang mungkin timbul.

*Management believes that allowance for impairment losses on foreclosed assets is adequate to cover any possible losses.*

**18. ASET LAIN-LAIN**

**18. OTHER ASSETS**

| | 30 September/ September 2016 (Tidak Diaudit/ Unaudited) | 31 Desember/ December 2015 (Diaudit/Audited) | |
|---|---|---|---|
| Pihak berelasi (Catatan 40) | | | Related party (Note 40) |
| Piutang lain-lain | - | 10.890 | Other receivable |
| Pihak ketiga | | | Third parties |
| Surat Ketetapan Pajak: | | | Tax Assessment Letters: |
| Tahun pajak: | | | Fiscal year: |
| - 2005 (Catatan 37) | 24.012 | 24.012 | - 2005 (Note 37) |
| - 2006 (Catatan 37) | 18.912 | 18.912 | - 2006 (Note 37) |
| - 2007 (Catatan 37) | 12.127 | 12.127 | - 2007 (Note 37) |
| - 2008 (Catatan 37) | 18.815 | 18.815 | - 2008 (Note 37) |
| Tagihan kepada *Weston Capital Advisors Inc.* | 43.364 | 45.803 | *Receivable to Weston Capital Advisors Inc.* |
| Renovasi dibayar di muka | 25.165 | 22.210 | Prepaid renovation |
| Setoran jaminan | 6.483 | 11.240 | Security deposits |
| Pengembangan sistem dan informasi | 2.332 | 565 | System and information development |
| Rupa-rupa | 60.023 | 74.096 | Miscellaneous |
| Sub jumlah | 211.233 | 227.780 | Sub total |

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2016 dan**
**Untuk Periode Sembilan-Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2016 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**18. ASET LAIN-LAIN (lanjutan)**

*18. OTHER ASSETS (continued)*

| | 30 September/ September 2016 (Tidak Diaudit/ Unaudited) | 31 Desember/ December 2015 (Diaudit/Audited) | |
|---|---|---|---|
| Total | 211.233 | 238.670 | *Total* |
| Cadangan kerugian penurunan nilai | (78.061) | (75.257) | *Allowance for impairment losses* |
| **Neto** | **133.172** | **163.413** | *Net* |

Tagihan kepada *Weston Capital Advisors Inc.*

Tagihan kepada *Weston Capital Advisors Inc.* sebesar USD 3.322.652,33 (ekuivalen Rp 43.901 pada tanggal 30 September 2016 dan Rp 45.803. pada tanggal 31 Desember 2015). Pada tanggal 31 Desember 2014, tagihan ini merupakan dana milik Bank yang harus dikembalikan oleh *Weston Capital AdvisorsInc.* sehubungan dengan Putusan dalam bentuk *Order Vacating Judgment* yang dikeluarkan oleh *United States District Court Southern District of New York* tanggal 19 November 2013 (Catatan 50). Bank telah membentuk cadangan kerugian penurunan nilai atas tagihan ini.

*Receivable to Weston Capital Advisors Inc.*

*Receivable to Weston Capital Advisors Inc. amounting to USD 3,322,652.33 (equivalent to Rp 44,058 as of September 30, 2016 and Rp 45,803 as of December 31, 2015). As of December 31, 2014 this represents the Bank's fund which should be returned by Weston Capital Advisors Inc. on related to Decision of Order Vacating Judgment issued by United States District Court Southern District of New York dated November 19, 2013 (Note 50). The Bank has provided allowance for impairment losses on this receivable.*

Perubahan cadangan kerugian penurunan nilai adalah sebagai berikut:

*The changes in allowance for impairment losses are as follows:*

| | 30 September/ June 2016 (Tidak Diaudit/ Unaudited) | 31 Desember/ December 2015 (Diaudit/Audited) | |
|---|---|---|---|
| Saldo awal periode/tahun | 75.257 | 119.213 | *Balance at beginning of period/year* |
| Penyisihan selama periode/tahun berjalan (Catatan 34) | 8.961 | 5.820 | *Provision during the period/year (Note 34)* |
| *Set-off* tagihan pajak (Catatan 37) | - | (36.877 ) | *Set-off tax receivables (Note 37)* |
| Penghapusan periode/tahun berjalan | - | (15.026 ) | *Written-off during the period/year* |
| Selisih perbedaan kurs | (6.157 ) | 2.127 | *Exchange rate differences* |
| **Saldo akhir periode/tahun** | **78.061** | **75.257** | *Balance at end of period/year* |

Manajemen berpendapat bahwa cadangan kerugian penurunan nilai untuk aset lain-lain adalah cukup untuk menutup kerugian yang mungkin timbul atas aset lain-lain.

