# APPENDIX 10



# WESTON INTERNATIONAL ASSET RECOVERY COMPANY LIMITED

Business Centre, 1st Floor
Cyber Tower 1, Ebene
Republic of Mauritius

Tel: +230 466 8010
Fax: +230 466 8009

**[TBD]**

**STRICTLY CONFIDENTIAL AND NOT TO BE
DISCLOSED TO ANY THIRD PARTY WITHOUT
THE PRIOR WRITTEN CONSENT OF THE
WESTON INTERNATIONAL CAPITAL LIMITED**

**TRADE CONFIRMATION**
for the
**SALE** of
**US$300,000 PT BANK MUTIARA TBK 7% MANDATORY
CONVERTIBLE BONDS DUE JUNE 16, 2009**
on behalf of
**WESTON INTERNATIONAL ASSET RECOVERY COMPANY LIMITED**
(the "**Trade Confirmation**")

The terms and conditions as stated in this Trade Confirmation represents a final Trade Confirmation only. The Buyer will not be bound unless and until final terms are agreed and formal transaction documentation is signed by both parties under the Mauritian Law provisions of this contract.

1.  **Seller:** Weston International Asset Recovery Company Limited ("**WIARCO**").

2.  **Trade Transaction:** WIARCO commits to sell US$300,000 PT Bank Century TBK Mandatory Convertible Bonds ("**MCBs**)" and Par Value Physical Certificate No. [TBD] US$300,000 PT Bank Century TBK MCBs at a price of 50.00% (the "**Trade Confirmation**"). The MCBs are represented and have an aggregate face value of US$300,000 PT Bank Century TBK 7% MCBs due June 16, 2009 and have an 0.0200% assignable Participation Right in a corresponding Senior Debt Summary Judgment against PT Bank Mutiara TBK with a current value of US$638,345.58 (as at January 31, 2017) that accrue Statutory Interest at a rate 8% per diem and a Penalty Interest of 24.90% per diem.

| | | |
|---|---|---|
| **3.** | **Sale Price for US$300,000 Par Value MCB Trade:** | US$150,000 (US Dollars One Hundred and Fifty Thousand). |
| **4.** | **Buyer:** | [TBD] |
| **5.** | **Settlement Date:** | [TBD] |
| **6.** | **MCB Sale Price:** | 50.00% of US$300,000 MCBs having a corresponding aggregate Summary Judgment Value of US$638,345.58 (as at January 31, 2017) accruing at a Statutory Interest rate of 8% per diem and a Penalty Interest of 24.90% per diem. |
| **7.** | **MCB Sale Settlement Process:** | Spot Settlement. Payment against Physical Delivery of MCB Certificates No. [TBD] to the Buyer and Bond Transfer Form. |
| **8.** | **Transaction Documents:** | The following documents shall constitute "**Trade Documents**" issued under Mauritian law: |

*Sale Documents:* A Purchase and Assignment Agreement between, amongst others, each Seller and the Buyer dealing with terms and conditions specific to the Trade (the "**Trade Confirmation Documents**").

*Purchase and Assignment Agreement:* A Purchase and Assignment Agreement between, amongst others, each Seller and the Buyer dealing with terms and conditions specific to the Trade and the corresponding assignment of 0.0200% pro-rata Summary Judgment value of the US$300,000 MCBs Gross Proceeds/Settlement Collection (No Expense Net Off) to the Buyer. Expenses are paid by WIARCO/WIARCI and any legal expense or cost reimbursement awarded by the Courts shall be solely for WIARCO's account.

*Bond Transfer Form:* A Bond Transfer Form as per the MCB Certificate to evidence transfer of ownership to [TBD].

| | |
|---|---|
| **9.  No Expense Net Off** | No Expense Net Off. Expenses defined as legal costs (past, present and future), performance fees, court costs, management fees, administration fees and any other costs of settlement or collection shall not be deducted from the pro-rata Gross Proceeds/Settlement Collection payable to the Buyer. |
| **10.  Conditions Precedent:** | The conditions precedent to be satisfied and/or delivered by the Seller will include the following: |

1.  Corporate approvals by Board Resolution of the Seller under Mauritian law;
2.  Evidence of execution, and of the fulfillment of all conditions precedent to the effectiveness of the Trade Confirmation and Transaction Documents; and
3.  Satisfaction of Know Your Customer and Mauritian Anti-Money Laundering provisions of the Financial Intelligence and Anti-Money Laundering Act 2002 ("FIAMLA") requirements.

| | |
|---|---|
| **11.  Governing Law of this Document:** | Exclusive jurisdiction of the Supreme Court of Mauritius under Mauritian Law. |

| | |
|---|---|
| **EXECUTED BY:** | WESTON INTERNATIONAL ASSET RECOVERY COMPANY LIMITED |
| | _____ <br><br> Authorized Signatory for Seller <br><br><br> Date:_____ [TBD]_____ |
| **ACCEPTED BY:** | [TBD] |
| | _____ <br><br> Authorized Signatory for Buyer <br><br><br> Date:_____ [TBD]_____ |



# WESTON INTERNATIONAL ASSET RECOVERY COMPANY LIMITED

Business Centre, 1ˢᵗ Floor                                          Tel: (+230) 466 8010
Cyber Tower 1, Ebene                                          Fax: (+230) 466 8009
Republic of Mauritius

## PURCHASE AND ASSIGNMENT AGREEMENT

This PURCHASE AND ASSIGNMENT AGREEMENT, dated as of [TBD] (this "Agreement"), is by and among Weston International Asset Recovery Company Limited, a limited liability company established under the laws of the Republic of Mauritius ("WIARCO"), Weston International Asset Recovery Corporation Inc., a corporation organized under the laws of the Republic of Mauritius ("WIARCI"), and [TBD], of [TBD] (the "Buyer").

Recitals

A.     WIARCO is the certified owner of certain Mandatory Convertible Bonds (as detailed below) issued by PT Bank Mutiara, TKB (f/k/a PT Bank Century TKB and PT Bank Mutiara TBK and now known as PT Bank JTrust Indonesia TBK) ("Bank Mutiara") in the aggregate principal amount of $55,000,000 (the "Bonds"):

   i.     US$15,000,000 Mandatory Convertible Bonds issued on the 16ᵗʰ June 2006, each bond being of principal amount US$100,000, bearing interest at 7% per annum and with Maturity Date on the 16ᵗʰ June 2009 with certificate numbers from 00601 to 00750 (hereinafter referred to as the "15M Bonds"); and

   ii.    US$40,000,000 Mandatory Convertible Bonds issued on the 14th April 2008, each bond being of principal amount US$1,000,000, bearing interest at 6% per annum and with Maturity Date on the 14ᵗʰ April 2011 with certificate numbers from 000001 to 000040 (hereinafter referred to as the "40M Bonds").

B.     WIARCO has made several demands to Bank Mutiara for the repayment of the Bonds. Bank Mutiara has failed to repay the Bonds as per its terms and conditions to date.

C.     WIARCO initiated a lawsuit against Bank Mutiara in the Supreme Court of Mauritius—Commercial Division for the recovery of the Bonds and accrued interest.

D.     WIARCO prevailed in the lawsuit and was awarded a judgment (the "Judgment") on the merits on February 15, 2013, against Bank Mutiara for $65,350,000 representing the total of the $55,000,000 as principal amount plus accrued interest thereon in the amount of $10,350,000. The Judgment also awarded WIARCO post-judgment interest at the Republic of Mauritius statutory interest rate of 8% p.a.

E.     On June 14, 2014 WIARCO assigned the entirety of its rights and interest in the Judgment to Weston International Asset Recovery Corporation Inc. ("WIARCI"), a Mauritius subsidiary of WIARCO.

F.     In April 2015, WIARCI filed a lawsuit against the Controlling Shareholder of PT Bank JTrust Indonesia TBK ("Bank JTrust"), namely J Trust Co., Ltd, a Tokyo Stock Exchange listed company with reference 8508.T and Bank JTrust, jointly and severally. WIARCI prevailed in the lawsuit and was awarded, on May 29, 2015, a judgment confirming the validity of the Initial Judgment and also

1

making J Trust Co., Ltd and Bank Mutiara, *jointly and in solido*, liable for the payment of the Initial Judgment amount which accrues at the Mauritius statutory interest rate of 8% p.a ("the Summary Judgment"). As of January 31, 2017, the corresponding Summary Judgment value of the Bonds is $114,919,789.00.

G.    By way of Mareva Injunction Order granted by the Honourable Supreme Court of Mauritius (Commercial Division) on 29 June 2015, Bank Mutiara and J Trust Co Ltd have been restrained and prohibited, whether directly or indirectly, from disposing of or dealing with or diminishing the value of their assets in or outside Mauritius, up to the sum of USD 120,000,000. The Mareva Order was made interlocutory by the Honourable Supreme Court of Mauritius (Commercial Division) on September 15, 2015.

H.    The total amount of Summary Judgment due and owing as of January 31, 2017 is $114,919,789.00 and accruing at a Statutory Rate of 8% per diem and a Penalty Interest of 24.90% per diem. The breakdown of the Summary Judgments represents $83,002,510.19 (207.5063% of Par Value) for the 40M Bonds and $31,917,278.81 (212.7819% of Par Value) for the Bonds. The Sale Price is 50.00% of US$300,000 Par Value of the 15M Bonds being sold for sale proceeds of US$150,000 payable to WIARCO.

I.    WIARCO, WIARCI and WIARCO, WIARCI and the Buyer wish to enter into a transaction in which WIARCO will sell to the Buyer US$300,000 Par Value of the 15M Bonds for the principal amount of US$150,000 (the "Sale Bonds"), and WIARCI will assign to the Buyer the right to receive a corresponding pro rata portion of the proceeds relating to the Judgment. The US$300,000 Par Value of the 15M Bonds being sold is represented by US$300,000 of the 15M Bonds with certificate numbers [TBD]. The corresponding Summary Judgment value of the US$300,000 of the 15M Bonds is US$638,345.58  (as at January 31, 2017 and representing 0.0200% of the Bonds with no expense net off) and accrues at a Statutory Interest rate of 8% p.a. and a Penalty Interest of 24.90% per diem.

 **AGREEMENTS:**

        NOW, THEREFORE, in consideration of these premises and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound, the parties agree as follows:

        1.    Purchase and Sale of Sale Bonds.  Simultaneously with the execution and delivery of this Agreement ("Completion"), the Buyer shall purchase from WIARCO, and WIARCO shall sell to the Buyer, all of WIARCO's rights and interest in the Sale Bonds.  On Completion:

        (a)    WIARCO shall deliver to the Buyer the physical certificates representing the Sale Bonds;

        (b)    WIARCO and the Buyer shall execute or cause to be executed a *Bond Transfer Form* for the transfer of each of the Sale Bonds, in the form attached as Schedule 2 to the Sale Bond physical certificates; and

        (c)    As soon as practicable following Completion, WIARCO and the Buyer will deliver the signed *Bond Transfer Form* to Bank Mutiara for the registration of the transfer of the Sale Bonds and give written instruction that such transfer be registered in accordance with their terms in the Bond Register.

