# Manuel & Associates, LLP     ATTORNEYS AT LAW

One Penn Plaza • Suite 2527 • New York, New York 10119
T: 212.792.0044 • F: 212.792.0043

Charles B. Manuel, Jr.
C: 917.699.9559
cbm@manuel-law.net

August 21, 2017

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*By ECF*

### *Weston Capital Advisors, Inc. v. PT Bank Mutiara TBK*
13-cv-6945 (PAC)

Dear Judge Crotty:

This afternoon, I will respond to the letter from Mr. Greenwald filed Friday afternoon.

Respectfully yours,

*Charles B. Manuel, Jr.*
Charles B. Manuel, Jr.