```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 7, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WESTON CAPITAL ADVISORS, INC.,

          Plaintiff,

-against-

PT BANK MUTIARA, TKB,

          Defendant.
------------------------------------------------------------X

**13 Civ. 06945 (PAC)**

**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

      The above entitled action has been on the Court's active docket since October 1, 2013, and there having been no activity since September 20, 2019, it is,

      ORDERED, that the above-entitled action is DISMISSED, without prejudice. Either party shall notify the Court in the event this matter should be reinstated. The Clerk of Court is directed to terminate this case.

Dated: New York, New York
       April 7, 2021

                                              SO ORDERED

                                             _____
                                             PAUL A. CROTTY
                                             United States District Judge