*Management believes that allowance for impairment losses of other assets is adequate to cover impairment losses that might arise from other assets.*

**19. LIABILITAS SEGERA**

*19. OBLIGATIONS DUE IMMEDIATELY*

| | 30 September/ September 2016 (Tidak Diaudit/ Unaudited) | 31 Desember/ December 2015 (Diaudit/Audited) | |
|---|---|---|---|
| Rupiah | | | *Rupiah* |
| Liabilitas ATM Bersama | 636 | 1.115 | *Liabilities on ATM Bersama* |
| Liabilitas pada Notaris | (819) | 1.074 | *Liabilities to Notary* |
| Liabilitas pinjaman karyawan | 872 | 922 | *Liabilities to employee loans* |
| Liabilitas ATM Prima | 742 | 690 | *Liabilities on ATM Prima* |
| Liabilitas atas penjualan agunan yang diambil alih | - | 611 | *Liabilities on sale of foreclosed assets* |
| Transfer, inkaso dan kliring | 407 | 287 | *Transfer, cheques for collection and clearing* |
| Liabilitas bank lainnya | 13.372 | 4.145 | *Other liabilities* |
| Sub jumlah | 15.210 | 8.844 | *Sub total* |

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2016 dan**
**Untuk Periode Sembilan-Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2016 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**50. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

a.  Global Opportunity Fund

Pada tanggal 30 Januari 2009, Bank melakukan eksekusi atas hak untuk menerima saham dengan nilai nominal USD 26.000.000 dalam bentuk 181.169 saham seri VII dari Global Opportunities Fund ("GOF") dan saham dengan nilai nominal USD 16.000.000 dalam bentuk 31.480 saham dari Asia Finance Recovery Fund ("AFRF"), 72.796 saham dari First Global Resources Fund ("FGRF") dan 34.798 saham dari Global Opportunity Fund ("GOF"). GOF, AFRF dan FGRF merupakan *sub accounts*/*sub cell funds* dari First Global Funds Limited PCC ("FGFL"), Republik Mauritius. Eksekusi atas hak penerimaan saham tersebut berasal dari surat berharga NCD Banca Populare di Milano London dan Nomura Bank International Plc. London yang sudah jatuh tempo. Namun sampai saat ini, eksekusi tersebut tidak dapat terealisasi.

Pada tanggal 12 Desember 2014, FGFL mengirimkan surat kepemilikan saham kepada Bank dengan jumlah keseluruhan sebanyak 777.493 saham preferen yang dapat ditukarkan dengan berbagai jumlah *sub cell funds* milik FGFL yaitu 397.942 saham pada GOF, 31.480 saham pada AFRF, 72.796 saham pada FGRF dan 275.275 saham pada Global Finance Recovery Fund ("GFRF"). Sehubungan dengan kepemilikan saham tersebut, Bank diminta untuk membayar sejumlah USD 3.887.465 dengan jatuh tempo pada tanggal 29 Desember 2014 atas biaya pendaftaran ulang dan transfer atas 777.493 saham preferen tersebut. Sampai dengan tanggal jatuh tempo, Bank belum membayar tagihan FGFL tersebut, sehingga FGFL mengirimkan beberapa *Default Payment Notices* kepada Bank.

Pada tanggal 3 Maret 2015, FGFL mengirimkan surat kepada Direksi Bank dan pihak lainnya yang menawarkan beberapa opsi penyelesaian kepada Bank.

Selanjutnya pada pertengahan bulan Maret 2015, FGFL bersama dengan Weston International Asset Recovery Company Limited ("WIARCI"), Weston Capital Advisors, Inc. ("WCAI") dan Weston International Asset Recovery Corporation Inc. ("WIARCO") telah mengajukan gugatan ke Mahkamah AgungMauritius (Divisi Komersial), antara lain, sebagai berikut:

**50. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

b.  Global Opportunity Fund

On January 30, 2009, the Bank has executed rights to receive shares with a nominal value of USD 26,000,000 on 181,169 shares series VII of Global Opportunity Fund ("GOF") and shares with a nominal value of USD 16,000,000 on 31,480 shares of Asia Finance Recovery Fund ("AFRF"), 72,796 shares of First Global Resources Fund ("FGRF"), and 34,798 shares of Global Opportunity Fund ("GOF"). GOF, AFRF and FGRF are sub accounts/sub cell funds of First Global Funds Limited PCC ("FGFL"), the Republic of Mauritius. Execution of the rights shares is derived from securities NCDs Banca Populare in Milano London and Nomura Bank International Plc. London which has already matured, but the execution could not be realized until now.