        2.    Assignment of Pro-Rata Portion of Judgment.  On Completion, WIARCI hereby assigns to the Buyer, and the Buyer accepts such assignment, all of WIARCI's rights and interests in a 0.0200% pro-rata portion of the Gross Proceeds / Gross Settlement ("Gross Proceeds") received from or in relation to the Mauritian Summary Judgment corresponding to the Sale Bonds.  Such "pro-rata" portion of the "Summary Judgment Proceeds" shall be the portion of the proceeds (whether in cash, securities or other assets) actually received by or on behalf of WIARCI relating to the US$300,000 of the 15M Bonds as is equal to the fraction of X/US$15,000,000, where X = the aggregate principal amount of the Sale Bonds and US$15,000,000 is the

aggregate Par Value of the Bonds. Such proceeds shall include all pro-rata accrued and post-judgment interest, but will not include any sum representing the reimbursement claim of legal fees or costs if awarded and paid. WIARCI and WIARCO shall be entitled to enforce or settle the Judgment relating to the US$300,000 of the 15M Bonds as it deems fit in its sole discretion upon prior consultation and agreement with the Buyer. Upon receipt of settlement / collection proceeds relating to the US$300,000 of the 15M Bonds, WIARCI shall credit such pro rata portion of Gross Proceeds for the benefit of the Buyer and shall transfer such pro rata portion of 0.0200% of Gross Proceeds to or at the direction of the Buyer per US$300,000 Par Value of Bonds held free of liens and encumbrances by the Buyer. The Buyer agrees that it shall not transfer the Sale Bonds upon redemption, collection and/or settlement until such time as Gross Proceeds are received in full in respect of the US$300,000 of the 15M Bonds and further agrees to present and deliver the Sale Bonds within three (3) business days to or at the direction of WIARCI in Mauritius, as WIARCI may reasonably request, in relation to any proposed enforcement, collection, redemption or settlement action in regard to the 15M Bonds.

3.    Purchase Price.    On Completion, the Buyer shall pay the aggregate purchase price of US$150,000 for the Sale Bonds and assignment of the pro-rata portion of Judgment proceeds, which shall be paid by wire transfer in immediately available funds to the following account:

4.    Representation and Warranties of WIARCO and WIARCI.    WIARCO and WIARCI each hereby severally represent and warrant to the Buyer as follows:

(a)    Authority; Enforceability.    It has the requisite power and authority to enter into, deliver and perform this Agreement. This Agreement constitutes a valid, legally binding and enforceable obligation of WIARCO and WIARCI, respectively, enforceable against it in accordance with its terms.

(b)    Judgment: Validity and Enforceability.    The Judgments are final, conclusive, unappealable and enforceable judgments of the Supreme Court of Mauritius—Commercial Division. All procedures in the underlying proceedings against Bank Mutiara have complied with the laws of Mauritius, and the Summary Judgments were validly obtained. The Judgments have not been previously paid, in full or in part, to WIARCO, WIARCI or its respective agent, or released by WIARCO, WIARCI or its respective agent, and remain fully enforceable according to their terms for the full amount stated on the face thereof plus post-judgment interest. No representation or warranty is given in regard to any prospects or likelihood for the recovery of sums or other assets relating to the Mauritius Summary Judgments.

(c)    No Conflicts.    Neither the execution and delivery by it of this Agreement nor the performance of its obligations hereunder does or will: (i) violate, breach or constitute a default under (or an event which, with or without the giving of notice or lapse of time, or both, would constitute a violation, breach or default) any contract, agreement or instrument to which it is a party; or (ii) violate any law applicable to it or any of its assets or properties.

(d)    Third Party Consents and Approvals.    Neither the execution and delivery by it of this Agreement nor the performance of its obligations hereunder require any consent, waiver or approval of, filing with or notification to, any governmental authority or counterparty to any contract, agreement, or understanding to which it is a party.

3

(e)  <u>Notice Pursuant to Mauritian Law.</u>  To the extent required by the laws of Mauritius or any rule of the Supreme Court of Mauritius, WIARCO has already given notice of the assignment of the Summary Judgment proceeds or provided notice of the same to PT Bank JTrust Indonesia TBK (f.k.a. PT Bank Century TBK and PT Bank Mutiara TBK).

(f)  <u>No Liens or Encumbrances.</u> At the time of closing of this Agreement, WIARCO and WIARCI warrant and represent that the 15M Bonds, the 40M Bonds and the Sale Bonds and Summary Judgments are free and clear of any lien, security interest, encumbrance, claim, option or right of others.

(g)  <u>No Other Representations.</u>  Neither WIARCO nor WIARCI is making any representations and warranties to the Buyer concerning the Sale Bonds or the Summary Judgments other than those expressly set forth in this Agreement.

<u>5.</u>  <u>Representations and Warranties of the Buyer.</u>  The Buyer hereby represents and warrants to the Seller as follows:

(a)  <u>Authority¨, Enforceability.</u>  The Buyer has the requisite power and authority to enter into, deliver and perform this Agreement. This Agreement constitutes a valid, legally binding and enforceable obligation of the Buyer, enforceable against the Buyer in accordance with its terms.

(c)  <u>No Conflicts.</u>  Neither the execution and delivery by the Buyer of this Agreement nor the performance of its obligations hereunder does or will: (i) violate, breach or constitute a default under (or an event which, with or without the giving of notice or lapse of time, or both, would constitute a violation, breach or default), any contract, agreement or instrument to which the Buyer is a party; or (ii) violate any law applicable to the Buyer or Seller or any of their assets or properties.

(d)  <u>Third Party Consents and Approvals.</u> Neither the execution and delivery by the Buyer of this Agreement nor the performance of its obligations hereunder require any consent, waiver or approval of, filing with or notification to, any governmental authority or counterparty to any contract or agreement, or understanding to which the Buyer is a party.

(e)  <u>No Other Representations.</u> The Buyer acknowledges and agrees that it is not relying on any representations and warranties concerning the Sale Bonds or the Summary Judgments other than those expressly set forth in this Agreement,

<u>6.</u>  <u>Miscellaneous Provisions.</u>

(a)  <u>Amendments & Waivers.</u>  No purported amendment to any provision of this Agreement shall be binding on the parties unless each party has duly executed and delivered to the other party a written instrument that states that it constitutes an amendment to this Agreement and specifies the provision(s) hereof that are being amended. No purported waiver of any provision of this Agreement shall be binding on any party unless it has duly executed and delivered to the other party a written instrument which states that it constitutes a waiver of one or more provisions of this Agreement and specifies the provision(s) hereof that are being waived.  Any such waiver shall be effective only to the extent specifically set forth in such written instrument. No waiver of any right, power or remedy of a party shall be deemed to be a waiver of any other right, power or remedy of such party or shall, except to the extent so waived, impair, limit or restrict the exercise of such right, power or remedy.

(b)  <u>Entire Agreement.</u> This Agreement constitutes the entire agreement among the parties with respect to the subject matter hereof and supersedes all previous or contemporaneous contracts, representations, warranties and understandings (whether oral or written) by or among the parties with respect to the subject matter hereof including any term sheet, letter of intent or similar document.

(c)  <u>Severability.</u> If any provision of this Agreement is held to be invalid, unenforceable or illegal, in whole or in part, in any jurisdiction under any circumstances for any reason: (i) such provision shall be reformed to the minimum extent necessary to cause such provision to be valid, enforceable and legal

while preserving the intent of the parties as expressed in, and the benefits to such parties provided by, such provision; or (ii) if such provision cannot be so reformed, such provision shall be severed from this Agreement and an equitable adjustment shall be made to this Agreement (including addition of necessary further provisions to this Agreement) so as to give effect to the intent as so expressed and the benefits so provided. Such holding shall not affect or impair the validity, enforceability or legality of such provision in any other jurisdiction or under any other circumstances. Neither such holding nor such reformation or severance shall affect or impair the legality, validity or enforceability of any other provision of this Agreement.

(d)     Governing Law Consent to Jurisdiction, Waiver of Jury Trial. THIS AGREEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE DOMESTIC LAWS OF THE REPUBLIC OF MAURITIUS WITHOUT GIVING EFFECT TO ANY CHOICE OR CONFLICT OF LAW PROVISION (WHETHER OF THE REPUBLIC OF MAURITIUS OR ANY OTHER JURISDICTION) THAT WOULD CAUSE THE APPLICATION OF THE LAWS OF ANY OTHER JURISDICTION. EACH PARTY AGREES THAT ANY AND ALL PROCEEDINGS ARISING OUT OF OR RELATING TO THIS AGREEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY SHALL BE COMMENCED AND PROSECUTED EXCLUSIVELY IN THE SUPREME COURT OF THE REPUBLIC OF MAURITIUS LOCATED IN PORT LOUIS, MAURITIUS, AND ANY APPELLATE COURTS THEREFROM (COLLECTIVELY, "MAURITIUS COURTS") AND EACH PARTY IRREVOCABLY WAIVES ANY RIGHT TO OBJECT TO SUCH VENUE. EACH PARTY CONSENTS AND SUBMITS TO THE PERSONAL JURISDICTION OF THE SUPREME COURT OF MAURITIUS IN RESPECT OF ANY SUCH PROCEEDING. EACH OF THE PARTIES ACKNOWLEDGES AND AGREES THAT ANY PROCEEDING ARISING OUT OF OR RELATING TO THIS AGREEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY IS LIKELY TO INVOLVE COMPLICATED AND DIFFICULT ISSUES, AND THEREFORE IT IRREVOCABLY AND UNCONDITIONALLY WAIVES ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY SUCH PROCEEDING.

(e)     Assignment. Neither this Agreement nor any of any party's rights or obligations hereunder may be transferred, assigned or delegated, in whole or in part, by any party without the prior written consent of the other party. Any purported transfer, assignment or delegation in violation of the preceding sentence will be null and void. Subject to the preceding sentences of this Section 6(e), this Agreement will be binding on the parties and their respective successors and permitted assigns and shall inure to the benefit of and be enforceable by the parties and their respective successors and permitted assigns.

(f)     Remedies. The parties acknowledge that money damages would not be a sufficient remedy for any breach or threatened breach of this Agreement and that irreparable harm would result if this Agreement were not specifically enforced. Therefore, the rights and obligations of the parties shall be enforceable by a decree of specific performance issued by any court of competent jurisdiction, and appropriate injunctive relief may be applied for and shall be granted in connection therewith, without the necessity of posting a bond or other security or proving irreparable harm and without regard to the adequacy of any remedy at law. A party's right to specific performance and injunctive relief shall be in addition to all other legal or equitable remedies available to such party.

(g)     Third Party Beneficiaries. No person or entity other than the Buyer and the Seller is or is intended to be a beneficiary of this Agreement, other than the successors and permitted assigns of the parties as provided in Section 6(e).

(h)     Further Assurances. At any time and from time to time, each of the parties shall, at the cost and expense of the requesting party, in good faith and in a reasonably timely manner, use its respective commercially reasonable efforts to take or cause to be taken all appropriate actions, do or cause to be done all things necessary, proper or advisable, and execute, deliver and acknowledge such documents and other papers as may be required to carry out the provisions of this Agreement and to give effect to the consummation of the transactions contemplated by this Agreement.