On December 12, 2014, FGFL sent shares certificates to the Bank totaling 777,493 participating redeemable preference shares of various sub cell funds of FGFL consist of 397,942 shares of GOF, 31,480 shares of AFRF, 72,796 shares of FGRF and 275,275 shares of Global Finance Recovery Fund ("GFRF"). In connection with those share ownership, the Bank is required to pay the amount of USD 3,887,465 by the due date of December 29, 2014 for the payment of re-registration and transfer fee for 777,493 participating redeemable preference shares of various sub cell funds. Up to the due date, the Bank has not yet paid the amount required by FGFL, therefore FGFL sent some Default Payment Notices to the Bank.

On March 3, 2015, FGFL sent a letter to the Board of Directors of the Bank and other parties which offers some settlement options to the Bank.

Subsequently in the mid of March 2015, FGFL together with Weston International Asset Recovery Company Limited ("WIARCI"), Weston Capital Advisors, Inc. ("WCAI") and Weston International Asset Recovery Corporation Inc. ("WIARCO") have filed lawsuits to Supreme Court of Mauritius (Commercial Division), among others, are as follows:

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2016 dan**
**Untuk Periode Sembilan-Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2016 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**50. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

*50. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)*

b. Global Opportunity Fund (lanjutan)

- Klaim yang diajukan oleh FGFL:
  Kegagalan pembayaran atas biaya pendaftaran ulang dan transfer saham sebesar USD 4.171.231 (termasuk bunga dan pinalti) dan *capital calls on reimbursable expenses* sebesar USD 635.430 (termasuk bunga dan pinalti).
- Klaim yang diajukan oleh WCAI dan WIARCI:
  Sehubungan dengan Putusan Pengadilan Mauritius tanggal 15 Februari 2013, di antaranya adalah mengenai Obligasi Konversi (lihat Catatan 49.e.A.7), Bank telah gagal untuk membayar sebesar USD 97.556.515 (termasuk bunga).
- Klaim yang diajukan oleh WIARCO:
  Kegagalan pembayaran kewajiban kontraktual atas *redemption* West LB *Fund Linked Note Certificate of Deposit* sebesar USD 8.176.821 (termasuk bunga).

Berdasarkan Putusan Mahkamah Agung Mauritius (Divisi Komersial)tanggal 29 Mei 2015, Mahkamah Agung memutuskan bahwa Bank dan J Trust Co., Ltd. harus membayar sebesar USD 4.806.661 ditambah bunga sampai dengan pembayaran final kepada FGFL, J Trust Co., Ltd. harus membayar total sebesarUSD 97.556.515 ditambah bunga sampai dengan pembayaran final kepada WCAI dan WIACI serta USD 8.176.821 ditambah bunga sampai dengan pembayaran final kepada WIARCO.

Pada tanggal 30 Juni 2015, Mahkamah Agung Mauritius (Divisi Komersial) memerintahkan untuk menahan dan melarang Bank dan J Trust Co., Ltd., baik secara langsung atau tidak langsung, dari menghapuskan dan/atau melakukan transaksi terhadap uang sampai dengan sejumlah USD 120 juta.

Sampai dengan tanggal penerbitan laporan keuangan, Bank belum menerimapemberitahuan resmi atas Putusan Mahkamah Agung Mauritius tersebut.

Putusan Mahkamah Agung Mauritius (Divisi Komersial) dikeluarkan tanpa kehadiran Bank (*in-absentia*) dan tidak serta merta dapat langsung dieksekusi di Indonesia. Bank akan menempuh upaya hukum perlawanan apabila Penggugat melakukan eksekusi Putusan di luar wilayah hukum Indonesia.

b. *Global Opportunity Fund(continued)*

- *Claim by FGFL:*
  *Default on payment on the re-registration and share transfer fee amounted to USD 4,171,231 (including interest and penalty) and capital calls on reimbursable expenses amounted to USD 635,430 (including interest and penalty).*
- *Claim by WCAI and WIARCI:*