(i)     Interpretation. The language used in this Agreement shall be conclusively deemed to be the language chosen by the parties to express their mutual intent and no rule of strict construction shall be applied against either party. The headings contained in this Agreement are for reference purposes only and will not affect in any way the meaning or interpretation of this Agreement. The word "or" is not exclusive and is deemed to have the meaning "and/or". The words "hereof," "hereby," "herein" and "hereunder" and words of similar import when used in this Agreement will refer to this Agreement as a whole and not to any particular provision of this Agreement.

(j)     Counterparts. This Agreement may be signed in any number of counterparts, each of which may be delivered via facsimile or other electronic transmission method (including PDF), and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

N WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first written above.

WESTON INTERNATIONAL ASSET RECOVERY COMPANY LIMITED

WESTON INTERNATIONAL ASSET RECOVERY CORPORATION INC.

By: _____

By: _____

Name:     Jabir Udhin

Name:     John R Liegey

Title:     Director

Title:     President

By: _____

Name: [TBD]

Title: [TBD]

6

**BOND TRANSFER FORM**

| | |
|---|---|
| BOND: | 7.00% Mandatory Convertible Bonds issued by PT Bank Century TBK due 16 June 2009 in principal amount US$100,000 each ("the US$15M Bonds) |
| Transferor Name and Address | Weston International Asset Recovery Company Limited Business Centre, 1st Floor, Cyber Tower 1, Ebene, Mauritius |
| Transferee Name and Address | [TBD] [TBD] |
| Transferee Securities Account Details | Not applicable |
| Number and Description of Bonds Transferred | US$300,000 notional amount of the US$15M Bonds |
| Consecutive Numbers of Bonds Transferred | MCB Certificate No. [TBD], [TBD], [TBD] |
| Consideration for Bonds | US$ 150,000 |

The transfer is accepted subject to the same conditions as attaching to such Bonds.

| TRANSFEROR | TRANSFEREE |
|---|---|
| I, the undersigned, declare transferring the aforesaid Bonds For and on behalf of Weston International Asset Recovery Company Limited | I, the undersigned, declare accepting the transfer of the aforesaid Bonds |
| Name: Jabir Udhin Date: [TBD] | Name: [TBD] Date: [TBD] |

| **Distinctive Numbers** | | |
|---|---|---|
| From | To | Number of Bonds |
| MCB [TBD] | MCB [TBD] | 3 |



**APPENDIX 11**


**Standard Chartered**

STATEMENT OF HOLDINGS 股票存放結單

Standard Chartered Bank (Hong Kong) Limited
15/F Standard Chartered Tower
388 Kwun Tong Road, Kwun Tong, Hong Kong
渣打銀行(香港)有限公司
香港觀塘觀塘道388號 渣打中心十五樓
Telephone電話: (852) 3928 1888
Fax傳真: (852) 2845 3477

FIRST GLOBAL FUNDS LIMITED PCC
ATTN: THE DIRECTOR
MAURITIUS INTL TRUST CO LTD
11/F ONE CATHEDRAL SQUARE
PORT LOUIS, REP OF MAURITIUS
MU,Mauritius

Date 日期 :29-JUL-16
Client Name 客戶名稱 :FIRST GLOBAL FUNDS LIMITED PCC
Account Number / Name 賬戶號碼 / 名稱 :HK0000090451/FIRST GLOBAL FUNDS LIMITED PCC- LISTED SECURITIES (INDONESIA A/C)

| SECURITY NAME 股票名稱 | ISIN/Stock Code 國際證券識別號碼 / 證券代號 | BOOKING BASIS 記帳基礎 | QUANTITY/ NOMINAL VALUE 數量/面值 | MARKET PRICE 市場價格 | VALUATION 價值 | REGN NAME 登記名稱 | TYPE 種類 |
|---|---|---|---|---|---|---|---|
| PT TEXMACO PERKASA ENGINEERING TBK | ID1000090608 | Units | 138,047,900 | IDR 1.000000* | HKD 81,612.71 | Normal | DEP |
| BANK JTRUST INDONESIA - IDR78 'B' SHARE | ID1000100407 | Units | 34,695,984 | IDR 50.000000* | HKD 1,025,598.11 | Normal | DEP |
| | | | | TOTAL | HKD 1,107,210.82 | | |

\* Market Price Older Than 7 Days

Any exception or error should be advised to the Bank in writing within 90 days from receipt of this statement. Any change of address should be advised to the Bank of the change immediately.
如發現結單有任何錯漏或不符，須於收到本結單九十天內以書面提出。如要改地址，請立即通知本行。

The prices quoted in this report have been obtained from third party sources for indicative custody valuations and have not been independently verified by Standard Chartered Bank (Hong Kong) Limited. You should not rely on such prices and indicative custody valuations quoted herein as an audited market valuation and you should perform your own independent verification. Standard Chartered Bank (Hong Kong) Limited does not give any representation or warranty as to, or accept any responsibility or liability for, the accuracy, completeness, reliability or up-to-date nature of such information. Standard Chartered Bank (Hong Kong) Limited, does not accept any liability for any damage or loss you may suffer from your use of or reliance of such information.
本報告中引述的價格均摘自指示保管估值的第三方來源，並且未經渣打銀行(香港)有限公司獨立核實。閣下不應倚本文引述的該等價格及指示保管估值視為經審核市場估值加以倚賴，並且閣下應自行對該筆資料進行獨立核實。渣打銀行(香港)有限公司概不就該等資料的準確性、完整性、可靠性或時新性作出任何聲明或保證，亦不對此承擔任何責任或法律責任。渣打銀行(香港)有限公司概不就閣下因使用或倚賴該等資料而遭受的任何損害或損失承擔任何責任。

REGISTRATION NAME 登記名稱

| OWN | REGISTERED IN OWN NAME 客戶姓名 |
|---|---|
| OTH | REGISTERED IN OTHER'S NAME 其他人姓名 |
| NOM | REGISTERED IN NOMINEE NAME (PHYSICAL) 代理人 |
| DEP | REGISTERED IN DEPOSITORY NAME 中央結算代理人 |
| XCN | REGISTERED IN EX-CUSTODIAN NAME 前託管機構 |
| BER | REGISTERED IN BEARER'S NAME 不記名 |
| HPI | REGISTERED IN STREET NAME 未經轉名 |
| NORMAL | REGISTERED IN NOMINEE NAME (SCRIPLESS) 代理人 |

TYPE 種類

| S/C | SHARES HELD IN SAFE CUSTODY 存放在保管庫之股票 |
|---|---|
| DEP | SHARES HELD IN DEPOSITORY 存放在中央結算集中托管之股票 |
| U/L | SHARES HELD UNDER LIEN AGAINST BANKING FACILITIES 抵押予銀行之股票 |
| P/R | SHARES PENDING REGISTRATION 待轉名之股票 |
| W/R | SHARES WITH REGISTRAR 正進行轉名之股票 |
| ANT | CORPORATE ACTION RECEIVABLE 公司行動之待收股票 |
| REJ | SHARES REJECTED 過戶處拒收之股票 |

Account Number/Name: HK0000090451/FIRST GLOBAL FUNDS LIMITED PCC- LISTED SECURITIES (INDONESIA A/C)
Statement Date: 29-JUL-16

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司



**Standard Chartered**

STATEMENT OF HOLDINGS 股票存放結單

Standard Chartered Bank (Hong Kong) Limited
15/F Standard Chartered Tower
388 Kwun Tong Road, Kwun Tong, Hong Kong
渣打銀行(香港)有限公司
香港觀塘觀塘道388號 渣打中心十五樓
Telephone電話: (852) 3928 1888
Fax傳真: (852) 2845 3477

FIRST GLOBAL FUNDS LIMITED PCC
ATTN: THE DIRECTOR
MAURITIUS INTL TRUST CO LTD
11/F ONE CATHEDRAL SQUARE
PORT LOUIS, REP OF MAURITIUS
MU,Mauritius

Date 日期 :29-JUL-16
Client Name 客戶名稱 :FIRST GLOBAL FUNDS LIMITED PCC
Account Number / Name 顧戶號碼 /名稱 :HK0000090636/FIRST GLOBAL FUNDS LIMITED PCC GLOBAL OPPORTUNITIES FUND- LISTED SECURITIES (INDONESIA A/C)

| SECURITY NAME 股票名稱 | ISIN/Stock Code 國際證券識別號碼 / 證券代號 | BOOKING BASIS 記帳基礎 | QUANTITY/ NOMINAL VALUE 數量/面值 | MARKET PRICE 市場價格 | VALUATION 價值 | REGN NAME 登記名稱 | TYPE 種類 |
|---|---|---|---|---|---|---|---|
| CHINKARA CAP PN311010USD | ID0000048266 | Units | 19,500,000 | IDR 1.000000* | HKD 11,528.23 | Normal | DEP |
| TJITAJAM PROMISSORY NOTE 220608 | ID0000064365 | Nominal Value | 300,000,000 ,000 | IDR 1.000000* | HKD 177,357,375.11 | Normal | DEP |
| SIGMA PROSP NPN030812USD | ID0000090256 | Units | 10,000,000 | IDR 1.000000* | HKD 5,911.91 | Normal | DEP |
| ACCENT INV NPN 030812USD | ID0000090261 | Units | 25,000,000 | IDR 1.000000* | HKD 14,779.78 | Normal | DEP |
| SAAB FINANCIAL LTD | ID0000094220 | Units | 17,500,000 | IDR 1.000000* | HKD 10,345.85 | Normal | DEP |
| PN KINGSVLE ZCN010518USD | ID0000119996 | Nominal Value | 100,000,000 | IDR 1.000000* | HKD 59,119.13 | Normal | DEP |
| PN SAAB-FIN 151108 USD | ID0000123605 | Units | 17,500,000 | IDR 1.000000* | HKD 10,345.85 | Normal | DEP |
| SINAR MAS MULTIARTHA - IDR5000 | ID1000094501 | Units | 1,888,058 | IDR 8000.000000 | HKD 8,929,626.96 | Normal | DEP |
| BANK JTRUST INDONESIA - IDR78 'B' SHARE | ID1000100407 | Units | 437,808,140 | IDR 50.000000* | HKD 12,941,417.09 | Normal | DEP |
| | | | | TOTAL | HKD 199,340,449.90 | | |

* Market Price Older Than 7 Days

Account Number/Name: HK0000090636/FIRST GLOBAL FUNDS LIMITED PCC GLOBAL OPPORTUNITIES FUND- LISTED SECURITIES (INDONESIA A/C)

Statement Date: 29-JUL-16

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司



Any exception or error should be advised to the Bank in writing within 90 days from receipt of this statement. Any change of address should be advised to the Bank of the change immediately.

如發現結單有任何錯漏或不符，須於收到本結單九十天內以書面提出。若要改地址，請立即通知本行。

The prices quoted in this report have been obtained from third party sources for indicative custody valuations and have not been independently verified by Standard Chartered Bank (Hong Kong) Limited. You should not rely on such prices and indicative custody valuations quoted herein as an audited market valuation and you should perform your own independent verification. Standard Chartered Bank (Hong Kong) Limited does not give any representation or warranty as to, or accept any responsibility or liability for, the accuracy, completeness, reliability or up-to-date nature of such information. Standard Chartered Bank (Hong Kong) Limited, does not accept any liability for any damage or loss you may suffer from your use of or reliance of such information.