  *In connection with Decision of Mauritius Court dated February 15, 2013 (see Note 49.e.A.7) among others is Convertible Bond, the Bank has failed to settle the amount of USD 97,556,515 (including interest).*
- *Claim by WIARCO:*
  *Default on payment on contractual obligation of the redemption of West LB Fund Linked Note Certificate of Deposit amounted to USD 8,176,821 (including interest).*

*Based on Decision from Supreme Court of Mauritius (Commercial Division) dated May 29, 2015, the Court issued a decision that the Bank and J Trust Co., Ltd. have to pay amounting to USD 4,806,661 to FGFL with interest until final payment, J Trust Co., Ltd. has to pay totaling USD 97,556,515 with interest until final payment to WCAI and WIACI and USD 8,176,821 with interest until final payment to WIARCO.*

*On June 30, 2015, Supreme Court of Mauritius (Commercial Division) ordered to restrain and prohibit the Bank and J Trust Co., Ltd., whether directly or indirectly, from disposing of and/or dealing with any money up to the value of USD 120 million.*

*As of the issuance date of the financial statements, the Bank has not yet received an official notification on the Decision of the Supreme Court of Mauritius.*

*The Decision of the Supreme Court of Mauritius (Commercial Division) was issued without the presence of the Bank (in-absentia) and may not be directly executed in Indonesia. The Bank will take legal action if the Plaintiff executed the Decision outside the jurisdiction of Indonesia.*

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2016 dan**
**Untuk Periode Sembilan-Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2016 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**50. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

b. Global Opportunity Fund (lanjutan)

FGFL, WIARCI, WCAI dan WIARCO telah mengajukan dan mendaftarkan gugatan terhadap Bank dan JTrust Co., Ltd. melalui Pengadilan Singapura pada tanggal 16 Oktober 2015. Gugatan ini diajukan agar Bank dan JTrust Co., Ltd. melakukan pembayaran kepada pihak-pihak sebagai berikut:
- FGFL sebesar USD 5.032.113,15
- WIARCI sebesar USD 8.560.347,51
- WCAI sebesar USD 22.335.845,48
- WIARCO sebesar USD 79.796.471,08

Sampai dengan tanggal penerbitan laporan keuangan, perkara tersebut masih dalam proses pemeriksaan di Pengadilan Singapura.

c. Perjanjian dengan First Gulf Asia Holdings Limited (FGAHL)

Pada tanggal 28 September 2001, Bank mengadakan perjanjian pertukaran aset dengan First Gulf Asia Holdings Limited (FGAHL), pemegang saham Bank pada saat itu. Dalam perjanjian tersebut, Bank menyerahkan hak tagih Bank kepada Badan Penyehatan Perbankan Nasional (BPPN) yang berasal dari tagihan neto sebesar Rp 142.100 (tidak termasuk bunga) kepada PT Bank Putera Multikarsa (yang telah dibekukan kegiatan operasinya pada tanggal 28 Januari 2000).

Tagihan bersih tersebut berupa saling hapus (*net-off*) antara penempatan dana dalam bentuk giro dan *interbank call money* sebesar Rp 157.972 (tidak termasuk tagihan bunga dari bulan Februari 2000 sampai dengan September 2001 sebesar Rp 32.279) dengan liabilitas *interbank call money* sebesar USD 176.000.000 (tidak termasuk liabilitas bunga dari bulan Februari 2000 sampai dengan September 2001 sebesar USD 161.744). Atas hak tagih yang diserahkan tersebut, Bank menerima Efek Utang Republik Indonesia (*ROI Loans*) sebesar USD 12.000.000.

Di samping menyerahkan hak tagih kepada BPPN, Bank juga harus menyerahkan uang tunai sebesar USD 6.000.000 untuk mendapatkan ROI Loans tersebut.

**50. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

b. *Global Opportunity Fund (continued)*

*FGFL, WIARCI, WCAI and WIARCO has filed and registered a lawsuits against the Bank and JTrust Co., Ltd. through the Court of Singapore on October 16, 2015. This lawsuit has been filed in order to the Bank and JTrust Co., Ltd. makepayments to the parties as follows:*
- *FGFL amounting USD 5,032,113.15*
- *WIARCI amounting USD 8,560,347.51*
- *WCAI amounting USD 22,335,845.48*
- *WIARCO amounting USD 79,796,471.08*