本報告中引述的價格均獲自指示保管估值的第三方來源，並且未經渣打銀行（香港）有限公司獨立核實。閣下不應將本文引述的該等價格及指示保管估值視為經審核市場估值加以倚賴，並且閣下應自行對該等資料進行獨立核實。渣打銀行（香港）有限公司概不就該等資料的準確性、完整性、可靠性或時新性作出任何聲明或保證，亦不對以該等資料承擔任何責任或法律責任。渣打銀行（香港）有限公司概不就閣下因使用或倚賴該等資料而遭受的任何損害或損失承擔任何責任。

REGISTRATION NAME 登記名稱

| | | |
|---|---|---|
| OWN | REGISTERED IN OWN NAME 客戶姓名 | |
| OTH | REGISTERED IN OTHER'S NAME 其他人姓名 | |
| NOM | REGISTERED IN NOMINEE NAME (PHYSICAL) 代理人 | |
| DEP | REGISTERED IN DEPOSITORY NAME 中央結算代理人 | |
| XCN | REGISTERED IN EX-CUSTODIAN NAME 前托管機構 | |
| BER | REGISTERED IN BEARER'S NAME 不記名 | |
| HPI | REGISTERED IN STREET NAME 未經轉名 | |
| NORMAL | REGISTERED IN NOMINEE NAME (SCRIPLESS) 代理人 | |

TYPE 種類

| | |
|---|---|
| S/C | SHARES HELD IN SAFE CUSTODY 存放在保管庫之股票 |
| DEP | SHARES HELD IN DEPOSITORY 存放在中央結算集中托管之股票 |
| U/L | SHARES HELD UNDER LIEN AGAINST BANKING FACILITIES 抵押予銀行之股票 |
| P/R | SHARES PENDING REGISTRATION 待轉名之股票 |
| W/R | SHARES WITH REGISTRAR 正進行轉名之股票 |
| ANT | CORPORATE ACTION RECEIVABLE 公司行動之待收股票 |
| REJ | SHARES REJECTED 過戶處拒收之股票 |

Account Number/Name: HK0000090636/FIRST GLOBAL FUNDS LIMITED PCC GLOBAL OPPORTUNITIES     Statement Date: 29-JUL-16
FUND- LISTED SECURITIES (INDONESIA A/C)

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司



**Standard Chartered**

**STATEMENT OF HOLDINGS** 股票存放結單

Standard Chartered Bank (Hong Kong) Limited
15/F Standard Chartered Tower
388 Kwun Tong Road, Kwun Tong, Hong Kong
渣打銀行(香港)有限公司
香港觀塘觀塘道388號 渣打中心十五樓
Telephone電話: (852) 3928 1888
Fax傳真: (852) 2845 3477

FIRST GLOBAL FUNDS LIMITED PCC
ATTN: THE DIRECTOR
MAURITIUS INTL TRUST CO LTD
11/F ONE CATHEDRAL SQUARE
PORT LOUIS, REP OF MAURITIUS
MU,Mauritius

| | |
|---|---|
| Date 日期 | :29-JUL-16 |
| Client Name 客戶名稱 | :FIRST GLOBAL FUNDS LIMITED PCC |
| Account Number / Name 賬戶號碼 / 名稱 | :HK0000091296/FIRST GLOBAL FUNDS LIMITED PCC ASIA FINANCE RECOVERY FUND- LISTED SECURITIES (INDONESIA A/C) |

| SECURITY NAME 股票名稱 | ISIN/Stock Code 國際證券識別號碼 / 證券代號 | BOOKING BASIS 記賬基礎 | QUANTITY/ NOMINAL VALUE 數量/面值 | MARKET PRICE 市場價格 | VALUATION 價值 | REGN NAME 登記名稱 | TYPE 種類 |
|---|---|---|---|---|---|---|---|
| ANIMABLU NPN 100630 IDR | ID0000060021 | Nominal Value | 350,000,000 ,000 | IDR 1.000000* | HKD 206,916,937.63 | Normal | DEP |
| ACCENT INV NPN 101025 USD | ID0000060050 | Nominal Value | 20,000,000 | USD 1.000000* | HKD 155,207,201.61 | Normal | DEP |
| WIBHOWO NPN 101128 USD | ID0000060062 | Nominal Value | 25,000,000 | USD 1.000000* | HKD 194,009,002.02 | Normal | DEP |
| PT CANTING MAS PERSADA 101114 | ID0000062223 | Nominal Value | 50,000,000 | IDR 1.000000* | HKD 29,559.56 | Normal | DEP |
| SIGMA PROSP NPN030812USD | ID0000090256 | Units | 10,000,000 | IDR 1.000000* | HKD 5,911.91 | Normal | DEP |
| | | | | TOTAL | HKD 556,168,612.74 | | |

\* Market Price Older Than 7 Days

Account Number/Name: HK0000091296/FIRST GLOBAL FUNDS LIMITED PCC ASIA FINANCE RECOVERY FUND- LISTED SECURITIES (INDONESIA A/C)                    Statement Date: 29-JUL-16

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司

H455011.0 (07/2004)


Any exception or error should be advised to the Bank in writing within 90 days from receipt of this statement. Any change of address should be advised to the Bank of the change immediately.
如發現結單有任何錯漏或不符，須於收到本結單九十天內以書面提出。若要改地址，請立即通知本行。

The prices quoted in this report have been obtained from third party sources for indicative custody valuations and have not been independently verified by Standard Chartered Bank (Hong Kong) Limited. You should not rely on such prices and indicative custody valuations quoted herein as an audited market valuation and you should perform your own independent verification. Standard Chartered Bank (Hong Kong) Limited does not give any representation or warranty as to, or accept any responsibility or liability for, the accuracy, completeness, reliability or up-to-date nature of such information. Standard Chartered Bank (Hong Kong) Limited, does not accept any liability for any damage or loss you may suffer from your use of or reliance of such information.
本報告中引述的價格均摘自指示保管估值的第三方來源，並且未經渣打銀行 (香港) 有限公司獨立核實。閣下不應將本文引述的該等價格及指示保管估值視為經審核市場估值加以倚賴，並且閣下應自行對該等資料進行獨立核實。渣打銀行 (香港) 有限公司概不就該等資料的準確性、完整性、可靠性或時新性作出任何聲明或保證。亦不對此承擔任何責任或法律責任。渣打銀行 (香港) 有限公司概不就閣下因使用或倚賴該等資料而遭受的任何損害或損失承擔任何責任。

REGISTRATION NAME 登記名稱

| | |
|---|---|
| OWN | REGISTERED IN OWN NAME 客戶姓名 |
| OTH | REGISTERED IN OTHER'S NAME 其他人姓名 |
| NOM | REGISTERED IN NOMINEE NAME (PHYSICAL) 代理人 |
| DEP | REGISTERED IN DEPOSITORY NAME 中央結算代理人 |
| XCN | REGISTERED IN EX-CUSTODIAN NAME 前托管機構 |
| BER | REGISTERED IN BEARER'S NAME 不記名 |
| HPI | REGISTERED IN STREET NAME 未經轉名 |
| NORMAL | REGISTERED IN NOMINEE NAME (SCRIPLESS) 代理人 |

TYPE 種類

| | |
|---|---|
| S/C | SHARES HELD IN SAFE CUSTODY 存放在保管庫之股票 |
| DEP | SHARES HELD IN DEPOSITORY 存放在中央結算集中托管之股票 |
| U/L | SHARES HELD UNDER LIEN AGAINST BANKING FACILITIES 抵押予銀行之股票 |
| P/R | SHARES PENDING REGISTRATION 待轉名之股票 |
| W/R | SHARES WITH REGISTRAR 正進行轉名之股票 |
| ANT | CORPORATE ACTION RECEIVABLE 公司行動之待收股票 |
| REJ | SHARES REJECTED 過戶處拒收之股票 |

Account Number/Name: HK0000091296/FIRST GLOBAL FUNDS LIMITED PCC ASIA FINANCE RECOVERY   Statement Date: 29-JUL-16
FUND- LISTED SECURITIES (INDONESIA A/C)

Standard Chartered Bank (Hong Kong) Limited 渣打銀行( 香港 )有限公司



STATEMENT OF HOLDINGS 股票存放結單

Standard Chartered Bank (Hong Kong) Limited
15/F Standard Chartered Tower
388 Kwun Tong Road, Kwun Tong, Hong Kong
渣打銀行(香港)有限公司
香港觀塘觀塘道388號 渣打中心十五樓
Telephone電話: (852) 3928 1888
Fax傳真: (852) 2845 3477

FIRST GLOBAL FUNDS LIMITED PCC
ATTN: THE DIRECTOR
MAURITIUS INTL TRUST CO LTD
11/F ONE CATHEDRAL SQUARE
PORT LOUIS, REP OF MAURITIUS
MU,Mauritius

Date 日期 : 29-JUL-16
Client Name 客戶名稱 : FIRST GLOBAL FUNDS LIMITED PCC
Account Number / Name 賬戶號碼 / 名稱 : HK0000091392/FIRST GLOBAL FUNDS LIMITED PCC ASIA FINANCE RECOVERY FUND (SINGAPORE A/C)

| SECURITY NAME 股票名稱 | ISIN/Stock Code 國際證券識別號碼 / 證券代號 | BOOKING BASIS 記帳基礎 | QUANTITY/ NOMINAL VALUE 數量/面值 | MARKET PRICE 市場價格 | VALUATION 價值 | REGN NAME 登記名稱 | TYPE 種類 |
|---|---|---|---|---|---|---|---|
| HEALTHWAY MEDICAL CORP LIMITED - NPV | SG1X09940682 | Units | 4,166,000 | SGD 0.031000 | HKD 746,724.49 | Normal | DEP |
| INTL HEALTHWAY 2F86 | SG2F86994413 | Units | 342,826 | SGD 0.057000 | HKD 112,986.89 | Normal | DEP |
| | | | | TOTAL | HKD 859,711.37 | | |

\* Market Price Older Than 7 Days

Any exception or error should be advised to the Bank in writing within 90 days from receipt of this statement. Any change of address should be advised to the Bank of the change immediately.
如發現結單有任何錯漏或不符,須於收到本結單九十天內以書面提出。如要更改地址,請立即通知本行。

The prices quoted in this report have been obtained from third party sources for indicative custody valuations and have not been independently verified by Standard Chartered Bank (Hong Kong) Limited. You should not rely on such prices and indicative custody valuations quoted herein as an audited market valuation and you should perform your own independent verification. Standard Chartered Bank (Hong Kong) Limited does not give any representation or warranty as to, or accept any responsibility or liability for, the accuracy, completeness, reliability or up-to-date nature of such information. Standard Chartered Bank (Hong Kong) Limited, does not accept any liability for any damage or loss you may suffer from your use of or reliance of such information.
本報告中引述的價格均摘自指示保管估值的第三方來源,並且未經渣打銀行(香港)有限公司獨立核實。閣下不應將本文引述的該等價格及指示保管估值視為經審核市場估值加以依賴,並且閣下應自行對該等資料進行獨立核實。渣打銀行(香港)有限公司概不就該等資料的準確性、完整性、可靠性或時新性作出任何發明或保證,亦不對此承擔任何責任或法律責任。渣打銀行(香港)有限公司概不就閣下因使用或倚賴該等資料而遭受的任何損害或損失承擔任何責任。