*As of the issuance date of the financial statements, the case is still in examination process in the Court of Singapore.*

c. *Agreement with First Gulf Asia Holdings Limited (FGAHL)*

*On September 28, 2001, the Bank entered into an agreement for the exchange of assets with First Gulf Asia Holdings Limited (FGAHL), one of the shareholders of the Bank. On the agreement, the Bank submitted the assignment to the Indonesian Bank Restructuring Agency (IBRA), which came from net receivable amounting to Rp 142,100 (excluding interest) from PT Bank Putera Multikarsa (which its operations has been suspended on January 28, 2000).*

*Those net receivables were offset with funds in current accounts and interbank call money amounting to Rp 157,972 (excluding interest receivable from February 2000 until September 2001 of Rp 32,279) with interbank call money payable amounting to USD 176,000,000 (excluding accrued interest expenses from February 2000 to September 2001 of USD 161,744). The Bank received ROI Loans amounted to USD 12,000,000 for the assignment.*

*In addition to the submission of assignment to IBRA, the Bank also should pay cash amounting to USD 6,000,000 to obtain those ROI Loans.*

<table>
<tr>
<td>

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2016 dan**
**Untuk Periode Sembilan-Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

</td>
<td>

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2016 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

</td>
</tr>
</table>

**50. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

c. Perjanjian dengan First Gulf Asia Holdings Limited (FGAHL) (lanjutan)

Atas pertukaran aset tersebut, Bank juga memiliki hak opsi untuk membeli kembali hak tagih kepada BPPN dan FGAHL yang berlaku untuk jangka waktu 2 (dua) tahun terhitung sejak tanggal perjanjian pertukaran aset. Apabila hak opsi digunakan, maka Bank harus membayar opsi tersebut sebesar Rp 5.000 kepada FGAHL. Perjanjian ini telah diperpanjang beberapa kali, dimana perpanjangan terakhir dilakukan pada tahun 2005 sampai dengan tanggal 30 September 2007 dengan kondisi yang sama. Sampai dengan tanggal penerbitan laporan keuangan, tidak ada perubahan atas kondisi tersebut.

d. Weston Capital Advisors Inc., New York

Bank menerima klaim sebesar USD 19.202.226,21 dari First Global Funds Limited PCC, Mauritius ("FGFL") sehubungan dengan penempatan deposito FGFL pada Bank dan mengajukan tuntutan kepada Bank di Pengadilan Mauritius.

Selanjutnya, Weston Capital Advisors Inc., New York (entitas anak dari FGFL) ("Weston") mendapatkan hak klaim atas tuntutan tersebut dengan cara membeli tagihan FGFL, dan kemudian mengajukan pelaksanaan Putusan Mahkamah Agung Mauritius melalui *United States District Court Southern District of New York ("NY Court")* yang mengakibatkan pemblokiran terhadap rekening nostro milik Bank di beberapa bank tertentu dan pemindahan dana milik Bank kepada Weston sebesar USD 3.621.127,33.

Pada tanggal 19 November 2013, *NY Court* telah mengeluarkan Putusan dalam bentuk *Order Vacating Judgment,* sehingga pemblokiran terhadap rekening giro milik Bank dibuka dan dana yang sebelumnya telah ditransfer ke Weston harus dikembalikan kepada Bank.

Pada tanggal 16 Januari 2014, Weston mengembalikan dana kepada Bank sebesar USD 23.475.

Pada tanggal 19 Maret 2014, Bank mengajukan *motion contempt of court* dan memerintahkan agar Weston segera mengembalikan sisa dana Bank berikut bunganya.

**50. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)**

c. Agreement with First Gulf Asia Holdings Limited (FGAHL) (continued)

Furthermore, the Bank also has an option to repurchase the collect rights to IBRA and FGAHL which is valid for 2 (two) years since the exchange date of assets agreement for those exchange of assets. If the option rights is used, the Bank should pay the option for Rp 5,000 to FGAHL. This agreement has been extended for several times, which the latest extention was conducted in 2005 up to September 30, 2007 under the same condition. As of the issuance date of the financial statements, there is no change of such condition.

d. Weston Capital Advisors Inc., New York

The Bank received claim amounting to USD 19,202,226.21 from First Global Funds Limited PCC, Mauritius ("FGFL") regarding its placement in Bank's time deposits and filed lawsuit against the Bank in The Court of Mauritius.

Furthermore, Weston Capital Advisor Inc., New York (a subsidiary of FGFL) ("Weston") obtained claim rights by purchasing FGFL's claim, and then filed execution of Decision of The Supreme Court of Mauritius to United States District Court Southern District of New York ("NY Court") which resulting the freezing of the Bank's current account in certain banks and transferring fund of the Bank to Weston amounting to USD 3,621,127.33.