REGISTRATION NAME 登記名稱

| OWN | REGISTERED IN OWN NAME 客戶姓名 |
|---|---|
| OTH | REGISTERED IN OTHER'S NAME 其他人姓名 |
| NOM | REGISTERED IN NOMINEE NAME (PHYSICAL) 代理人 |
| DEP | REGISTERED IN DEPOSITORY NAME 中央結算代理人 |
| XCN | REGISTERED IN EX-CUSTODIAN NAME 前托管機構 |
| BER | REGISTERED IN BEARER'S NAME 不記名 |
| HPI | REGISTERED IN STREET NAME 未經轉名 |
| NORMAL | REGISTERED IN NOMINEE NAME (SCRIPLESS) 代理人 |

TYPE 種類

| S/C | SHARES HELD IN SAFE CUSTODY 存放在保管庫之股票 |
|---|---|
| DEP | SHARES HELD IN DEPOSITORY 存放在中央結算集中托管之股票 |
| U/L | SHARES HELD UNDER LIEN AGAINST BANKING FACILITIES 抵押予銀行之股票 |
| P/R | SHARES PENDING REGISTRATION 待轉名之股票 |
| W/R | SHARES WITH REGISTRAR 正進行轉名之股票 |
| ANT | CORPORATE ACTION RECEIVABLE 公司行動之待收股票 |
| REJ | SHARES REJECTED 過戶處拒收之股票 |

Account Number/Name: HK0000091392/FIRST GLOBAL FUNDS LIMITED PCC ASIA FINANCE RECOVERY FUND (SINGAPORE A/C)     Statement Date: 29-JUL-16

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司

HHS0013 (E0004)


STATEMENT OF HOLDINGS 股票存放結單

Standard Chartered Bank (Hong Kong) Limited
15/F Standard Chartered Tower
388 Kwun Tong Road, Kwun Tong, Hong Kong
渣打銀行(香港)有限公司
香港觀塘觀塘道388號 渣打中心十五樓
Telephone電話: (852) 3928 1888
Fax傳真: (852) 2845 3477

FIRST GLOBAL FUNDS LIMITED PCC
ATTN: THE DIRECTOR
MAURITIUS INTL TRUST CO LTD
11/F ONE CATHEDRAL SQUARE
PORT LOUIS, REP OF MAURITIUS
MU,Mauritius

| | |
|---|---|
| Date 日期 | :29-JUL-16 |
| Client Name 客戶名稱 | :FIRST GLOBAL FUNDS LIMITED PCC |
| Account Number / Name 賬戶號碼／名稱 | :HK0000091500/FIRST GLOBAL FUNDS LIMITED PCC GLOBAL OPPORTUNITIES FUND (EUROCLEAR A/C) |

| SECURITY NAME 股票名稱 | ISIN/Stock Code 國際證券識別號碼／證券代號 | BOOKING BASIS 記賬基礎 | QUANTITY/ NOMINAL VALUE 數量/面值 | MARKET PRICE 市場價格 | VALUATION 價值 | REGN NAME 登記名稱 | TYPE 種類 |
|---|---|---|---|---|---|---|---|
| TPE INTL FINANCE C - GTD FRN 5/2006 USD100000 | XS0076246205 | Nominal Value | 23,000,000 | USD 1.000000* | HKD 178,488,281.86 | Normal | DEP |
| | | | | | HKD | | |
| | | | | TOTAL | 178,488,281.86 | | |

\* Market Price Older Than 7 Days

Any exception or error should be advised to the Bank in writing within 90 days from receipt of this statement. Any change of address should be advised to the Bank of the change immediately.
如發現結單有任何錯漏或不符,請於收到本結單九十天內以書面提出。若要改地址,請立即通知本行。

The prices quoted in this report have been obtained from third party sources for indicative custody valuations and have not been independently verified by Standard Chartered Bank (Hong Kong) Limited. You should not rely on such prices and indicative custody valuations quoted herein as an audited market valuation and you should perform your own independent verification. Standard Chartered Bank (Hong Kong) Limited does not give any representation or warranty as to, or accept any responsibility or liability for, the accuracy, completeness, reliability or up-to-date nature of such information. Standard Chartered Bank (Hong Kong) Limited, does not accept any liability for any damage or loss you may suffer from your use of or reliance of such information.
本報告中引述的價格均由指示保管估值的第三方來源,並且未經渣打銀行(香港)有限公司獨立核實。閣下不應將本文引述的該等價格及指示保管估值視為經審核市場估值加以倚賴,並且閣下應自行就該等資料進行獨立核實。渣打銀行(香港)有限公司概不就該等資料的準確性、完整性、可靠性或時新性作出任何聲明或保證,亦不對此承擔任何責任或法律責任。渣打銀行(香港)有限公司概不就閣下使用或倚賴該等資料而遭受的任何損害或損失承擔任何責任。

REGISTRATION NAME 登記名稱

| OWN | REGISTERED IN OWN NAME 客戶姓名 |
|---|---|
| OTH | REGISTERED IN OTHER'S NAME 其他人姓名 |
| NOM | REGISTERED IN NOMINEE NAME (PHYSICAL) 代理人 |
| DEP | REGISTERED IN DEPOSITORY NAME 中央結算代理人 |
| XCN | REGISTERED IN EX-CUSTODIAN NAME 前托管機構 |
| BER | REGISTERED IN BEARER'S NAME 不記名 |
| HPI | REGISTERED IN STREET NAME 未經轉名 |
| NORMAL | REGISTERED IN NOMINEE NAME (SCRIPLESS) 代理人 |

TYPE 種類

| S/C | SHARES HELD IN SAFE CUSTODY 存放在保管庫之股票 |
|---|---|
| DEP | SHARES HELD IN DEPOSITORY 存放在中央結算中托管之股票 |
| U/L | SHARES HELD UNDER LIEN AGAINST BANKING FACILITIES 抵押予銀行之股票 |
| P/R | SHARES PENDING REGISTRATION 待轉名之股票 |
| W/R | SHARES WITH REGISTRAR 正進行轉名之股票 |
| ANT | CORPORATE ACTION RECEIVABLE 公司行動之待收股票 |
| REJ | SHARES REJECTED 過戶處拒收之股票 |

Account Number/Name: HK0000091500/FIRST GLOBAL FUNDS LIMITED PCC GLOBAL OPPORTUNITIES FUND (EUROCLEAR A/C)          Statement Date: 29-JUL-16

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司



**STATEMENT OF HOLDINGS** 股票存放結單

Standard Chartered Bank (Hong Kong) Limited
15/F Standard Chartered Tower
388 Kwun Tong Road, Kwun Tong, Hong Kong
渣打銀行(香港)有限公司
香港觀塘觀塘道388號 渣打中心十五樓
Telephone電話: (852) 3928 1888
Fax傳真: (852) 2845 3477

FIRST GLOBAL FUNDS LIMITED PCC
ATTN: THE DIRECTOR
MAURITIUS INTL TRUST CO LTD
11/F ONE CATHEDRAL SQUARE
PORT LOUIS, REP OF MAURITIUS
MU,Mauritius

| | |
|---|---|
| Date 日期 | :29-JUL-16 |
| Client Name 客戶名稱 | :FIRST GLOBAL FUNDS LIMITED PCC |
| Account Number / Name 賬戶號碼 /名稱 | :HK0000092860/FIRST GLOBAL FUNDS LIMITED PCC (SINGAPORE A/C) |

| SECURITY NAME<br>股票名稱 | ISIN/Stock Code<br>國際證券識別號碼 /<br>證券代號 | BOOKING<br>BASIS<br>記帳基礎 | QUANTITY/<br>NOMINAL<br>VALUE<br>數量/面值 | MARKET PRICE<br>市場價格 | VALUATION<br>價值 | REGN NAME<br>登記名稱 | TYPE<br>種類 |
|---|---|---|---|---|---|---|---|
| INNOPAC HLDGS LTD -<br>NPV | SG2D65002396 | Units | 3,976,000 | SGD<br>0.001000 | HKD<br>22,989.30 | Normal | DEP |
| | | | | TOTAL | HKD<br>22,989.30 | | |

\* Market Price Older Than 7 Days

Any exception or error should be advised to the Bank in writing within 90 days from receipt of this statement. Any change of address should be advised to the Bank of the change immediately.
如發現結單有任何錯漏或不符,須於收到本結單九十天內以書面提出。若要改地址, 請立即通知本行。

The prices quoted in this report have been obtained from third party sources for indicative custody valuations and have not been independently verified by Standard Chartered Bank (Hong Kong) Limited. You should not rely on such prices and indicative custody valuations quoted herein as an audited market valuation and you should perform your own independent verification. Standard Chartered Bank (Hong Kong) Limited does not give any representation or warranty as to, or accept any responsibility or liability for, the accuracy, completeness, reliability or up-to-date nature of such information. Standard Chartered Bank (Hong Kong) Limited, does not accept any liability for any damage or loss you may suffer from your use of or reliance of such information.
本報告中引述的價格均摘自指示保管估值的第三方來源, 並且未經渣打銀行(香港)有限公司獨立核實。閣下不應將本文引述的該等價格及指示保管估值視為經審核市場估值加以倚賴, 並且閣下應自行對該等資料進行獨立核實。渣打銀行(香港)有限公司概不就該等資料的準確性、完整性、可靠性或時新性作出任何聲明或保證, 亦不對此承擔任何責任或法律責任。渣打銀行(香港)有限公司概不就閣下因使用或倚賴該等資料而遭受的任何損害或損失承擔任何責任。

REGISTRATION NAME 登記名稱

| | |
|---|---|
| OWN | REGISTERED IN OWN NAME 客戶姓名 |
| OTH | REGISTERED IN OTHER'S NAME 其他人姓名 |
| NOM | REGISTERED IN NOMINEE NAME (PHYSICAL) 代理人 |
| DEP | REGISTERED IN DEPOSITORY NAME 中央結算代理人 |
| XCN | REGISTERED IN EX-CUSTODIAN NAME 前託管機構 |
| BER | REGISTERED IN BEARER'S NAME 不記名 |
| HPI | REGISTERED IN STREET NAME 未經轉名 |
| NORMAL | REGISTERED IN NOMINEE NAME (SCRIPLESS) 代理人 |

TYPE 種類

| | |
|---|---|
| S/C | SHARES HELD IN SAFE CUSTODY 存放在保管庫之股票 |
| DEP | SHARES HELD IN DEPOSITORY 存放在中央結算集中托管之股票 |
| U/L | SHARES HELD UNDER LIEN AGAINST BANKING FACILITIES 抵押予銀行之股票 |
| P/R | SHARES PENDING REGISTRATION 待轉名之股票 |
| W/R | SHARES WITH REGISTRAR 正進行轉名之股票 |
| ANT | CORPORATE ACTION RECEIVABLE 公司行動之待收股票 |
| REJ | SHARES REJECTED 過戶處拒收之股票 |



STATEMENT OF HOLDINGS 股票存放結單

Standard Chartered Bank (Hong Kong) Limited
15/F Standard Chartered Tower
388 Kwun Tong Road, Kwun Tong, Hong Kong
渣打銀行(香港)有限公司
香港觀塘觀塘道388號 渣打中心十五樓
Telephone電話: (852) 3928 1888
Fax傳真: (852) 2845 3477