As of November 19, 2013, NY Court has issued Decision under Order Vacating Judgment, thus the blocking of the Bank's current account was opened and fund that was previously transferred to Weston should return to the Bank.

As of January 16, 2014, Weston has returned the fund amounted to USD 23,475 to the Bank.

On March 19, 2014, the Bank filed a contempt of court and ordered Weston to immediately refund remaining funds and interest to the Bank.

**PT BANK JTRUST INDONESIA Tbk**
**(Dahulu PT Bank Mutiara Tbk)**
**CATATAN ATAS LAPORAN KEUANGAN**
**Tanggal 30 September 2016 dan**
**Untuk Periode Sembilan-Bulan yang Berakhir**
**pada Tanggal Tersebut**
**(Dinyatakan dalam jutaan Rupiah,**
**kecuali dinyatakan lain)**

*PT BANK JTRUST INDONESIA Tbk*
*(Formerly PT Bank Mutiara Tbk)*
*NOTES TO THE FINANCIAL STATEMENTS*
*As of September 30, 2016 and*
*For The Nine-Month Period*
*Then Ended*
*(Expressed in millions of Rupiah,*
*unless otherwise stated)*

**50. PERIKATAN, PERJANJIAN DAN INFORMASI PENTING (lanjutan)**

*50. COMMITMENTS, AGREEMENTS AND OTHER IMPORTANT INFORMATION (continued)*

d. Weston Capital Advisors Inc., New York (lanjutan)

d. Weston Capital Advisors Inc., New York (continued)

Pada tanggal 15 Juli 2014, *NY Court* telah menegaskan kembali tindakan *contempt of court* yang dilakukan Weston dan mengharuskan Weston untuk mengembalikan dana sebesar USD 3.597.652,33 beserta bunga selama Weston belum melakukan pembayaran.

On July 15, 2014, NY Court has reaffirmed contempt of court by Weston and required Weston to return funds amounted to USD 3,597,652.33 with interest during Weston has not made settlement payment.

Pada tanggal 18 Desember 2014, Bank telah menandatangani perjanjian dengan Kelley Drye & Warren LLP (kuasa hukum Weston) dimana Weston menyetujui untuk mengembalikan dana sebesar USD 175.000 kepada Bank. Pada tanggal 21 Desember 2014, Weston telah mengembalikan dana tersebut.

On December 18, 2014, the Bank has signed an agreement with Kelley Drye & Warren LLP (Weston's counsel) whereby Weston agreed to return fund amounting to USD 175,000 to the Bank. On December 21, 2014, Weston has returned it to the Bank.

Pada tanggal 7 Mei 2015, Bank telah menandatangani perjanjian dengan kuasa hukum Weston dimana Weston menyetujui untuk mengembalikan dana sebesar USD 100.000 kepada Bank. Pada tanggal 15 Mei 2015, Weston telah mengembalikan dana tersebut.

On May 7, 2015, the Bank has signed an agreement with Weston's counsel whereby Weston agreed to return fund amounting to USD 100,000 to the Bank. On May 15, 2015, Weston has returned it to the Bank.

Pada tanggal 8 September 2015, Pengadilan Negara Bagian New York menyatakan bahwa John Liegey, Weston International Capital Limited dan masing-masing afiliasi dan entitas anak Weston telah melakukan penghinaan terhadap Pengadilan (*contempt of court*) dan dihukum untuk mengembalikan dana kepada Bank.

On September 8, 2015, the Court of the State of New York stated John Liegey, Weston International Capital Limited and its respective affiliates and Weston's subsidiaries have been in contempt of court and punished to refund to the Bank.

Sampai dengan tanggal penerbitan laporan keuangan,terdapat dana yang belum dikembalikan oleh Weston sebesar USD 3.322.652,33 (ekuivalen Rp 43.364 pada tanggal 30 September 2016 dan Rp 45.803 pada tanggal 31 Desember 2015). Bank mencatat tagihan kepada Weston tersebut sebagai bagian dari akun "Aset Lain-lain" pada laporan posisi keuangan (Catatan 17).

As of the issuance date of the financial statements, there is a fund that has not returned yet by Weston amounting to USD 3,322,652.33 (equivalent to Rp 43,901 as of June 30, 2016 and Rp 45,803 as of December 31, 2015). The Bank recorded receivable from Weston as part of "Other Assets" account in the statement of financial position(Note 17).