FIRST GLOBAL FUNDS LIMITED PCC
ATTN: THE DIRECTOR
MAURITIUS INTL TRUST CO LTD
11/F ONE CATHEDRAL SQUARE
PORT LOUIS, REP OF MAURITIUS
MU,Mauritius

Date 日期           :29-JUL-16
Client Name 客戶名稱   :FIRST GLOBAL FUNDS LIMITED PCC
Account Number / Name 賬戶號碼 /名稱  :HK0000096093/FIRST GLOBAL FUNDS LIMITED PCC ASIA FINANCE RECOVERY FUND- UNLISTED
                          SECURITIES (INDONESIA A/C)

| SECURITY NAME<br>股票名稱 | ISIN/Stock Code<br>國際證券識別號碼 /<br>證券代號 | BOOKING<br>BASIS<br>記帳基礎 | QUANTITY/<br>NOMINAL<br>VALUE<br>數量/面值 | MARKET PRICE<br>市場價格 | VALUATION<br>價值 | REGN NAME<br>登記名稱 | TYPE<br>種類 |
|---|---|---|---|---|---|---|---|
| WINCFIELD LTDPN300616<br>USD | ID0000048225 | Units | 15,640,000 | USD<br>1.000000* | HKD<br>121,372,031.66 | Normal | DEP |
| ACCENT INV PN280613<br>USD | ID0000048254 | Units | 30,000,000 | USD<br>1.000000* | HKD<br>232,810,802.42 | Normal | DEP |
| PERMANENT HLDPN311215<br>USD | ID0000048271 | Units | 20,530,000 | USD<br>1.000000* | HKD<br>159,320,192.46 | Normal | DEP |
| MULTI TREE PN 300615<br>USD | ID0000048283 | Units | 78,930,000 | USD<br>1.000000* | HKD<br>612,525,221.17 | Normal | DEP |
| DELAH TRD PN 311214<br>USD | ID0000048295 | Units | 20,530,000 | USD<br>1.000000* | HKD<br>159,320,192.46 | Normal | DEP |
| PN AROUND INVT<br>300614USD | ID0000048302 | Units | 12,700,000 | USD<br>1.000000* | HKD<br>98,556,573.02 | Normal | DEP |
| WIBHOWO RJK PN311212<br>USD | ID0000048314 | Units | 50,000,000 | USD<br>1.000000* | HKD<br>388,018,004.04 | Normal | DEP |
| CANTINGMAS PN290612<br>USD | ID0000048326 | Units | 25,000,000 | USD<br>1.000000* | HKD<br>194,009,002.02 | Normal | DEP |
| ANIMABLU IND PN300611<br>USD | ID0000048331 | Units | 25,000,000 | USD<br>1.000000* | HKD<br>194,009,002.02 | Normal | DEP |
| CHINKARA CAP PN301113<br>USD | ID0000048355 | Units | 4,000,000 | USD<br>1.000000* | HKD<br>31,041,440.32 | Normal | DEP |
| MASSINAPRIMA PN301211<br>USD | ID0000048360 | Units | 25,000,000 | USD<br>1.000000* | HKD<br>194,009,002.02 | Normal | DEP |
| | | | | TOTAL | HKD<br>2,384,991,463.60 | | |

* Market Price Older Than 7 Days

Account Number/Name: HK0000096093/FIRST GLOBAL FUNDS LIMITED PCC ASIA FINANCE RECOVERY       Statement Date: 29-JUL-16
FUND- UNLISTED SECURITIES (INDONESIA A/C)

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司

HA050713 (6/2004)


Any exception or error should be advised to the Bank in writing within 90 days from receipt of this statement. Any change of address should be advised to the Bank of the change immediately.
如發現結單有任何錯漏或不符,須於收到本結單九十天內以書面提出。若要改地址,請立即通知本行。

The prices quoted in this report have been obtained from third party sources for indicative custody valuations and have not been independently verified by Standard Chartered Bank (Hong Kong) Limited. You should not rely on such prices and indicative custody valuations quoted herein as an audited market valuation and you should perform your own independent verification. Standard Chartered Bank (Hong Kong) Limited does not give any representation or warranty as to, or accept any responsibility or liability for, the accuracy, completeness, reliability or up-to-date nature of such information. Standard Chartered Bank (Hong Kong) Limited, does not accept any liability for any damage or loss you may suffer from your use of or reliance of such information.
本報告中引述的價格均摘自指示保管估值的第三方來源,並且未經渣打銀行(香港)有限公司獨立核實。閣下不應將本文引述的該等價格及指示保管估值視為經審核市場估值加以倚賴,並且閣下應自行對該等資料進行獨立核實。渣打銀行(香港)有限公司概不就該等資料的準確性、完整性、可靠性或時新性作出任何聲明或保證,亦不對此承擔任何責任或法律責任。渣打銀行(香港)有限公司概不就閣下因使用或倚賴該等資料而遭受的任何損害或損失承擔任何責任。

REGISTRATION NAME 登記名稱

| | |
|---|---|
| OWN | REGISTERED IN OWN NAME 客戶姓名 |
| OTH | REGISTERED IN OTHER'S NAME 其他人姓名 |
| NOM | REGISTERED IN NOMINEE NAME (PHYSICAL) 代理人 |
| DEP | REGISTERED IN DEPOSITORY NAME 中央結算代理人 |
| XCN | REGISTERED IN EX-CUSTODIAN NAME 前托管機構 |
| BER | REGISTERED IN BEARER'S NAME 不記名 |
| HPI | REGISTERED IN STREET NAME 未經轉名 |
| NORMAL | REGISTERED IN NOMINEE NAME (SCRIPLESS) 代理人 |

TYPE 種類

| | |
|---|---|
| S/C | SHARES HELD IN SAFE CUSTODY 存放在保管庫之股票 |
| DEP | SHARES HELD IN DEPOSITORY 存放在中央結算中托管之股票 |
| U/L | SHARES HELD UNDER LIEN AGAINST BANKING FACILITIES 抵押予銀行之股票 |
| P/R | SHARES PENDING REGISTRATION 待轉名之股票 |
| W/R | SHARES WITH REGISTRAR 正進行轉名之股票 |
| ANT | CORPORATE ACTION RECEIVABLE 公司行動之待收股票 |
| REJ | SHARES REJECTED 過戶處拒收之股票 |

Account Number/Name: HK0000096093/FIRST GLOBAL FUNDS LIMITED PCC ASIA FINANCE RECOVERY          Statement Date: 29-JUL-16
FUND- UNLISTED SECURITIES (INDONESIA A/C)

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司



## Standard Chartered

**STATEMENT OF HOLDINGS 股票存放結單**

Standard Chartered Bank (Hong Kong) Limited
15/F Standard Chartered Tower
388 Kwun Tong Road, Kwun Tong, Hong Kong
渣打銀行(香港)有限公司
香港觀塘觀塘道388號 渣打中心十五樓
Telephone電話: (852) 3928 1888
Fax傳真: (852) 2845 3477

FIRST GLOBAL FUNDS LIMITED PCC
ATTN: THE DIRECTOR
MAURITIUS INTL TRUST CO LTD
11/F ONE CATHEDRAL SQUARE
PORT LOUIS, REP OF MAURITIUS
MU,Mauritius

Date 日期   :29-JUL-16
Client Name 客戶名稱   :FIRST GLOBAL FUNDS LIMITED PCC
Account Number / Name 顧戶號碼 /名稱   :HK0000096112/FIRST GLOBAL FUNDS LIMITED PCC GLOBAL OPPORTUNITIES FUND- UNLISTED SECURITIES (INDONESIA A/C)

| SECURITY NAME 股票名稱 | ISIN/Stock Code 國際證券識別號碼 /證券代號 | BOOKING BASIS 記帳基礎 | QUANTITY/ NOMINAL VALUE 數量/面值 | MARKET PRICE 市場價格 | VALUATION 價值 | REGN NAME 登記名稱 | TYPE 種類 |
|---|---|---|---|---|---|---|---|
| MITRA UBN PN 170506 | ID0000044735 | Units | 20,000,000 | USD 1.000000* | HKD 155,207,201.61 | Normal | DEP |
| SENTINEL INTL ZERO COUPON DUE 20090830 | ID0000048242 | Nominal Value | 17,224,000 | USD 1.000000* | HKD 133,664,442.03 | Normal | DEP |
| ACCENT INV PN280613 USD | ID0000048254 | Units | 25,000,000 | USD 1.000000* | HKD 194,009,002.02 | Normal | DEP |
| SENTINEL INTL LTD ZERO COUPON DUE 20090930 | ID0000048343 | Nominal Value | 15,000,000 | USD 1.000000* | HKD 116,405,401.21 | Normal | DEP |
| NPN SIGMAPROSP 130327 IDR | ID0000110243 | Nominal Value | 350,000,000 ,000 | IDR 1.000000* | HKD 206,916,937.63 | Normal | DEP |
| | | | | TOTAL | HKD 806,202,984.50 | | |

\* Market Price Older Than 7 Days

Account Number/Name: HK0000096112/FIRST GLOBAL FUNDS LIMITED PCC GLOBAL OPPORTUNITIES FUND- UNLISTED SECURITIES (INDONESIA A/C)   Statement Date: 29-JUL-16

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司



Any exception or error should be advised to the Bank in writing within 90 days from receipt of this statement. Any change of address should be advised to the Bank of the change immediately.
如發現結單有任何錯漏或不符，須於收到本結單九十天內以書面提出。若要改地址，請立即通知本行。

The prices quoted in this report have been obtained from third party sources for indicative custody valuations and have not been independently verified by Standard Chartered Bank (Hong Kong) Limited. You should not rely on such prices and indicative custody valuations quoted herein as an audited market valuation and you should perform your own independent verification. Standard Chartered Bank (Hong Kong) Limited does not give any representation or warranty as to, or accept any responsibility or liability for, the accuracy, completeness, reliability or up-to-date nature of such information. Standard Chartered Bank (Hong Kong) Limited, does not accept any liability for any damage or loss you may suffer from your use of or reliance of such information.
本報告中引述的價格均摘自指示保管估值的第三方來源，並且未經渣打銀行（香港）有限公司獨立核實。閣下不應將本文引述的該等價格及指示保管估值視為經審核市場估值加以倚賴，並且閣下應自行對該等資料進行獨立核實。渣打銀行（香港）有限公司概不就該等資料的準確性、完整性、可靠性或時新性作出任何聲明或保證，亦不對此承擔任何責任或法律責任。渣打銀行（香港）有限公司概不就閣下因使用或倚賴該等資料而遭受的任何損害或損失承擔任何責任。

REGISTRATION NAME 登記名稱

| | |
|---|---|
| OWN | REGISTERED IN OWN NAME 客戶姓名 |
| OTH | REGISTERED IN OTHER'S NAME 其他人姓名 |
| NOM | REGISTERED IN NOMINEE NAME (PHYSICAL) 代理人 |
| DEP | REGISTERED IN DEPOSITORY NAME 中央結算代理人 |
| XCN | REGISTERED IN EX-CUSTODIAN NAME 前托管機構 |
| BER | REGISTERED IN BEARER'S NAME 不記名 |
| HPI | REGISTERED IN STREET NAME 未經轉名 |
| NORMAL | REGISTERED IN NOMINEE NAME (SCRIPLESS) 代理人 |

TYPE 種類

| | |
|---|---|
| S/C | SHARES HELD IN SAFE CUSTODY 存放在保管庫之股票 |
| DEP | SHARES HELD IN DEPOSITORY 存放在中央結算中托管之股票 |
| U/L | SHARES HELD UNDER LIEN AGAINST BANKING FACILITIES 抵押予銀行之股票 |
| P/R | SHARES PENDING REGISTRATION 待轉名之股票 |
| W/R | SHARES WITH REGISTRAR 正進行轉名之股票 |
| ANT | CORPORATE ACTION RECEIVABLE 公司行動之待收股票 |
| REJ | SHARES REJECTED 過戶處拒收之股票 |

Account Number/Name: HK0000096112/FIRST GLOBAL FUNDS LIMITED PCC GLOBAL OPPORTUNITIES FUND- UNLISTED SECURITIES (INDONESIA A/C)        Statement Date: 29-JUL-16

Standard Chartered Bank (Hong Kong) Limited 渣打銀行( 香港 )有限公司


**Standard Chartered**

STATEMENT OF HOLDINGS 股票存放結單

Standard Chartered Bank (Hong Kong) Limited
15/F Standard Chartered Tower
388 Kwun Tong Road, Kwun Tong, Hong Kong
渣打銀行(香港)有限公司
香港觀塘觀塘道388號 渣打中心十五樓
Telephone電話: (852) 3928 1888
Fax傳真: (852) 2845 3477

FIRST GLOBAL FUNDS LIMITED PCC
ATTN: THE DIRECTOR
MAURITIUS INTL TRUST CO LTD
11/F ONE CATHEDRAL SQUARE
PORT LOUIS, REP OF MAURITIUS
MU,Mauritius

Date 日期          :29-JUL-16
Client Name 客戶名稱    :FIRST GLOBAL FUNDS LIMITED PCC
Account Number / Name 賬戶號碼 /名稱    :HK0000096332/FIRST GLOBAL FUNDS LIMITED PCC GLOBAL FINANCE RECOVERY FUND-
UNLISTED SECURITIES (INDONESIA A/C)

| SECURITY NAME 股票名稱 | ISIN/Stock Code 國際證券識別號碼 / 證券代號 | BOOKING BASIS 記帳基礎 | QUANTITY/ NOMINAL VALUE 數量/面值 | MARKET PRICE 市場價格 | VALUATION 價值 | REGN NAME 登記名稱 | TYPE 種類 |
|---|---|---|---|---|---|---|---|
| SENTINEL INTL LTD ZCP DUE 20121231 | ID0000048230 | Nominal Value | 25,000,000 | USD 1.000000* | HKD 194,009,002.02 | Normal | DEP |
| PN OUTLOOK INV 310518USD | ID0000119741 | Nominal Value | 25,000,000 | IDR 1.000000* | HKD 14,779.78 | Normal | DEP |
| PN KINGSVILLE 300618USD | ID0000119753 | Nominal Value | 25,000,000 | IDR 1.000000* | HKD 14,779.78 | Normal | DEP |
| | | | | TOTAL | HKD 194,038,561.58 | | |

* Market Price Older Than 7 Days

Account Number/Name: HK0000096332/FIRST GLOBAL FUNDS LIMITED PCC GLOBAL FINANCE RECOVERY     Statement Date: 29-JUL-16
FUND- UNLISTED SECURITIES (INDONESIA A/C)

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司


Any exception or error should be advised to the Bank in writing within 90 days from receipt of this statement. Any change of address should be advised to the Bank of the change immediately.
如發現結單有任何錯漏或不符，須於收到本結單九十天內以書面提出。若要改地址，請立即通知本行。

The prices quoted in this report have been obtained from third party sources for indicative custody valuations and have not been independently verified by Standard Chartered Bank (Hong Kong) Limited. You should not rely on such prices and indicative custody valuations quoted herein as an audited market valuation and you should perform your own independent verification. Standard Chartered Bank (Hong Kong) Limited does not give any representation or warranty as to, or accept any responsibility or liability for, the accuracy, completeness, reliability or up-to-date nature of such information. Standard Chartered Bank (Hong Kong) Limited, does not accept any liability for any damage or loss you may suffer from your use of or reliance of such information.
本報告中引述的價格均摘自指示保管估值的第三方來源，並且未經渣打銀行（香港）有限公司獨立核實。閣下不應將本文引述的該等價格及指示保管估值視為經審核市場估值加以倚賴，並且閣下應自行對該等資料進行獨立核實。渣打銀行（香港）有限公司概不就該等資料的準確性、完整性、可靠性或時新性作出任何聲明或保證，亦不對此承擔任何責任或法律責任。渣打銀行（香港）有限公司概不就閣下因使用或倚賴該等資料而遭受的任何損害或損失承擔任何責任。

REGISTRATION NAME 登記名稱

| | | |
|---|---|---|
| OWN | REGISTERED IN OWN NAME | 客戶姓名 |
| OTH | REGISTERED IN OTHER'S NAME | 其他人姓名 |
| NOM | REGISTERED IN NOMINEE NAME (PHYSICAL) | 代理人 |
| DEP | REGISTERED IN DEPOSITORY NAME | 中央結算代理人 |
| XCN | REGISTERED IN EX-CUSTODIAN NAME | 前托管機構 |
| BER | REGISTERED IN BEARER'S NAME | 不記名 |
| HPI | REGISTERED IN STREET NAME | 未經轉名 |
| NORMAL | REGISTERED IN NOMINEE NAME (SCRIPLESS) | 代理人 |

TYPE 種類

| | | |
|---|---|---|
| S/C | SHARES HELD IN SAFE CUSTODY | 存放在保管庫之股票 |
| DEP | SHARES HELD IN DEPOSITORY | 存放在中央結算集中托管之股票 |
| U/L | SHARES HELD UNDER LIEN AGAINST BANKING FACILITIES | 抵押予銀行之股票 |
| P/R | SHARES PENDING REGISTRATION | 待轉名之股票 |
| W/R | SHARES WITH REGISTRAR | 正進行轉名之股票 |
| ANT | CORPORATE ACTION RECEIVABLE | 公司行動之待收股票 |
| REJ | SHARES REJECTED | 過戶處拒收之股票 |

Account Number/Name: HK0000096332/FIRST GLOBAL FUNDS LIMITED PCC GLOBAL FINANCE RECOVERY       Statement Date: 29-JUL-16
FUND- UNLISTED SECURITIES (INDONESIA A/C)

Standard Chartered Bank (Hong Kong) Limited  渣打銀行(香港)有限公司



**STATEMENT OF HOLDINGS** 股票存放結單

Standard Chartered Bank (Hong Kong) Limited
15/F Standard Chartered Tower
388 Kwun Tong Road, Kwun Tong, Hong Kong
渣打銀行(香港)有限公司
香港觀塘觀塘道388號 渣打中心十五樓
Telephone電話: (852) 3928 1888
Fax傳真: (852) 2845 3477

FIRST GLOBAL FUNDS LIMITED PCC
ATTN: THE DIRECTOR
MAURITIUS INTL TRUST CO LTD
11/F ONE CATHEDRAL SQUARE
PORT LOUIS, REP OF MAURITIUS
MU,Mauritius

Date 日期                     :29-JUL-16
Client Name 客戶名稱          :FIRST GLOBAL FUNDS LIMITED PCC
Account Number / Name 賬戶號碼 / 名稱  :HK0000101891/FIRST GLOBAL FUNDS LIMITED PCC FIRST GLOBAL RESOURCES FUND (HONG KONG A/C)

| SECURITY NAME 股票名稱 | ISIN/Stock Code 國際證券識別號碼 / 證券代號 | BOOKING BASIS 記帳基礎 | QUANTITY/ NOMINAL VALUE 數量/面值 | MARKET PRICE 市場價格 | VALUATION 價值 | REGN NAME 登記名稱 | TYPE 種類 |
|---|---|---|---|---|---|---|---|
| ANGUS LTD - 0 PCT MTN 08/11/2016 USD | XS0274830115 | Nominal Value | 40,000,000 | USD 0.900000* | HKD 279,372,962.91 | Normal | DEP |
| ANGUS LTD - 0 PCT MTN 22/12/2016 USD | XS0280610998 | Nominal Value | 15,000,000 | USD 0.900000* | HKD 104,764,861.09 | Normal | DEP |
| | | | | | HKD | | |
| | | | | TOTAL | 384,137,824.00 | | |

* Market Price Older Than 7 Days

Any exception or error should be advised to the Bank in writing within 90 days from receipt of this statement. Any change of address should be advised to the Bank of the change immediately.
如發現結單有任何錯漏或不符,請於收到本結單九十天內以書面提出。如更改地址,請立即通知本行。

The prices quoted in this report have been obtained from third party sources for indicative custody valuations and have not been independently verified by Standard Chartered Bank (Hong Kong) Limited. You should not rely on such prices and indicative custody valuations quoted herein as an audited market valuation and you should perform your own independent verification. Standard Chartered Bank (Hong Kong) Limited does not give any representation or warranty as to, or accept any responsibility or liability for, the accuracy, completeness, reliability or up-to-date nature of such information. Standard Chartered Bank (Hong Kong) Limited, does not accept any liability for any damage or loss you may suffer from your use of or reliance of such information.
本報告中引述的價格均摘自指示保管估值的第三方來源,並且未經渣打銀行(香港)有限公司獨立核實。閣下不應將本文引述的該等價格及指示保管估值值視為經審核市場估值加以倚賴,並且閣下應自行對該等資料進行獨立核實。渣打銀行(香港)有限公司概不就該等資料的準確性、完整性、可靠性或時新性作出任何聲明或保證,亦不對此承擔任何責任或法律責任。渣打銀行(香港)有限公司概不就閣下因使用或倚賴該等資料而遭受的任何損害或損失承擔任何責任。

<u>REGISTRATION NAME 登記名稱</u>

| OWN | REGISTERED IN OWN NAME 客戶姓名 |
|---|---|
| OTH | REGISTERED IN OTHER'S NAME 其他人姓名 |
| NOM | REGISTERED IN NOMINEE NAME (PHYSICAL) 代理人 |
| DEP | REGISTERED IN DEPOSITORY NAME 中央結算代理人 |
| XCN | REGISTERED IN EX-CUSTODIAN NAME 前托管機構 |
| BER | REGISTERED IN BEARER'S NAME 不記名 |
| HPI | REGISTERED IN STREET NAME 未經轉名 |
| NORMAL | REGISTERED IN NOMINEE NAME (SCRIPLESS) 代理人 |

**TYPE 種類**

| S/C | SHARES HELD IN SAFE CUSTODY 存放在保管庫之股票 |
|---|---|
| DEP | SHARES HELD IN DEPOSITORY 存放在中央結算中托管之股票 |
| U/L | SHARES HELD UNDER LIEN AGAINST BANKING FACILITIES 抵押予銀行之股票 |
| P/R | SHARES PENDING REGISTRATION 待轉名之股票 |
| W/R | SHARES WITH REGISTRAR 正進行轉名之股票 |
| ANT | CORPORATE ACTION RECEIVABLE 公司行動之待收股票 |
| REJ | SHARES REJECTED 過戶處拒收之股票 |

Account Number/Name: HK0000101891/FIRST GLOBAL FUNDS LIMITED PCC FIRST GLOBAL RESOURCES FUND (HONG KONG A/C)                     Statement Date: 29-JUL-16

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司

HMS0113 (R0504)



**Standard Chartered**

STATEMENT OF HOLDINGS 股票存放結單

Standard Chartered Bank (Hong Kong) Limited
15/F Standard Chartered Tower
388 Kwun Tong Road, Kwun Tong, Hong Kong
渣打銀行(香港)有限公司
香港觀塘觀塘道388號 渣打中心十五樓
Telephone電話: (852) 3928 1888
Fax傳真: (852) 2845 3477

FIRST GLOBAL FUNDS LIMITED PCC
ATTN: THE DIRECTOR
MAURITIUS INTL TRUST CO LTD
11/F ONE CATHEDRAL SQUARE
PORT LOUIS, REP OF MAURITIUS
MU,Mauritius

Date 日期                          :29-JUL-16
Client Name 客戶名稱                :FIRST GLOBAL FUNDS LIMITED PCC
Account Number / Name 顧戶號碼 /名稱  :HK0000101903/FIRST GLOBAL FUNDS LIMITED PCC FIRST GLOBAL RESOURCES FUND
                                     (INDONESIA A/C)

| SECURITY NAME 股票名稱 | ISIN/Stock Code 國際證券識別號碼 / 證券代號 | BOOKING BASIS 記帳基礎 | QUANTITY/ NOMINAL VALUE 數量/面值 | MARKET PRICE 市場價格 | VALUATION 價值 | REGN NAME 登記名稱 | TYPE 種類 |
|---|---|---|---|---|---|---|---|
| ANAKON NPN 151212 USD | ID0000072951 | Nominal Value | 60,000,000 | IDR 1.000000* | HKD 35,471.48 | Normal | DEP |
| SIGMA PROSP NPN030812USD | ID0000090256 | Units | 20,000,000 | IDR 1.000000* | HKD 11,823.83 | Normal | DEP |
| BANK JTRUST INDONESIA - IDR78 'B' SHARE | ID1000100407 | Units | 1,272,461,5 38 | IDR 50.000000* | HKD 37,613,406.38 | Normal | DEP |
| | | | | TOTAL | HKD 37,660,701.68 | | |

* Market Price Older Than 7 Days

Account Number/Name: HK0000101903/FIRST GLOBAL FUNDS LIMITED PCC FIRST GLOBAL RESOURCES FUND (INDONESIA A/C)          Statement Date: 29-JUL-16

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司


Any exception or error should be advised to the Bank in writing within 90 days from receipt of this statement. Any change of address should be advised to the Bank of the change immediately.
如發現結單有任何錯漏或不符，須於收到本結單九十天內以書面提出。若要改地址，請立即通知本行。

The prices quoted in this report have been obtained from third party sources for indicative custody valuations and have not been independently verified by Standard Chartered Bank (Hong Kong) Limited. You should not rely on such prices and indicative custody valuations quoted herein as an audited market valuation and you should perform your own independent verification. Standard Chartered Bank (Hong Kong) Limited does not give any representation or warranty as to, or accept any responsibility or liability for, the accuracy, completeness, reliability or up-to-date nature of such information. Standard Chartered Bank (Hong Kong) Limited, does not accept any liability for any damage or loss you may suffer from your use of or reliance of such information.
本報告中引述的價格均摘自指示保管估值的第三方來源，並且未經渣打銀行（香港）有限公司獨立核實。閣下不應將本文引述的該等價格及指示保管估值視為經審核市場估值加以倚賴，並且閣下應自行對該等資料進行獨立核實。渣打銀行（香港）有限公司概不就該等資料的準確性、完整性、可靠性或時新性作出任何聲明或保證，亦不對由該等資料而遭受的任何損害或損失承擔任何責任。

REGISTRATION NAME 登記名稱

| | |
|---|---|
| OWN | REGISTERED IN OWN NAME 客戶姓名 |
| OTH | REGISTERED IN OTHER'S NAME 其他人姓名 |
| NOM | REGISTERED IN NOMINEE NAME (PHYSICAL) 代理人 |
| DEP | REGISTERED IN DEPOSITORY NAME 中央結算代理人 |
| XCN | REGISTERED IN EX-CUSTODIAN NAME 前託管機構 |
| BER | REGISTERED IN BEARER'S NAME 不記名 |
| HPI | REGISTERED IN STREET NAME 未經轉名 |
| NORMAL | REGISTERED IN NOMINEE NAME (SCRIPLESS) 代理人 |

TYPE 種類

| | |
|---|---|
| S/C | SHARES HELD IN SAFE CUSTODY 存放在保管庫之股票 |
| DEP | SHARES HELD IN DEPOSITORY 存放在中央結算集中托管之股票 |
| U/L | SHARES HELD UNDER LIEN AGAINST BANKING FACILITIES 抵押予銀行之股票 |
| P/R | SHARES PENDING REGISTRATION 待轉名之股票 |
| W/R | SHARES WITH REGISTRAR 正進行轉名之股票 |
| ANT | CORPORATE ACTION RECEIVABLE 公司行動之待收股票 |
| REJ | SHARES REJECTED 過戶處拒收之股票 |

Account Number/Name: HK0000101903/FIRST GLOBAL FUNDS LIMITED PCC FIRST GLOBAL RESOURCES FUND (INDONESIA A/C)       Statement Date: 29-JUL-16

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司



**APPENDIX 12**



# FBME BANK

17th November 2016

## To whom it may concern

**FBME Bank Limited (Cyprus Branch) (in Special Administration) (FBME)**

I was appointed as Special Administrator of FBME by the Central Bank of Cyprus on 11 January 2016, in its capacity as Resolution Authority, in accordance with the provisions of the Resolution of Credit and Other Institutions Law. I replaced the previous Special Administrator, Mr Andronikou, whose appointment expired on 31 December 2015.

In relation to my appointment and subsequent renewals, I attach documentary evidence.

In July 2014, an agency of the US Treasury, the Financial Crimes Enforcement Network (**FinCEN**) identified FBME as an institution of primary money laundering concern.

In August of this year I was sent a copy of a London High Court action titled:-

**FBME Bank Ltd (Cyprus address) & Others, -v- Dangate Consulting Ltd, Barrington London Ltd, Nigel Brown and Alec Leighton. Case Number CL-2016-000195.**

I can confirm that I was only made aware of this action by Mr Nigel Brown, the Third Defendant in that action. At no time have I authorised any legal action of this kind against any of the above named Defendants, nor have I ever instructed Quinn Emanuel Urquhart & Sullivan, LLP to represent FBME Bank, Cyprus Branch, in any matter.

According to Mr. Brown, Quinn Emanuel Urquhart & Sullivan LLP, stated that the Branch in Cyprus received on or about December 2014 the sum of £5.5 million, arising from a settlement in a legal action before the London Court of International Arbitration, case number 132447, where FBME Bank Ltd (Cyprus Branch) was a Claimant. In this regard, having reviewed the branch's records and discussing the matter with the branch's CFO, Mr. Anastasiou, I can confirm that NO SUCH MONIES WERE RECEIVED BY THE BRANCH in December 2014 or subsequently.

Yours faithfully,

Chris Iacovides
Special Administrator
FBME Bank Ltd (Cyprus Branch)

FBME Bank Ltd, Nicosia Branch
90 Archbishop Makarios III Avenue, 1077 Nicosia, Cyprus P.O. Box 25566, 1391 Nicosia, Cyprus
Tel: +357 22 888444 Fax: +357 22 888555 e-mail: nicosia@fbme.com www.fbme.com
Registration No. AG1830

(translated from original Greek text)





**CENTRAL BANK OF CYPRUS**
EUROSYSTEM

THE GOVERNOR                                          **25 October 2016**

Mr. Christakis Iacovides                              **BY HAND**
Nicosia

Dear Mr. Iacovides

The Resolution Authority acting in accordance with the provisions of section 46(5) of the Resolution of Credit and Other Institutions Law of 2016, has decided to renew your appointment as Special Administrator of the Cyprus Branch of FBME Bank Ltd for a further period of six months, namely, until 10 May 2017. The terms of your Deed of Appointment dated 11 January 2016 remain unchanged and apply accordingly.

With respect,
(sgd)
Chrystalla Georghadji

I hereby certify that this text is a true
translation of the attached document

I hereby certify that the signature
of the translator is that of
Stella J Stephani



                              **D. Hasikos**

(Sgd.)
for Acting Director                              **0 3 NOV 2016**
Press and Information Office
REPUBLIC OF CYPRUS
(total number of words translated: 493)

---

80 Kennedy Avenue, 1076 Nicosia, Cyprus – Telephone: +357 22714471 – Fax: +357 22378151
Electronic Address: governor@centralbank.gov.cy – Website: www.centralbank.gov.cy

 

KENTPIKH TPAΠEZA THΣ ΚΥΠΡΟΥ
EYPΩΣΥΣΤΗΜΑ

Η ΔΙΟΙΚΗΤΗΣ

25 Οκτωβρίου 2016

Κύριο Χριστάκη Ιακωβίδη,
Λευκωσία.

**ΜΕ ΤΟ ΧΕΡΙ**

Αξιότιμε κύριε Ιακωβίδη,

Η Αρχή Εξυγίανσης, ενεργώντας σύμφωνα με τις διατάξεις του άρθρου 46(5) του περί Εξυγίανσης Πιστωτικών Ιδρυμάτων και Επενδυτικών Εταιρειών Νόμου του 2016, αποφάσισε όπως ανανεώσει το διορισμό σας στη θέση του Ειδικού Διαχειριστή του Υποκαταστήματος της FBME Bank Ltd στην Κύπρο για περίοδο έξι μηνών, ήτοι, μέχρι τις 10 Μαΐου 2017. Οι όροι της Πράξης Διορισμού σας ημερομηνίας 11 Ιανουαρίου 2016 παραμένουν αναλλοίωτοι και ισχύουν αναλογικά.

Με εκτίμηση,

Χρυστάλλα Γιωρκάτζη



**FBME BANK**

12 September 2016

## To whom it may concern

**FBME Bank Limited (Cyprus Branch) (in Special Administration) (FBME)**

I was appointed as Special Administrator of FBME by the Central Bank of Cyprus on 11 January 2016, in its capacity as Resolution Authority, in accordance with the provisions of the Resolution of Credit and Other Institutions Law. I replaced the previous Special Administrator, Mr Andronikou, whose appointment expired on 31 December 2015.

In July 2014, an agency of the US Treasury, the Financial Crimes Enforcement Network (**FinCEN**) identified FBME as an institution of primary money laundering concern.

In August of this year I was sent a copy of a London High Court action titled:-

**FBME Bank Ltd (Cyprus address) & Others, -v- Dangate Consulting Ltd, Barrington London Ltd, Nigel Brown and Alec Leighton Case Number CL-2016-000195.**

I can confirm that I was only made aware of this action by Mr Nigel Brown, the Third Defendant in that action and at no time I have authorised any legal action of this kind against any of the above named Defendants, nor I have instructed Quinn Emanuel Urquhart & Sullivan, LLP to represent FBME Bank, Cyprus Branch, in any matter.

Yours faithfully

Chris Iacovides
Special Administrator
FBME Bank Ltd (Cyprus Branch)